UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GARY WALTERS,

    Plaintiff,

v.                                       Case No.: 2:19-cv-00070-JLB-MRM

FAST AC, LLC, and FTL CAPITAL
PARTNERS, LLC,

    Defendants.
_____/

## ORDER

Plaintiff Gary Walters and Defendant FTL Capital Partners, LLC ("FTL"), have filed cross-motions for summary judgment in this Court. (Docs. 72–73, 75.) Neither motion complies with Local Rule 3.01(a), which is reproduced below for the parties' convenience:

> In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include <u>in a single document not more than 25 pages</u>.

M.D. Fla. R. 3.01(a) (emphasis added). The Case Management and Scheduling Order ("CMSO") contains the same restrictions. (Doc. 21 at 5–6.)

FTL's twenty-three-page motion refers to a separately filed Statement of Undisputed Facts, which is eighteen pages. (Docs. 72–73.) Mr. Walters' motion is twenty-six pages, excluding the title page and the certificate of service. (Doc. 75.) As both motions exceed the number of pages permitted by the Local Rules and the CMSO, the Court must strike them. The parties may file renewed motions for

summary judgment that comply with the Local Rules and the CMSO no later than the deadline set forth in this Order.

Accordingly, it is **ORDERED**:

1. FTL's motion for summary judgment (Doc. 72), FTL's statement of undisputed facts (Doc. 73), and Mr. Walters' motion for partial summary judgment (Doc. 75), are **STRICKEN** for failure to comply with Local Rule 3.01(a).

2. The parties may file renewed motions for summary judgment that comply with this Order and the Court's Local Rules **no later than December 4, 2020.**

**ORDERED** in Fort Myers, Florida, on November 16, 2020.

*/s/ John L. Badalamenti*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**