

November 28, 2018

Gary Walters
9431 Heather Ln
N Ft Myers, FL  33917-4821

421 P1 T2

**EXHIBIT 15**
9-12-19
Planet Depos, LLC

## PAST DUE NOTICE

**RE: Account #7456392**

Dear Gary,

FTL Finance records indicate that you are PAST DUE. Payment in the amount of $93.38 plus any applicable fees is to be remitted as soon as possible to avoid any additional late fees. We may choose to commence collections efforts for this past due balance and report this negative payment activity to all credit bureaus.

In order to prevent any additional late fees, please remit payment immediately by one of the following options.

Payments can be made at no additional cost:

**By Phone** 1.888.314.4588

**Online-** www.ftlfinance.com
(Check and credit card payments are accepted on our website)

**By Mail-** FTL Finance
8472 Solutions Center
Chicago, IL 60677

Please contact us to make payment arrangements or if you have any additional questions. Thank you for your cooperation in this matter.

**FTL Finance**
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301


finance.

Attn:
Darren Newhart

December 5, 2018

Gary Walters
9431 Heather Ln
N Ft Myers, FL  33917-4821

602 P1 T4

## PAST DUE NOTICE

RE: Account #7456392

Dear Gary,

FTL Finance records indicate that you are PAST DUE. Payment in the amount of $103.38 plus any applicable fees is to be remitted as soon as possible to avoid any additional late fees. We may choose to commence collections efforts for this past due balance and report this negative payment activity to all credit bureaus.

In order to prevent any additional late fees, please remit payment immediately by one of the following options.

Payments can be made at no additional cost:

**By Phone** 1.888.314.4588

**Online-** www.ftlfinance.com
(Check and credit card payments are accepted on our website)

**By Mail-** FTL Finance
    8472 Solutions Center
    Chicago, IL 60677

Please contact us to make payment arrangements or if you have any additional questions. Thank you for your cooperation in this matter.

**FTL Finance**
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301

12/07/2018 FRI 10:40  FAX 2397313894 PAK-N-SHIP                    ☒0029/062


finance.

Mail Payments To: 8472 Solutions Center, Chicago, IL 60677-0001
Make Checks Payable To: FTL FINANCE

| Account Number | 7456392 |
|---|---|
| Payment Due Date | 12/19/2018 |
| Minimum Payment Due | $90.36 |
| Amount Enclosed | |

GARY WALTERS
9431 HEATHER LN
NORTH FORT MYERS, FL 33917-4821

---

For prompt credit, mail payment to location shown below. Payment in any other way may delay crediting your account up to 5 days.
DETACH TOP PORTION AND RETURN WITH PAYMENT. ALLOW 10 DAYS FOR MAIL DELIVERY.
You may pay your entire balance at any time at 8472 Solutions Center, Chicago, IL 60677-8001

**SUMMARY OF ACCOUNT ACTIVITY    GARY WALTERS**

| Account Number | Orig. Prin. Bal. | Credit Line | Credit Available | Days in Billing Cycle | Statement Closing Date |
|---|---|---|---|---|---|
| 7456392 | $5,500.00 | $5,500.00 | $0.00 | 30 | 11/29/2018 |
| Previous Balance | - Payments & Credits | = Purchases and Debit | = FINANCE CHARGES | + Miscellaneous Fees | = New Balance |
| $5,570.03 | $0.01 | $0.00 | $67.77 | $0.00 | $5,637.79 |

**PAYMENT INFORMATION**

| NEW BALANCE | MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|
| $5,637.79 | $90.36 | 12/19/2018 |

LATE PAYMENT WARNING: If we do not receive your minimum payment by the date listed above, you may have to pay a 5% penalty of minimum payment or $10.00 late fee and your APRs may be increased up to the Penalty APR of 26.000%. MINIMUM PAYMENT WARNING: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 11 YEARS | $11,023.92 |
| $195.41 | 3 YEARS | $7,034.70 |

If you would like more information about credit counseling services, please call (888) 314-4588
Please send billing inquiries and correspondence to: 1215 Fern Ridge Parkway Ste 215 St. Louis, MO 63141

| Totals Year To Date 2018 | | Interest will be charged on your account from the date of purchase if the balance in not paid in full by the date listed below. Same As Cash Period Expires on: |
|---|---|---|
| Total Fees Charged in 2018 | $0.00 | |
| Total Interest Charged in 2018 | $94.87 | |

Interest Charge Calculation - Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Purchase Type | Annual Percentage Rate (APR) (V = variable rate) | Periodic Daily Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| REG | 14.99 | 0.041068 | $5,570.02 | $67.77 |

**TRANSACTION SUMMARY**

| Date | Description | Amount |
|---|---|---|
| 12/19/2018 | Interest Accrued | $67.77 |
| 12/19/2018 | Prev. Stmt Adj. | ($0.01) |


finance.

