# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**CIVIL ACTION NO. 2:19-CV-70-FTM-99MRM**

| | |
|---|---|
| **GARY WALTERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FAST AC, LLC and FTL CAPITAL** | ) |
| **PARTNERS, LLC d/b/a FTL CAPITAL** | ) |
| **FINANCE,** | ) |
| | ) |
| **Defendants.** | |

**FTL CAPITAL PARTNERS, LLC d/b/a FTL CAPITAL FINANCE'S RESPONSES TO PLAINTIFF'S SECOND INTEGRATED DISCOVERY REQUESTS**

**INTERROGATORIES**

1. Please identify and describe all customer complaints received by FTL about Fast A/C, including the date of the complaint, the nature of the complaint, the identity of the person complaining, and the steps taken to address the complaint.

**Response: Patricia Zucker called in June 2018, loan created February 2018, stating that the work Fast AC did was faulty and not working anymore. She was also confused because she gave Fast AC $200 and thought the payment would be applied to the loan. We explained that we financed what was on contract and payment made to Fast AC didn't go to FTL for her loan. Customer paid off loan.**
**Thomas Davis called in July 2019 letting us know that he was confused about the amount he financed, loan created January 2019. The customer called us because he didn't understand what all the financing was for. We emailed the contract to him and told him to reach out to Fast AC for details of the installation. The customer knew that Fast AC came and did work but didn't full**y **understand the breakdown of the cost. He thought the work hadn't been finished. We told him to call Fast AC to understand what the loan covered and if there was a discrepancy to call us back so we could resolve the loan. The customer did not have an invoice detailing the work. The customer later called back in to let us know they spoke with Fast AC and they explained what was financed and he continued to pay his loan with us.**

2. Please identify and describe all customer complaints received by FTL relating to a

contractor not completing work or not providing materials for which FTL provided financing, including the date of the complaint, the nature of the complaint, the identity of the person complaining, and the steps taken to address the complaint.

**Response: Objection. This request is overbroad and unduly burdensome in seeking information on entities other than Fast A/C, i.e. entities which have no bearing on this litigation.**

   3.  Please describe in detail the facts that support FTL's contention that Fast A/C is not its agent.

**Response: Objection. This request calls for a legal conclusion. Subject to and without waiving said objection: Fast A/C does not act on behalf of FTL and FTL does not control Fast A/C's actions. Rather, Fast A/C is merely a company which utilized FTL's products**

   4.  Please identify all licenses, including the license numbers, FTL has in Florida.

**Response: Retail Installment Seller License #RS9907519**
      **Sales Finance Company License #SF9901176**

   5.  Please identify the account manager at FTL responsible for the Fast A/C contractor account.

**Response: Christina Perez-Ocasio**

   6.  Please identify all financing applications submitted by Fast A/C for which FTL did not approve financing and describe why FTL did not approve the application.

**Response: See FTL – 00057-58.**

   7.  Please identify all contractor(s) in Ft. Myers Florida who have registered with FTL.

**Response: Objection. This request is overbroad and unduly burdensome in seeking information on entities other than Fast A/C, i.e. entities which have no bearing on this litigation.**

   8.  State whether any document or information responsive to any Request for Production has been destroyed, lost, or cannot be accounted for. If your answer to this Interrogatory is anything other than an unqualified negative, please:

31528009

    a. Identify the document or information that was destroyed, lost, or is unaccounted for;

    b. State when you believe the document or information was destroyed, lost, or became unaccounted for;

    c. State the reason or explanation, if any, for the destruction, loss, or inability to account for the document or information identified; and

    d. Identify the persons who have knowledge of documents or information that was destroyed, lost, or are unaccounted for.

**Response:  Credit applications are not held for more than 30 days for approval because they expire.  FTL is presently unaware of any other document or information responsive to any Request for Production has been destroyed, lost, or cannot be accounted for.**

31528009

## VERIFICATION

I, _Todd Grybinski_, being duly sworn in accordance with law, do hereby depose and state that I have read the answers to Plaintiff's Interrogatories and that the answers are true to the best of my knowledge and information.

_[signature]_

STATE OF MISSOURI

COUNTY OF _St. Charles_

The foregoing instrument was sworn to and executed before me this _5th_ day of September, 2019, by _Todd Grybinski_, who is personally known to me or who has produced _Drivers License_ as identification and who did take an oath.

ELORA NOLTE
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
COMMISSIONED FOR ST. LOUIS COUNTY
MY COMMISSION EXPIRES SEP. 12, 2022
ID #18273399

_Elora Nolte_

NOTARY PUBLIC

My commission Expires: _September 12, 2022_

31528009

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. Produce all documents relating to any customer complaints FTL received about Fast A/C.

**Response: None.**

2. Produce all financing applications submitted by Fast A/C for which FTL approved financing.

**Response: None currently in FTL's possession, custody, or control.**

3. Produce documents evidencing all economic benefits, *i.e.* money, FTL received from Fast A/C's sale of FTL's financing products.

**Response: See FTL-00059-60.**

4. Produce documents evidencing all money exchanged between Fast A/C and FTL relating to services or equipment for which FTL provided financing.

**Response: See FTL-00061-62.**

5. Produce a copy of every form financing application and/or financing contract and/or agreement FTL gives or allows contractors to use in Florida.

**Response: Objection. This request is overbroad and unduly burdensome in seeking information on entities other than Fast A/C, i.e. entities which have no bearing on this litigation.**

6. Produce all documents FTL is relying on to support its Answer and Affirmative Defenses (ECF No. 35) to the Second Amended Complaint. ECF No. 35.

**Response: None beyond those already produced.**

7. Produce all training and/or marketing documents FTL provides to contractors in Florida.

**Response: Objection. This request is overbroad, unduly burdensome, vague, and ambiguous. The request is not limited in time and encompasses hundreds of potentially**

31528009

**responsive documents. It is also unclear what is meant by "training and/or marketing documents." The request is also duplicative of request # 6 in Plaintiff's first set of requests for production. FTL has already produced training videos, as requested in request #12 in Plaintiff's first set of requests for production.**

Dated: September 5, 2019

        Respectfully submitted,

        */s/ Patricia Lehtinen Silva*
        Patricia Lehtinen Silva, #107188
        Alicia Goedde *pro hac vice*
        Lathrop Gage LLP
        7701 Forsyth Blvd., Suite 500
        St. Louis, MO 63105
        (314) 613-2800 Telephone
        (314) 613-2801 Facsimile
        psilva@lathropgage.com
        agoedde@lathropgage.com
        **Attorneys for FTL Capital Partners, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 5, 2019, the above pleading was served via electronic mail on all counsel of record.

        */s/ Patricia Lehtinen Silva*
        An Attorney for FTL Capital Partners, LLC

31528009