December 12, 2018

Gary Walters
9431 Heather Ln
N Ft Myers, FL 33917-4821

436 P1 T2

## PAST DUE NOTICE

**RE: Account #7456392**

Dear Gary,

FTL Finance records indicate that you are <u>PAST DUE.</u> Payment in the amount of $103.38 plus any applicable fees is to be remitted as soon as possible to avoid any additional late fees. We may choose to commence collections efforts for this past due balance and report this negative payment activity to all credit bureaus.

In order to prevent any additional late fees, please remit payment immediately by one of the following options.

Payments can be made at no additional cost:

**By Phone** 1.888.314.4588

**Online-** www.ftlfinance.com
(Check and credit card payments are accepted on our website)

**By Mail-** FTL Finance
8472 Solutions Center
Chicago, IL 60677

Please contact us to make payment arrangements or if you have any additional questions. Thank you for your cooperation in this matter.

FTL Finance
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301

1.888.314.4588           820 South Main Street Suite 300           St. Charles MO, 63301


finance.

December 19, 2018

Gary Walters
9431 Heather Ln                    754 P1 T4
N Ft Myers, FL  33917-4821

## PAST DUE NOTICE

**RE: Account #7456392**

Dear Gary,

FTL Finance records indicate that you are PAST DUE. Payment in the amount of $103.38 plus any applicable fees is to be remitted as soon as possible to avoid any additional late fees. We may choose to commence collections efforts for this past due balance and report this negative payment activity to all credit bureaus.

In order to prevent any additional late fees, please remit payment immediately by one of the following options.

Payments can be made at no additional cost:

**By Phone** 1.888.314.4588

**Online-** www.ftlfinance.com
(Check and credit card payments are accepted on our website)

**By Mail-** FTL Finance
8472 Solutions Center
Chicago, IL 60677

Please contact us to make payment arrangements or if you have any additional questions. Thank you for your cooperation in this matter.

FTL Finance
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301



finance.

January 2, 2019

Gary Walters
9431 Heather Ln
N Ft Myers, FL  33917-4821                    500 P1 T4

## Past Due Notice - 2nd Demand

**RE: Account 7456392**

Dear Gary,

FTL Finance records indicate that you are more than 30 days past due. A request for $203.74 plus any applicable fees must be remitted immediately. The past due balance will be reported to all credit bureaus. If your account has already been paid, please disregard this notice.

You are scheduled for repossession of all collateral 30 days from this notice if the balance $203.74 remains unpaid. If your contract is for service work, FTL Finance may terminate your contract and request the full balance to be paid immediately. To prevent repossession, please remit payment within 10 days of this notice by one of the following payment options:

By Phone- 1.888.314.4588

Online- www.ftlfinance.com

By Mail- FTL Finance
         8472 Solutions Center
         Chicago, IL 60677

Please contact FTL Finance if you need to inquire about payment arrangements or if you have any other questions. Thank you for your cooperation in this matter.

FTL Finance
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301



**finance.**

Mail Payments To: 8472 Solutions Center, Chicago, IL 60677-0001
Make Checks Payable To: FTL FINANCE

| Account Number | 7456392 |
|---|---|
| Payment Due Date | 12/19/2018 |
| Minimum Payment Due | $90.36 |
| Amount Enclosed | |

GARY WALTERS
9431 HEATHER LN
NORTH FORT MYERS, FL 33917-4821

---

For prompt credit, mail payment to location shown below. Payment in any other way may delay crediting your account up to 5 days.
DETACH TOP PORTION AND RETURN WITH PAYMENT. ALLOW 10 DAYS FOR MAIL DELIVERY.
You may pay your entire balance at any time at 8472 Solutions Center, Chicago, IL 60677-8001

### SUMMARY OF ACCOUNT ACTIVITY — GARY WALTERS

| Account Number | Orig. Prin. Bal. | Credit Line | Credit Available | Days in Billing Cycle | Statement Closing Date |
|---|---|---|---|---|---|
| 7456392 | $5,500.00 | $5,500.00 | $0.00 | 30 | 11/29/2018 |

| Previous Balance | − Payments & Credits | = Purchases and Debit | = FINANCE CHARGES | + Miscellaneous Fees | = New Balance |
|---|---|---|---|---|---|
| $5,570.03 | $0.01 | $0.00 | $67.77 | $0.00 | $5,637.79 |

### PAYMENT INFORMATION

| NEW BALANCE | MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|
| $5,637.79 | $90.36 | 12/19/2018 |

LATE PAYMENT WARNING: If we do not receive your minimum payment by the date listed above, you may have to pay a 5% penalty of minimum payment or $10.00 late fee and your APRs may be increased up to the Penalty APR of 26.000%. MINIMUM PAYMENT WARNING: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 11 YEARS | $11,023.92 |
| $195.41 | 3 YEARS | $7,034.70 |

If you would like more information about credit counseling services, please call (866) 314-4588
Please send billing inquiries and correspondence to: 1215 Fern Ridge Parkway Ste 216 St. Louis, MO 63141

| Totals Year To Date 2018 | | Interest will be charged on your account from the date of purchase if the balance in not paid in full by the date listed below. Same As Cash Period Expires on: |
|---|---|---|
| Total Fees Charged in 2018 | $0.00 | |
| Total Interest Charged in 2018 | $94.87 | |

Interest Charge Calculation - Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Purchase Type | Annual Percentage Rate (APR) (V = variable rate) | Periodic Daily Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| REG | 14.99 | 0.041068 | $5,570.02 | $67.77 |

### TRANSACTION SUMMARY

| Date | Description | Amount |
|---|---|---|
| 12/19/2018 | Interest Accrued | $67.77 |
| 12/19/2018 | Prev. Stmt Adj. | ($0.01) |



January 16, 2019

Gary Walters
9431 Heather Ln
N Ft Myers, FL  33917-4821

781 P1 T4

## Past Due Notice - 2nd Demand

**RE: Account 7456392**

Dear Gary,

FTL Finance records indicate that you are more than 30 days past due. A request for $203.74 plus any applicable fees must be remitted immediately. The past due balance will be reported to all credit bureaus. If your account has already been paid, please disregard this notice.

You are scheduled for repossession of all collateral 30 days from this notice if the balance $203.74 remains unpaid. If your contract is for service work, FTL Finance may terminate your contract and request the full balance to be paid immediately. To prevent repossession, please remit payment within 10 days of this notice by one of the following payment options:

**By Phone-** 1.888.314.4588

**Online-** www.ftlfinance.com

**By Mail-** FTL Finance
8472 Solutions Center
Chicago, IL 60677

Please contact FTL Finance if you need to inquire about payment arrangements or if you have any other questions. Thank you for your cooperation in this matter.

**FTL Finance**
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301

01/16/2019 WED 10:17 FAX 2397313694 PAK-N-SHIP ☒0017001



Mail Payments To: 8472 Solutions Center, Chicago, IL 60677-0001
Make Checks Payable To: FTL FINANCE

| Account Number | 7456392 |
|---|---|
| Payment Due Date | 1/19/2019 |
| Minimum Payment Due | $93.38 |
| Amount Enclosed | |

GARY WALTERS
9431 HEATHER LN
NORTH FORT MYERS, FL 33917-4821

---

For prompt credit, mail payment to location shown below. Payment in any other way may delay crediting your account up to 5 days.
DETACH TOP PORTION AND RETURN WITH PAYMENT. ALLOW 10 DAYS FOR MAIL DELIVERY.
You may pay your entire balance at any time at 8472 Solutions Center, Chicago, IL 60677-8001

**SUMMARY OF ACCOUNT ACTIVITY    GARY WALTERS**

| Account Number | Orig. Prin Bal. | Credit Line | Credit Available | Days in Billing Cycle | Statement Closing Date |
|---|---|---|---|---|---|
| 7456392 | $5500.00 | $5500.00 | $0.00 | 31 | 12/29/2018 |

| Previous Balance | Payments & Credits | + Purchases and Debit | + FINANCE CHARGES | + Miscellaneous Fees | = New Balance |
|---|---|---|---|---|---|
| $5637.79 | $0.01 | $0.00 | $70.03 | $20.00 | $5727.81 |

**PAYMENT INFORMATION**

| NEW BALANCE | MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|
| $5727.81 | $93.38 | 1/19/2019 |

LATE PAYMENT WARNING: If we do not receive your minimum payment by the date listed above, you may have to pay a 5% penalty of minimum payment or $10.00 late fee and your APRs may be increased up to the Penalty APR of 26.000%. MINIMUM PAYMENT WARNING: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 10 YEARS | $10925.46 |
| $198.53 | 3 YEARS | $7147.02 |

If you would like more information about credit counseling services, please call (888) 314-4588
Please send billing inquiries and correspondence to: 1215 Fern Ridge Parkway Ste 216 St. Louis, MO 63141

| Totals Year To Date 2019 | | |
|---|---|---|
| Total Fees Charged in 2019 | $0.00 | Interest will be charged on your account from the date of purchase if the balance in not paid in full by the date listed below. Same As Cash Period Expires on: |
| Total Interest Charged in 2019 | $164.89 | |

Interest Charge Calculation - Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Purchase Type | Annual Percentage Rate (APR) (V = variable rate) | Periodic Daily Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| REG | 14.99 | 0.041068 | $5657.78 | $70.03 |

**TRANSACTION SUMMARY**

| Date | Description | Amount |
|---|---|---|
| 11/19/2018 | Late Fee | $10.00 |
| 12/19/2018 | Late Fee | $10.00 |
| 1/19/2019 | Interest Accrued | $70.03 |
| 1/19/2019 | Prev. Stmt Adj. | ($0.01) |

11/28/2018 WED 9:18  FAX 2397319094   PAK N SHIP                                        ☐016/010



**finance.**

Mail Payments To: 8472 Solutions Center, Chicago, IL 60677-0001
Make Checks Payable To: FTL FINANCE

| Account Number | 7456392 |
|---|---|
| Payment Due Date | 11/19/2018 |
| Minimum Payment Due | $93.38 |
| Amount Enclosed | |

GARY WALTERS
9431 HEATHER LN
NORTH FORT MYERS, FL 33917-4821

---

For prompt credit, mail payment to location shown below. Payment in any other way may delay crediting your account up to 5 days.
DETACH TOP PORTION AND RETURN WITH PAYMENT. ALLOW 10 DAYS FOR MAIL DELIVERY.
You may pay your entire balance at any time at 8472 Solutions Center, Chicago, IL 60677-8001

### SUMMARY OF ACCOUNT ACTIVITY — GARY WALTERS

| Account Number | Orig. Prin. Bal. | Credit Line | Credit Available | Days in Billing Cycle | Statement Closing Date |
|---|---|---|---|---|---|
| 7456392 | $5500.00 | $5500.00 | $0.00 | 31 | 10/30/2018 |

| Previous Balance | - Payments & Credits | + Purchases and Debits | + FINANCE CHARGES | + Miscellaneous Fees | = New Balance |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $5500.00 | $70.03 | $0.00 | $5570.03 |

### PAYMENT INFORMATION

| NEW BALANCE | MINIMUM PAYMENT DUE | PAYMENT DUE DATE |
|---|---|---|
| $5570.03 | $93.38 | 11/19/2018 |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by the date listed above, you may have to pay a 5% penalty of minimum payment or $10.00 late fee and your APRs may be increased up to the Penalty APR of 26.000%. **MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 10 YEARS | $10271.80 |
| $193.06 | 3 YEARS | $6950.15 |

If you would like more information about credit counseling services, please call (888) 314-4568
Please send billing inquiries and correspondence to: 1215 Fern Ridge Parkway Ste 216 St. Louis, MO 63141

| Totals Year To Date 2018 | | Interest will be charged on your account from the date of purchase if the balance is not paid in full by the date listed below. Same As Cash Period Expires on: |
|---|---|---|
| Total Fees Charged in 2018 | $0.00 | |
| Total Interest Charged in 2018 | $27.11 | |

Interest Charge Calculation - Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Purchase Type | Annual Percentage Rate (APR) (V = variable rate) | Periodic Daily Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|
| REG | 14.99 | 0.041068 | $5500.00 | $70.03 |

### TRANSACTION SUMMARY

| Date | Description | Amount |
|---|---|---|
| 10/19/2018 | Purchase | $5500.00 |
| 11/19/2018 | Interest Accrued | $70.03 |



January 30, 2019

Gary Walters
9431 Heather Ln
N Ft Myers, FL  33917-4821

802 P1 T4

## Past Due Notice - 2nd Demand

RE: Account 7456392

Dear Gary,

FTL Finance records indicate that you are more than 30 days past due. A request for $297.12 plus any applicable fees must be remitted immediately. The past due balance will be reported to all credit bureaus. If your account has already been paid, please disregard this notice.

You are scheduled for repossession of all collateral 30 days from this notice if the balance $297.12 remains unpaid. If your contract is for service work, FTL Finance may terminate your contract and request the full balance to be paid immediately. To prevent repossession, please remit payment within 10 days of this notice by one of the following payment options:

**By Phone-** 1.888.314.4588

**Online-** www.ftlfinance.com

**By Mail-** FTL Finance
8472 Solutions Center
Chicago, IL 60677

Please contact FTL Finance if you need to inquire about payment arrangements or if you have any other questions. Thank you for your cooperation in this matter.

**FTL Finance**
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301

1.888.314.4588            820 South Main Street Suite 300            St. Charles MO, 63301



February 13, 2019

Gary Walters
9431 Heather Ln                                   777 P1 T4
N Ft Myers, FL  33917-4821

## *Past Due Notice - 3rd Demand*

**RE: Account 7456392**

Dear Gary,

FTL Finance records indicate that you are more than <u>75 days PAST DUE</u>. Your account has been placed with our Collection Department for possible removal of all equipment financed through FTL Finance. If your account has already been paid, please disregard this notice.

You are <u>scheduled for REPOSSESSION</u> of all collateral 10 days from this notice if the balance $307.12 remains unpaid. If your contract is for service work, FTL Finance may terminate your contract and request the full balance to be paid immediately. To prevent repossession, please remit payment by one of the following payment options:

**By Phone-** 1.888.314.4588

**Online-** www.ftlfinance.com

**By Mail-** FTL Finance
8472 Solutions Center
Chicago, IL 60677

Please contact FTL Finance if you need to inquire about payment arrangements or if you have any other questions. Thank you for your cooperation in this matter.


**FTL Finance**
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301


1.888.314.4588          820 South Main Street Suite 300          St. Charles MO, 63301



February 27, 2019

Gary Walters
9431 Heather Ln
N Ft Myers, FL  33917-4821

762 P1 T4

## *Past Due Notice - 3rd Demand*

**RE: Account 7456392**

Dear Gary,

FTL Finance records indicate that you are more than <u>75 days PAST DUE</u>. Your account has been placed with our Collection Department for possible removal of all equipment financed through FTL Finance. If your account has already been paid, please disregard this notice.

You are <u>scheduled for REPOSSESSION</u> of all collateral 10 days from this notice if the balance $400.50 remains unpaid. If your contract is for service work, FTL Finance may terminate your contract and request the full balance to be paid immediately. To prevent repossession, please remit payment by one of the following payment options:

**By Phone-** 1.888.314.4588

**Online-** www.ftlfinance.com

**By Mail-** FTL Finance
    8472 Solutions Center
    Chicago, IL 60677

Please contact FTL Finance if you need to inquire about payment arrangements or if you have any other questions. Thank you for your cooperation in this matter.

**FTL Finance**
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301



March 13, 2019

Gary Walters
9431 Heather Ln
N Ft Myers, FL  33917-4821

800 P1 T4

## Past Due Notice - 3rd Demand

**RE: Account 7456392**

Dear Gary,

FTL Finance records indicate that you are more than <u>75 days PAST DUE</u>. Your account has been placed with our Collection Department for possible removal of all equipment financed through FTL Finance. If your account has already been paid, please disregard this notice.

You are <u>scheduled for REPOSSESSION</u> of all collateral 10 days from this notice if the balance $410.50 remains unpaid. If your contract is for service work, FTL Finance may terminate your contract and request the full balance to be paid immediately. To prevent repossession, please remit payment by one of the following payment options:

**By Phone-** 1.888.314.4588

**Online-** www.ftlfinance.com

**By Mail-** FTL Finance
8472 Solutions Center
Chicago, IL 60677

Please contact FTL Finance if you need to inquire about payment arrangements or if you have any other questions. Thank you for your cooperation in this matter.

**FTL Finance**
Collection Department
1.888.314.4588
820 South Main Street
Suite 300
St. Charles, MO 63301

1.888.314.4588        820 South Main Street Suite 300        St. Charles MO, 63301