# EXHIBIT 7



**Pohlman**USA®
Court Reporting and
Litigation Services

---

Gary Walters

June 9, 2020

---

Gary Walters

vs.

Fast AC, LLC, et al.

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF FLORIDA
                     FT. MYERS DIVISION



GARY WALTERS,

     Plaintiff,


vs.                     Case No. 2:19-CV-70-FTM-99MRM


FAST AC, LLC and FTL
CAPITAL PARTNERS, LLC d/b/a
FTL CAPITAL FINANCE,

     Defendants.




                DEPOSITION OF GARY WALTERS

             Taken on Behalf of the Defendant



  DATE TAKEN:    TUESDAY, JUNE 9, 2020

  TIME:          9:24 A.M. - 2:23 P.M.

  PLACE:         REMOTE VIDEO




          Examination of the witness taken before:

               Kelly J. Lawton
           Registered Professional Reporter
              Licensed Court Reporter
              Certified Court Reporter
```

Page 2

APPEARANCES

Attended by Remote Video:  Ms. Patricia Lehtinen Silva, of Lathrop GPM, LLP, Pierre Laclede Center, 7701 Forsyth Boulevard, Suite 500, Clayton, MO 63105, appeared on behalf of FTL Capital Partners, LLC d/b/a FTL Capital Finance.

Attended by Remote Video:  Mr. Darren R. Newhart, of Consumer Law Organization, P.A., 721 U.S. Highway 1, Suite 201, North Palm Beach, FL 33408, appeared on behalf of Gary Walters.

---

Page 3

I N D E X

WITNESS                                        PAGE
Called by the Defendant:
GARY WALTERS
    DIRECT EXAMINATION BY MS. SILVA................ 4
CERTIFICATE OF REPORTER OATH..................... 146
CERTIFICATE OF REPORTER.......................... 147
ERRATA SHEET..................................... 148

E X H I B I T S

(None)

WALTERS DEPOSITION EXHIBITS                    PAGE
Exhibit 1  Fast AC Invoice                      46

---

Page 4

THEREUPON, the following proceedings were had and taken at 9:24 a.m.:

THE COURT REPORTER:  Do you solemnly swear or affirm the testimony you are about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  Yes.

THE COURT REPORTER:  Thank you.

GARY WALTERS, called as a witness by the Defendant, having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MS. SILVA:

Q.  And if you could please state and spell your name for the record?

A.  I'm Gary Walters, G-a-r-y, W-a-l-t-e-r-s.

Q.  Thank you, Mr. Walters.

And you are the plaintiff in -- in this lawsuit that we're here on today, correct?

A.  Yes, ma'am.

Q.  Have you ever given a deposition before?

A.  Yes.  One -- one time before.

Q.  Okay.  And this is probably a little different than that last time in terms of us all being in different places and video cameras, et cetera.

---

Page 5

So given that we are all remote and the court reporter administered your oath today --

MS. SILVA:  I just want to confirm, Mr. Newhart, that you have no objection to that remote swearing in.

MR. NEWHART:  No objections.

MS. SILVA:  Thank you.

BY MS. SILVA:

Q.  And additionally, Mr. Walters, if you could -- I could ask, please, that you do not communicate with anyone during the -- the course of the questioning in terms of sending text messages or phone calls while I'm asking questions.

You can, of course, speak with your attorney or anyone else at a break.

But just since we're all -- we're not in the same room, it's kind of hard to see what's going on. If you could please not communicate with anyone during the course of the questioning, okay?

A.  Yeah.  I don't even have a phone.  I don't -- don't even own a phone --

Q.  Okay.

A.  -- so...

Q.  Okay.  And additionally, also in the lines of us all being remote, it's a little more challenging for

Page 6

1  our court reporter, who's suffering through us --
2  through this with us today.  So if you could please try
3  your best to speak with words, as opposed to hand
4  gestures or any other type of nonverbal responses so
5  that we can make sure that the record is clear.  And
6  I'll do my best to do the same, okay?
7      A.  Yes, ma'am.
8      Q.  And I'll do my best as well to ask some pretty
9  straightforward questions.  But if I ask something that
10  does not make sense to you, could you please let me
11  know, and I will rephrase it?
12      A.  Yes.
13      Q.  And if you do not ask me to rephrase, I will
14  assume that you understood the question.
15      Is that fair?
16      A.  Okay.  Yes.
17      Q.  Okay.  And if you need to take a break at any
18  point, I'm sure that Mr. Newhart or your attorneys have
19  explained to you, but if you need to take a break at
20  any point, just let me know, and we can certainly do
21  that.  Just -- I would ask that you answer any question
22  that's currently pending, okay?
23      A.  Yes, ma'am.
24      Q.  And you understand that you are under oath
25  today?

Page 7

1      A.  Yes.
2      Q.  Is there anything that is impeding your ability
3  to answer truthfully today?
4      A.  No.
5      Q.  What is your birth date, Mr. Walters?
6      A.  June 1st, 1951.
7      Q.  Are you originally from Florida?
8      A.  No.
9      Q.  Where were you -- where are you originally
10  from?
11      A.  I was born in Youngstown, Ohio.
12      Q.  And is that where you grew up?
13      A.  Yeah.  I went to school there until I went into
14  the service.  I left at 17 -- I left there at 17.
15      Q.  Okay.  And what branch of military service did
16  you join?
17      A.  Army.
18      Q.  How long were you in the Army?
19      A.  Three years.
20      Q.  Three or 30?
21      A.  Yes, ma'am.
22      Q.  Sorry, was that three --
23      A.  Three years, yeah.
24      Pardon me?
25      Q.  Oh, I'm sorry.  It was three, like one, two,

Page 8

1  three?
2      A.  Yes.
3      Q.  Well, thank you for your service, sir.
4      What did you do after you left the Army?
5      A.  Traveled about a bit, and I came down here,
6  here to Florida.
7      Q.  And what did you do when you landed in Florida?
8      A.  I was -- I was an electrician.
9      Q.  So were you about 20 years old then when you
10  came to Florida?
11      A.  Yeah, 21, 22 years old.  I got here in -- in
12  '72, '73, maybe.  '72, '73.
13      Q.  And when did you retire from work?
14      A.  In -- I -- I had to quit working in about 1999.
15      Q.  So why did you have to quit?
16      A.  I had some medical problems, and I had -- I had
17  to take some medicine that prevented me from really
18  doing my job.  And I -- I -- I quit working then.
19      Q.  Okay.
20      A.  After awhile, I was doing side jobs, you know,
21  but -- you know, but I didn't work, work.
22      Q.  Were you -- from about '73 to '99 when you
23  stopped, were you always employed as an electrician?
24      A.  Yes, ma'am.
25      Q.  So then from '99 to today, you've sometimes

Page 9

1  done some side electrical jobs, but no other
2  employment; is that right?
3      A.  Yes.
4      Q.  And what was the medical condition, you know,
5  kind of overall, that prevented you from working?
6      A.  I had a node issue, and I had to take some
7  chemo.  It's -- I forget the name of it.  It's a
8  medicine I had to take and it made me really sick and
9  I -- I couldn't go to work.
10      Q.  Okay.  Sorry to hear that, sir.
11      A.  I'm better now.
12      Q.  Good.
13      Do you currently have any other medical
14  conditions?
15      A.  Oh, yeah.
16      Q.  Could you describe those kind of generally for
17  me?
18      A.  I have emphysema, I have Parkinson's, and I
19  have heart trouble.  I have a pacemaker.  That's --
20  that's about it.
21      Q.  And in this lawsuit are you claiming that any
22  of your medical conditions have worsened because of the
23  events in this lawsuit?
24      MR. NEWHART:  Form.
25      THE WITNESS:  No.  I don't think they've

## Page 10

1    worsened.  It's my mental --
2  BY MS. SILVA:
3    Q.  Okay.  So fair that you're -- I think what I'm
4  hearing is that you're making -- you claim that
5  you're -- perhaps your mental health has suffered, but
6  you're not making a claim about your physical health,
7  like your heart or your Parkinson's worsening; is that
8  correct?
9    **A.  I don't know if it's -- I haven't -- you know,**
10  **I don't know if it's affected my heart or not, you**
11  **know.  But I'm just -- you know, when your -- your**
12  **mental state, it affects your heart, I don't know.  I'm**
13  **not a doctor, but they're very concerned about my heart**
14  **and what's going on.**
15    Q.  Okay.  When did your pacemaker -- when was that
16  installed?
17    **A.  I didn't hear you.  I'm sorry.**
18    Q.  I'm sorry.
19       When was your pacemaker first placed?
20    **A.  Oh, I -- I really don't know the date.  It's**
21  **maybe -- maybe a couple of years ago, maybe two years**
22  **ago, maybe --**
23    Q.  For --
24    **A.  -- hasn't been too long.**
25    Q.  For your heart treatment, have any of the --

## Page 11

1  has your -- has your treatment changed in the last
2  year, any changes that your doctor has made to your
3  cardiovascular treatments?
4    MR. NEWHART:  Form.
5    THE WITNESS:  No.
6       But he's -- he's been wanting to see me more,
7    you know, more than what it used to be, but...
8  BY MS. SILVA:
9    Q.  Do you know any reason why you believe he's
10  been asking to see you more?
11    MR. NEWHART:  Form.
12    THE WITNESS:  No.  I -- no, I don't know.
13  BY MS. SILVA:
14    Q.  Have you taken any new medicine for your heart
15  in the last year?
16    **A.  Yeah.**
17       **They've changed my medicine around a little**
18  **bit.**
19    Q.  Has anybody -- do you recall any reason why the
20  medicines were changed?
21    **A.  I think it was because of my -- my -- my pulse**
22  **or -- I don't know.  My -- my heart medicine -- I don't**
23  **know.  I...**
24    Q.  Have you spoken to your -- your heart doctor
25  about the allegations that you've made in this case?

## Page 12

1    MR. NEWHART:  Form.
2    THE WITNESS:  Have I received what?
3  BY MS. SILVA:
4    Q.  Have you spoken to your -- your doctor that
5  treats you for your heart condition, have you spoken to
6  him about the allegations that you have made in this
7  lawsuit?
8    MR. NEWHART:  Form.
9    THE WITNESS:  No.
10  BY MS. SILVA:
11    Q.  And your Parkinson's, when were you first
12  diagnosed with that?
13    **A.  I'm -- I'm not good at dates.  It's been maybe**
14  **four years.**
15    Q.  Are you making any allegation in this case that
16  your Parkinson's has worsened because of the dispute
17  that's in this lawsuit?
18    MR. NEWHART:  Form.
19  BY MS. SILVA:
20    Q.  You can answer.
21    **A.  What did Mr. Newhart say?**
22    Q.  Oh, he was making an objection.
23       But you can still answer.
24    **A.  Oh.**
25       **I'm -- I'm not sure if it's -- if it's worsened**

## Page 13

1  **because of this case.  I -- I don't think it's done it**
2  **any good.**
3    Q.  Have you spoken to your physician, the
4  physician who treats you for the Parkinson's, have you
5  spoken with him about the allegations that you've made
6  in this case?
7    **A.  No.**
8    Q.  Has your treatment for Parkinson's changed in
9  the last year?
10    **A.  Yes.**
11    Q.  Do you -- can you describe generally how that
12  treatment has changed?
13    **A.  They -- they're making me take more medicine.**
14    Q.  Has your physician told you, or do you know why
15  that change has happened?
16    **A.  To help me stop shaking --**
17    Q.  Have you noticed your -- or, do you believe
18  that your Parkinson's has worsened in the last year?
19    **A.  Yes.**
20    Q.  Do you attribute any of that worsening to the
21  allegations that you've made in this lawsuit?
22    MR. NEWHART:  Form.
23    THE WITNESS:  Do I -- do I answer that or
24    what --
25    MR. NEWHART:  Yeah, Gary, you -- you can

                                    4  (Pages 10 to 13)

Page 14

```
 1   answer.  It's okay.
 2          THE WITNESS:  Well, you want to know -- what
 3   was the question?
 4          MS. SILVA:  Sure, yeah.
 5   BY MS. SILVA:
 6     Q.   And when Mr. Newhart objects, unless he tells
 7   you not to answer, you can still answer the question.
 8     A.   Oh.
 9     Q.   And of course, if you don't understand -- and
10   if you don't understand it, I will repeat.
11          So my question was if you think that the
12   allegations you're making in this case -- sorry.  Let
13   me rephrase.
14          If you think that your Parkinson's has been
15   worsened because of the dispute that is part of this
16   lawsuit.
17          MR. NEWHART:  Form.
18          THE WITNESS:  Yes.  I -- I -- I think it has.
19   Yes.
20   BY MS. SILVA:
21     Q.   And could you describe that to me, you know,
22   the change that you think has happened because of the
23   lawsuit?
24     A.   Mentally I've been depressed, and I've had --
25   and I think that causes me to have actions, you know,
```

Page 15

```
 1   with Parkinson's -- shaking and -- and stuff like that.
 2     Q.   Okay.  And I believe I asked you this already,
 3   you have -- you said that you have not spoken to your
 4   Parkinson's physician about the allegations in this
 5   case; is that right?
 6     A.   Yes.  I haven't spoken to him about the case,
 7   no.
 8     Q.   Okay.  Have you spoken to any physician
 9   regarding this dispute in this lawsuit?
10     A.   No.
11     Q.   You also mentioned emphysema.
12          Has your emphysema treatment changed in the
13   last year?
14     A.   Yes.
15     Q.   How so?
16     A.   It's gotten worse.  It's gotten worse.
17     Q.   And what type of treatment do you have for
18   emphysema?
19     A.   Well, as you see, I'm on oxygen, and I take my
20   inhaler.  And I also have a nebulizer at home, and I
21   have two other inhalers at home that I take.  I take
22   about four or five medications for it, and and --
23     Q.   That's one of the difficulties of this remote
24   deposition.  I -- I could not -- now that you've
25   pointed it out, I see the oxygen, but I had not noticed
```

Page 16

```
 1   that before.  But thank you for pointing that out.
 2     A.   I've got my -- I've got my portable.
 3     Q.   Well --
 4     A.   I've got my portable.
 5     Q.   -- I'm sorry for that, but -- I'm sorry that
 6   you -- that you have that, but I'm glad you're able to
 7   get out a little bit with technology.
 8          Have those medications or your use of oxygen
 9   changed in the last year?
10          MR. NEWHART:  Form.
11          THE WITNESS:  Yes.  They've changed around some
12   of my inhalers.
13   BY MS. SILVA:
14     Q.   Do you believe --
15     A.   They have gotten stronger.
16     Q.   Do you believe any of those changes are because
17   of the allegations you're making in this lawsuit?
18          MR. NEWHART:  Form.
19          THE WITNESS:  Well, I tell you what, I'm --
20   sometimes I do get depressed, and I go out there and
21   sneak a cigarette.  And that's not helping me any.
22   My wife doesn't know I do it, but it's not --
23   BY MS. SILVA:
24     Q.   And had you smoked prior to the dispute that's
25   part of this lawsuit?
```

Page 17

```
 1     A.   Yes.
 2          But I've been stopping for the last, oh, six,
 3   eight months, I've been stopping.  I've been wearing
 4   the patch.
 5     Q.   So you've been trying to quit smoking in the
 6   last six to eight months?
 7     A.   Yeah.
 8     Q.   And prior to that, for how many years had you
 9   smoked?
10     A.   Since I was about 10, 12.
11     Q.   About how much did you smoke, on average?
12     A.   Oh, I was up to two packs a day.
13     Q.   For how long do you think you sustained that
14   quantity?
15     A.   Oh, 45, 50 years.  Yeah.
16     Q.   So kind of an overview of -- you mentioned
17   emphysema, Parkinson's, and some heart concerns.
18          Any other chronic diseases that you suffer
19   from?
20          MR. NEWHART:  Form.
21          THE WITNESS:  No.
22   BY MS. SILVA:
23     Q.   Do you use a wheelchair?
24     A.   Yes.  When I -- I have an electric wheelchair
25   that -- I use that when I know I have to -- to go a
```

5  (Pages 14 to 17)

Page 18

1    distance, if I go to the grocery store, to go see my
2    doctor at the VA, or -- here, I'm just parked outside.
3    I didn't have to really bring it today.
4        Q.   And --
5        A.   I walked.
6        Q.   -- do you drive yourself?
7        A.   Yes.
8        Q.   And you own your vehicle?
9        A.   Yes.
10       Q.   What type of vehicle is it?
11       A.   It's a 2005 Chevy pickup truck.
12       Q.   Do you regularly drive any other vehicles?
13       A.   Once in awhile I -- I'll drive my wife's car.
14       Q.   What type of car is that?
15       A.   It's a 2015 Kia Soul.
16       Q.   So I take it your wife can also drive herself
17   around?
18       A.   Could you repeat that?
19       Q.   Sure.
20           I take it your wife also still drives herself
21   around?
22       A.   She drives herself, yes.
23       Q.   Yeah.  So you can both -- so you can both
24   drive.
25           And how long -- the 2005 Chevy pickup that you

Page 19

1    primarily drive, how long have you owned that vehicle?
2        A.   Since 2005.
3        Q.   It was new when you purchased it?
4        A.   Yes, ma'am.
5        Q.   And the Kia Soul, was that also new when you
6    purchased it?
7        A.   Yes, ma'am.
8        Q.   And did you graduate high school, sir?
9        A.   No.
10       Q.   So I think you said you -- excuse me -- signed
11   up for the Army at 17; is that right?
12       A.   Yes, ma'am.
13       Q.   So you signed up straight -- well, when did
14   you -- did you -- were you in school and then signed up
15   for the Army, or was there a gap?
16       A.   Yeah, I was -- I was in -- I was in high school
17   and I -- I signed up.
18       Q.   Okay.  And you currently live at 9431 Heather
19   Lane in Fort Myers; is that correct?
20       A.   Yes, ma'am.  North Fort Myers.
21       Q.   How long have you lived at that home?
22       A.   Thirty-plus years, 32, maybe, 32 years.
23       Q.   So since about 1988 or so?
24       A.   Yeah.
25       Q.   Okay.

Page 20

1        A.   I moved there when my son was maybe three or
2    four, and he's -- he's 34, 35 now.  So it's been...
3        Q.   And how many children do you have, sir?
4        A.   I have three.  They're -- not all of them are
5    really mine, but they're -- you know, they don't have
6    my last name.
7        Q.   Are they your wife's children from a --
8        A.   Well, I have one child that's mine, and then
9    the other two were my wife's when -- you know, they
10   come before, another husband's.
11       Q.   When did -- when did your wife and you get
12   married?
13       A.   Oh, gosh.  I don't know the date.
14       Q.   Oh, yeah, I mean, you know, more or less.
15       A.   We've been -- we've been together 30-some
16   years, 37 years.  We lived together before we got --
17   you know, for awhile before we married.  I don't know
18   the date.
19       Q.   Did you meet her down here in Florida?
20       A.   Yes, ma'am.
21       Q.   And this -- the home that you live in, when was
22   it built, if you know?
23       A.   I have no idea.
24       Q.   Do you know -- or, have you, since you've lived
25   there, installed any A/C units in there?

Page 21

1        A.   Yes.
2        Q.   Do you recall when?
3        A.   Well, the last one I put in was maybe two
4    years, three years ago.
5        Q.   So the -- the A/C unit that's there currently,
6    you had that installed in about -- or, about two to
7    three years ago?
8        A.   Yes.
9        Q.   Okay.  So about 2017 or 2018?
10       A.   Yes.
11       Q.   Have you had -- I know this lawsuit is about
12   the dealings that you had, you know, with Fast AC
13   and -- regarding one specific repair, which we'll,
14   obviously, talk more about.
15           Besides that dealing with Fast AC, have you
16   done any other repairs to that A/C unit?
17           MR. NEWHART:  Form.
18           THE WITNESS:  No.
19   BY MS. SILVA:
20       Q.   In the units that you've had, you know, prior
21   to this new one that you had installed, have you ever
22   done any A/C repairs at your home, like, had companies
23   come out to do A/C repairs?
24       A.   Yes.
25       Q.   Do you recall what those company names were?

6  (Pages 18 to 21)

Page 22

1    A.  Oh, gosh.  No.
2    Q.  Do you remember when those repairs were?
3    A.  No.
4    Q.  Did you have any disputes, any disagreements
5  with those companies after their repairs were
6  completed?
7        MR. NEWHART:  Form.
8        THE WITNESS:  No.
9  BY MS. SILVA:
10   Q.  And when you installed this -- this A/C unit
11 that you put in two to three years ago, did that
12 include the duct work in the home or not?
13   A.  No.
14   Q.  Do you know -- well, have you ever replaced the
15 duct work in the home?
16   A.  When -- when they installed my
17 air-conditioning, the new one I got, he ran a line
18 in -- into my -- he ran another duct into my -- into my
19 bedroom.
20       And I -- in my house, I gutted the garage and
21 made it into a bedroom.  And I had a small vent in
22 there, and I wasn't doing a good job.  So when he put
23 my new A/C in, I -- I paid them to put another vent in
24 my bedroom, and they did.
25   Q.  So it sounds like they installed -- installed a

Page 23

1  few -- a portion of the duct work?
2    A.  No, it wasn't a portion.  It was -- yeah, it
3  was just one duct going into my bedroom.
4    Q.  Okay.
5    A.  And I paid them for that when I -- when I'm
6  paying for the A/C unit.
7    Q.  Do you know the company that installed that A/C
8  unit?
9    A.  Fast.
10   Q.  It was Fast AC that installed your new A/C --
11 I'm sorry, the -- the repair that was two to three
12 years ago, Fast AC installed that?
13   A.  Yeah, yeah.  The one I have in now, yes.
14   Q.  Okay.  The -- have you ever replaced any duct
15 work in the home since you've lived there?
16   A.  No.
17   Q.  So to your -- the -- do you know anything about
18 the date of the duct work, like, when it was first
19 installed in the home?
20   A.  No idea.
21   Q.  But the duct work, except for that new portion
22 that was installed about two or three years ago, the
23 rest of the duct work is the same as when you purchased
24 the home about 30 years ago; is that right?
25   A.  Yes, yes.

Page 24

1    Q.  The -- when you had Fast AC install the air
2  conditioner two to three years ago, how did you pay for
3  that installation?  Did you have -- did you have
4  financing or not?
5    A.  Yeah.  That guy, Mike, got me financing to get
6  all that.
7    Q.  Okay.
8    A.  It cost me --
9    Q.  So the --
10   A.  -- $7500 for an air conditioner.
11   Q.  So when you say, "that guy, Mike," you mean
12 the -- the repairman from Fast AC who came to your
13 house to install the air conditioner is the same
14 repairman who came to your house for the issues that's
15 in this lawsuit?
16   A.  Yes.
17   Q.  So could you describe to me of the financing
18 for that A/C unit, like, how did you first learn about
19 it and if you recall the company that it was financed
20 with?
21       MR. NEWHART:  Form.
22       THE WITNESS:  Synchrony Bank.  Is that -- am I
23 pronouncing that right?
24 BY MS. SILVA:
25   Q.  Like, Seniority?

Page 25

1    A.  Synchrony Bank.
2    Q.  I don't know.
3    A.  Yeah, Synchrony Bank.
4    Q.  Can you spell that?
5    A.  Oh, S-y-n-c-h-o-r-n-y [sic] --
6    Q.  Okay.
7    A.  -- Bank.
8    Q.  Okay.  And you said something like:  That guy,
9  Mike, signed me up for that.
10       Could you describe what you mean "he signed you
11 up for it" or --
12   A.  Well, he got me a loan on it, just like he
13 wanted to do with my duct work.  He said, oh, yeah, we
14 can do this and looked it up.
15       But, you know, I've been paying on it now for
16 two years, and I still owe them $7,000.
17   Q.  Okay.  How did you first learn -- was that --
18 well, that installation two to three years ago, was
19 that your first interaction with Fast AC?
20   A.  Yes, ma'am.
21   Q.  How did you learn of the company?
22   A.  Well, they called and wanted to come and clean
23 my -- oh, my -- my air conditioner for 35 bucks, and I
24 told them to come on.
25   Q.  And -- your conversation about two to three

Page 26

1    years ago when you first learned of them?
2        A.    What was that?
3        Q.    I just want to make sure, I want to talk about
4    how you first learned of the company, you know, about
5    three years ago or so.
6        A.    When they called me to come and clean my air --
7    my old air conditioner.
8        Q.    Okay.  So they called you up saying that they
9    had a -- whatever, an offer, for a cleaning; you
10   invited them to come out.  Is that right?
11       A.    Yes.
12       Q.    Okay.  And what happened after that?
13       A.    Well, Mike went up to the attic, and a couple
14   of minutes later, he brought me down a picture of the
15   inside of my air conditioner and told me it was really
16   bad, I needed a new one, and all this.  And he showed
17   me a picture on his phone of an air conditioner and,
18   you know, all the crud it in and everything.
19             And I told him, yeah, okay.
20             And then he told me, you know, about the
21   financing and all that, and -- and did it on his
22   computer.
23             And then the next day, they came and put a new
24   air conditioner in, took the old one out.  And I kept
25   the old one, told them to put it in the back of my

Page 27

1    pickup truck, because I was going to take it down to
2    the scrap yard to scrap it.
3              And that night, my son and I took it all apart,
4    and there wasn't the crud in there like he showed me on
5    the picture.  But my new A/C was already installed, so
6    I just went along with it, you know.
7              And that's when I knew I got screwed by him one
8    time.
9        Q.    Yeah.  Sorry to hear that, sir.
10             Do you know how -- how they came to call you
11   when they were having that promotion, how they got your
12   phone number?
13       A.    I have no idea.
14             MR. NEWHART:  Form.
15   BY MS. SILVA:
16       Q.    The A/C unit that they were replacing, so your
17   old unit that they said had crud in it, how old was
18   that unit at that time?
19       A.    Five, six years old.
20       Q.    And how did you come to have -- well, so after
21   they installed that, that A/C unit about three years
22   ago, did you have any other dealings with Fast AC?
23       A.    Afterwards?
24       Q.    Correct.
25       A.    Just when he came to give me my free service

Page 28

1    call to clean it, because when he gave me a free -- I
2    mean, the -- the A/C unit, it came with, you know, free
3    service, and he'd come and clean it.  It was a year
4    after he put it in, they came to clean it.
5        Q.    Is that the interaction that's part of this
6    lawsuit?
7              MR. NEWHART:  Form.
8              THE WITNESS:  Yes.
9    BY MS. SILVA:
10       Q.    So that was when they came out, you know, the
11   part that's in this lawsuit is about October of 2018.
12             So you're saying that that was a visit that
13   was -- that they offered to you as part of the install
14   of the unit that they had done the year before?
15             MR. NEWHART:  Form.
16             THE WITNESS:  I didn't understand that
17   question.  What was that?
18             MS. SILVA:  Yeah, yeah.  Let me ask it more
19   broadly.
20   BY MS. SILVA:
21       Q.    Just can you explain again how they came to be
22   in your house in October of 2018 that's the basis for
23   this lawsuit?
24       A.    Well, they --
25             MR. NEWHART:  Form.

Page 29

1              THE WITNESS:  They came -- they came to clean
2    and service my -- my A/C with -- with the contract
3    that they made, you know.  It came with the free
4    cleaning and service, you know, yearly.
5    BY MS. SILVA:
6        Q.    Okay.  And did you call them to schedule that
7    cleaning, or did they call you?
8        A.    No.  They called me.
9        Q.    Do you recall anything about that conversation:
10   When it was?  Who you spoke with?
11       A.    The first one there was, I guess I talked to a
12   lady, and we set up an appointment for them to come
13   out.
14             MS. SILVA:  Sorry.  Darren, if you don't mind
15   to mute your laptop speakers --
16             (Overlapping speaking.)
17             MS. SILVA:  Sorry about that.
18             (Overlapping speaking.)
19             MS. SILVA:  Okay.  Maybe it's somewhere else
20   then.  Maybe it wasn't you.
21   BY MS. SILVA:
22       Q.    Okay.  So you believe that a woman from Fast AC
23   called you to schedule the cleaning, and you set up an
24   appointment with them on the phone?
25       A.    Yes.

8  (Pages 26 to 29)

Page 30

1         MR. NEWHART:  Form.
2    BY MS. SILVA:
3         Q.   Did you have any other conversations with them
4    prior to them coming out to do this service?
5         A.   No, no.
6         Q.   Before --
7         MR. NEWHART:  Do you mind if we take a break
8    real quick?
9         MS. SILVA:  Oh, yeah.
10        (Recess from 10:07 until 10:16 a.m.)
11   BY MS. SILVA:
12        Q.   Mr. Walters, to kind of rewind a little bit
13   back to the -- that initial contact that you had with
14   Fast about two to three years ago, after you got that
15   phone call from them and you scheduled the cleaning,
16   did you do any research on the company at all?
17        A.   No.
18        Q.   Talk to any friends or family about --
19        A.   Oh, after -- after the cleaning, when they
20   wanted to sell me the duct work?
21        Q.   No.
22        So the first -- the first contact that you had
23   with them about three years ago or so when they -- when
24   they just called you.
25        Yeah, so after you got that phone call and you

Page 31

1    set up that initial where they were going to come out
2    and just look at your unit --
3         A.   No.
4         Q.   -- did you talk to any friends or family about
5    the company?
6         A.   No.
7         Q.   Had you ever heard of the company prior to
8    getting that phone call from them?
9         MR. NEWHART:  Form.
10        THE WITNESS:  No.
11   BY MS. SILVA:
12        Q.   And then after they did that repair and you
13   said that you and your son looked at the old unit and
14   saw that there was no -- no crud in the A/C, do you
15   feel that Fast A/C had lied to you about the condition
16   of your unit?
17        MR. NEWHART:  Form.
18        THE WITNESS:  Yes.
19   BY MS. SILVA:
20        Q.   You had talked about that the technician might
21   have sent -- shown you a photo on his phone.
22        Do you believe that that photo was a picture of
23   your old unit?
24        A.   I don't -- I don't think it was.
25        Q.   Why do you think -- do you have any opinion

Page 32

1    of -- as to why the technician, Mike, told you that the
2    unit had crud on it?
3         A.   Why did he say that?
4         Q.   Yeah.
5         Do you have any opinion on that?
6         A.   Probably to sell me a new unit.
7         Q.   And you believe that that representation that
8    Mike made to you about the condition of your unit was
9    untrue, correct?
10        A.   Yes.
11        Q.   Did you make any complaints to Fast AC about
12   that replacement?
13        A.   No.
14        Q.   Any complaints to any government agencies?
15        A.   No.
16        Q.   Why did you not complain to Fast or any
17   agencies?
18        A.   Well, I just got a new unit, and I'm paying a
19   hundred dollars a month for it.  And I just let it go.
20   I just...
21        Q.   Okay.  Were you -- were you upset that Fast AC
22   sold you a new A/C unit?
23        A.   Yeah.
24        Q.   Did you feel that the company had been
25   untruthful to you in selling that unit?

Page 33

1         A.   Yes.
2         See, they were going to take that unit, the old
3    one, they were going to take it, and I told them, no,
4    it's mine, throw it in the back because I'm going to
5    take it to the scrap yard, you know, and sell -- and
6    sell it.
7         So they put it in the back of my truck.  When
8    they carried it out, they put it in the back of my
9    truck.
10        Q.   And then that's how you were able to -- to see
11   the unit yourself later, correct?
12        A.   Yeah.
13        We -- my son took it all apart and stuff so I
14   could sell the different parts at the scrap yard,
15   the -- what is it, the coil and the motor and all that?
16        Q.   Yeah.
17        Now, how did that -- how did you feel, you
18   know, after that, after you -- you saw that -- you
19   believed that the A/C unit did not need to be replaced
20   but you had purchased a new unit?  How did that make
21   you feel?
22        MR. NEWHART:  Form.
23        THE WITNESS:  Not very good.
24   BY MS. SILVA:
25        Q.   Could you elaborate on that?

9  (Pages 30 to 33)

Page 34

1    A.  Well, I feel like they lied to me.
2    Q.  Did it cause you any -- any, like, depression
3  or any -- any type of emotional concerns after that?
4        MR. NEWHART:  Form.
5        THE WITNESS:  Yeah.  Yes.
6  BY MS. SILVA:
7    Q.  Could you speak to that a little bit, anything
8  you can describe to me about how you felt after that
9  replacement?
10        MR. NEWHART:  Form.
11        THE WITNESS:  Well, I felt like I was took, I
12    was swindled.  And how does anybody feel when
13    they've been swindled?
14  BY MS. SILVA:
15    Q.  Yeah, pretty upset, I would imagine.
16    A.  They don't feel very good, do they?
17    Q.  No.
18    A.  Well, that's how I felt.
19    Q.  Sure.
20      So then I believe you said you -- so you didn't
21    speak to them for about a year -- or, you had no other
22    conversations with them after they left your house
23    after installing the A/C until they called you to
24    schedule the cleaning; is that right?
25    A.  Yes.

Page 35

1    Q.  You said someone called you up, and you
2  scheduled the cleaning.
3      What -- what caused you to -- to have them come
4  out even though you had felt that they had lied to you
5  about the replacement?  Why did you still have them
6  come to do the cleaning?
7    A.  Well, it was -- it was a free cleaning.
8    They're supposed to do it for free and check on the
9    unit and make sure it's working properly and make sure
10    the freon was good in it, and -- you know, and -- and
11    to clean it.
12    Q.  Okay.
13    A.  And it was free, so, you know.
14      And it was the company, and I didn't want them
15    to -- to get another company to come up there, because
16    it might void the warranty or whatever.
17    Q.  I see.  Okay.
18    A.  So I just told them, yeah.
19    Q.  You read my mind.  I was going to ask if you
20  had had any other repairs or any other company look at
21  the A/C unit.
22      And it sounds like you had not, correct?
23    A.  No.
24    Q.  And you did not do that because, it sounds
25  like, you were concerned about voiding the warranty.

Page 36

1      Is that why you did not have anyone else come
2  out?
3    A.  Yes.
4    Q.  So can you describe to me when Fast AC comes
5  out for this scheduled cleaning, describe to me a
6  little bit about that?  You know, I understand it was
7  the technician, Mike, that came to -- to the house.
8      Could you describe the visit to me?
9        MR. NEWHART:  Form.
10        THE WITNESS:  He -- he came on in and -- and
11    got his ladder and went on up into the attic for
12    maybe two minutes.  He didn't have any cleaning
13    supplies; he didn't have any tools.
14      And he came down -- it must have been two
15    minutes -- and told me that my duct work is shot,
16    it's not going to last another two or three weeks,
17    he said.  It's going to be shot, you're going to
18    have really bad problems, and I need to replace them
19    real quick, real soon.
20      And he was calling up his boss and getting a
21    price.  He -- he didn't even measure to see how long
22    it was or anything, I -- I know.
23      But he got me a price of it, and I told him I
24    didn't have that money.  I said, I -- I'm broke, I
25    don't have that money, so I have to -- to let it go.

Page 37

1      And he told me that he had a company that could
2  give me a loan for it and -- for the $5,000 it would
3  cost.
4      And he got on his computer and punched it up
5  and called his boss a few times, give me a -- a
6  break on the price because it was -- because I was a
7  veteran, and I remember him saying that they wanted
8  to take care of the veterans.
9      Yeah, he took care of me all right.
10      But he got on the computer and -- on his
11  computer and had this list of things.  And I -- I
12  didn't really read it.  I didn't -- I didn't really
13  even remember if I knew what the company's name was;
14  that he -- he told me they would take care of it.
15      And I'm not sure all what exactly happened now.
16  It's been awhile.
17      But he -- he -- I don't know how he got my name
18  signed on it, on that contract.  But when he left --
19  BY MS. SILVA:
20    Q.  What do you mean?
21      Continue.
22    A.  But when he left, he was -- I -- I think that
23    was on a Friday.  And when my wife got home from work,
24    I -- I -- I told her that we're getting new duct work
25    in, and she -- she told me that -- that we couldn't

10  (Pages 34 to 37)

Page 38

1  really afford it.
2      And I said, Well, it's only supposed to be $50
3  a month.
4      And she said, No, Gary, we -- we just can't
5  afford it right now.
6      So that -- that Monday I called them back to
7  cancel it.  And they were very upset about it, about me
8  telling them no, I -- I decided no, I didn't want new
9  duct work right now, we can't afford it.
10     And then I asked them what was the company --
11 he told me I had to call the finance company to cancel
12 the contract, and I asked him what -- what the name of
13 the company was and if he had a phone number for it.
14 He said he -- he didn't have that information right
15 then and there, and he'd call me back.
16     He never did call me back.
17     And I kept calling him and calling his boss
18 almost every other day or so, and they kept saying,
19 Well, we'll call you back.  And they never did.
20     Then I think it was about a month later I got a
21 letter in the mail from that company, that finance
22 company, and they -- so then I knew what the company's
23 name was.  And I looked it all up on the computer and
24 got the phone number, and then I called them.
25     And they told me that I had to talk to the --

Page 39

1  to the A/C people, the company, because they had done
2  the work.
3      And I told them, No, no, they didn't.  They
4  haven't even done any work at all.
5      So I -- I guess -- I don't know if they called
6  them or whatever, back and forth.
7      Then it was that they did half of the work, and
8  they were going to come back and do the other half.
9      So then I told her, I said, No, they didn't do
10 any of the work.  They didn't even start it.  They
11 haven't even been here to the house.
12     And I guess they didn't believe me, made me
13 feel like I was a liar.
14     And I -- I called Fast AC several times with
15 no -- with no -- no outcome.  And they kept telling me
16 I had to call them, and they told me I had to call
17 them.  And, you know, each person told me I had to call
18 the other person for -- for months.
19     And I keep on getting these letters saying I
20 had -- I owe them money.
21     And it wasn't $50 a month, it was another
22 hundred dollars a month.  So they didn't tell me the
23 truth about that either.  And they -- the payments were
24 a hundred dollars a month.
25     And they -- I just got the runaround from --

Page 40

1  from both people.  And here I am.
2      The last time I talked to the finance company,
3  I -- I kind of was really upset, and I said, What do I
4  do?  What do I have to do, go get a lawyer?
5      And she said, Yeah, I guess you have to.
6      So here I sit.
7  Q.  Yeah.
8      And how long was Mike from Fast AC in your home
9  that day?
10 A.  Well, he was up in the attic for a couple of
11 minutes, and then he was on the computer and on the
12 phone.  And I'd say maybe a half an hour, if that.
13 Q.  And did he do the cleaning of the A/C unit?
14 A.  I don't see how he could.  He didn't take any
15 tools up there to take the -- side of the A/C off
16 the -- the spread or -- you know, to clean it.  Unless
17 he had a rag in his pocket, and he wiped just it off of
18 on the outside --
19 Q.  Did you ask -- when he was at your house, did
20 you ask him about that?
21 A.  Yeah.
22     He said, Yeah, he did.
23 Q.  Do you believe him?
24 A.  He said, Yeah, I cleaned --
25     No.

Page 41

1  Q.  So you asked -- you asked Mike while he was
2  still in your home, Did you clean, you know, the A/C?
3      And he said, Yeah, I did.
4      And you didn't believe him?
5  A.  Yeah.  He said, Everything is fine, but your
6  duct work is terrible, it's not going to last.
7  Q.  Did you believe Mike when he told you that?
8  A.  Well, yeah, I did.  I can't --
9  Q.  And why did you --
10 A.  -- get up there to look at it.  I can't get up
11 there to look at it.  I'm -- I'm getting older, you
12 know.  I'm -- I'm 69 now.
13 Q.  Sure.
14 A.  But I -- I -- I try to -- I try to take people
15 for their word.
16     You know, when -- when I was an electrician and
17 I found something was wrong, you know, I -- I -- I
18 wouldn't lie to them to get a job.
19 Q.  And when he -- he went up in the attic to look
20 at the -- at the duct work, is that where the A/C unit
21 is located that he needed to clean?
22 A.  Yeah.  Half of it, you know, the -- half of it.
23 I got a split unit.  Half of it's up there, and the
24 other half's out -- out back behind the house.
25 Q.  Okay.  Did -- did Mike go to the other part of

11  (Pages 38 to 41)

Page 42

1    the unit that's in the outside of the home?
2    A.  No.
3        Q.  Did you ask him to go there?
4    A.  No.
5        He started talking about the duct work and
6    stuff and was on the phone with his boss a lot of the
7    time.
8        Q.  Did he -- well, it sounds to me like he went up
9    into the attic pretty promptly after he -- after he got
10   to your home; is that correct?
11   A.  Yes.
12       MR. NEWHART:  Form.
13   BY MS. SILVA:
14       Q.  So did he get to your home and just go straight
15   up to the attic immediately, and then within about two
16   minutes come down and tell you that the duct work
17   needed replacing?
18   A.  Yes.
19       Q.  Was that the extent of him looking at any of
20   the A/C components in your home?
21       MR. NEWHART:  Form.
22       THE WITNESS:  Yeah.  I -- I don't know what he
23   looked at up there.
24   BY MS. SILVA:
25       Q.  Sure.  Yeah.

Page 43

1        So basically, you -- you saw him go up into the
2    attic for maybe about two minutes, you estimate, and
3    come back down, and that's all that you observed him
4    doing on your A/C component, correct?
5    A.  Yes.
6        Q.  Did you sign an agreement with Fast AC that day
7    for them to replace the duct work?
8    A.  Yes.  Yeah.
9        Q.  And on that day when they came to your home and
10   you talked about the duct work with them, at that time
11   you did want Fast AC to come and replace the duct work,
12   correct?
13   A.  Yes.  I signed the -- wait a minute now.
14       Q.  Yeah.
15       MR. NEWHART:  Just to make the record clear, I
16   think he's confused because there's probably several
17   different things or agreements going on at that
18   time.  So you weren't really clear.
19       MS. SILVA:  Sure.  Yeah.  So -- yeah.
20   BY MS. SILVA:
21       Q.  When you -- you talked with Fast AC about
22   replacing the duct work, and you did want, you know,
23   for that --
24   A.  Well, they didn't give me any paperwork.
25       Q.  Okay.  Well -- but I mean, at the time when you

Page 44

1    were talking with Mike, and you did reach an agreement
2    for Fast AC to replace the duct work in your home,
3    correct?
4        MR. NEWHART:  Form.
5        THE WITNESS:  As a matter of fact, I think it
6    was just verbal.
7    BY MS. SILVA:
8        Q.  Okay.
9    A.  You know --
10       Q.  But I mean, you -- so you think you -- but you
11   had an agreement, you know, of some kind, verbal or
12   otherwise, for Fast AC to replace the duct work in your
13   home?
14   A.  Yeah.
15       He was supposed to come and do it Tuesday, and
16   I think this was on Friday.
17       Q.  Okay.  I'm going to try to pull up a document.
18       Is there a computer screen you can see,
19   Mr. Walters, or there's a document that shows there
20   now?
21   A.  Okay.
22       Q.  Can you see that?
23   A.  Yeah.
24       MS. SILVA:  Okay.  I'm going to just kind of
25   scroll down --

Page 45

1        THE WITNESS:  -- have to walk up there, too.
2        MS. SILVA:  Okay.  You're welcome to, yes.
3    It's too bad you can't --
4        MR. NEWHART:  What -- what was that?  I didn't
5    hear what Mr. Walters said.
6        MS. SILVA:  Oh, I think he said he couldn't --
7    if he could walk up to it.
8        Yeah, you're welcome to walk up to it.
9        Or I don't know if you want to get him a paper
10   copy.  It's from your production, the...
11       I can try to see --
12       MR. NEWHART:  Are you able to expand your
13   screen, Patty?  You might be able to make it -- in
14   the top right box, right above the --
15       MS. SILVA:  Oh, wow.
16       MR. NEWHART:  -- I don't know if there's arrows
17   that are pointing out.  You should be able to expand
18   your screen and make it larger.
19       MS. SILVA:  Okay.  It's -- it's larger on my
20   end.  Is it larger on your end?
21       MR. NEWHART:  It's not on mine.
22       MS. SILVA:  Okay.
23       THE WITNESS:  (Garbled audio.)
24       MS. SILVA:  Okay.
25       THE WITNESS:  (Garbled audio) -- walk up there.

12  (Pages 42 to 45)

Page 46

1    MR. NEWHART:  Mr. Walters, you can just slide
2    your chair forward, if you'd like.  You don't have
3    to get up.
4    THE WITNESS:  Oh, well, it's gone.
5    MS. SILVA:  Sorry.  I needed to get out of
6    that.
7    Yeah, if you can try to see if you can look at
8    this document, Mr. Walters?
9    THE WITNESS:  It's not on my screen.
10   MS. SILVA:  If -- we can go off the record for
11   a second.
12   (Discussion off the record.)
13   MS. SILVA:  So I'd like to identify -- mark
14   this document as Exhibit 1.
15   (Defendant's Exhibit 1 was marked for
16   identification.)
17   BY MS. SILVA:
18   Q.  Mr. Walters, did you have a chance to look at
19   this document that's on the screen?
20   A.  Yes.
21   Q.  Do you recognize it?
22   A.  No.
23   Q.  Do you recall ever seeing this document before?
24   A.  I -- I -- I don't -- I don't remember it, but
25   I -- I see that it is my -- my writing down there,

Page 47

1    "Walters."
2    Q.  In the box that says "signature," you -- do you
3    believe that that's your signature?
4    A.  Yeah.
5    Q.  Let me just -- here, I can --
6    A.  Well, wait a minute.
7    Well, I don't know.
8    Yeah, that -- yeah, that looks like my
9    handwriting.
10   Q.  Okay.  In the -- in the box where it says
11   "signature," is that what you're referring to, that
12   that looks like your signature?
13   A.  Yeah, yeah.
14   Q.  And then I'm going to scroll up, I think --
15   gosh.
16   How about in this first -- this is the first
17   page of this document where it says "signature" as
18   well, is that your signature?
19   A.  Yes.  (Garbled audio.)
20   Q.  Do you -- you don't recall seeing this document
21   before?
22   A.  I -- I don't remember it.  I -- I don't -- I
23   don't remember them giving me a copy of it.  I don't --
24   I don't know.
25   Q.  Okay.  You read my mind again.  I was about to

Page 48

1    ask --
2    A.  They might have, but I -- if they did, I might
3    have sent to -- to my -- to my lawyer, but I --
4    Q.  Okay.  But as you sit here today, you just --
5    you just don't recall either way; is that fair?
6    A.  Yeah.
7    Q.  Okay.  And down here at the bottom of this
8    document, it refers to:  By signing this document, you
9    agree to all of the terms and conditions on the
10   attached/back pages.
11   Do you have any recollection of any additional
12   terms and conditions that you were given?
13   A.  No.
14   Q.  And here in the -- in the box on this document
15   where it says "invoice notes and approval," it's a
16   little tricky to read but --
17   Oh, I'm sorry.  Let me go -- it's the wrong
18   page.  I meant to refer you to the second page.
19   Let me try to -- it's a little tricky to read
20   here, but on the second page, I see it saying
21   "customer" -- part of the last sentence in this
22   narrative:  "Customer agrees," and a symbol, "$5,500
23   financed through FTL."
24   Is that an accurate description of the
25   agreement that you entered into with Fast at the time?

Page 49

1    A.  Yes.
2    MR. NEWHART:  Form.
3    BY MS. SILVA:
4    Q.  So I think you -- you had said "yes," correct?
5    A.  Yes.
6    Q.  So when Mike was at your home, you -- you, at
7    some point, discussed financing with him, correct?
8    A.  Yes.
9    Q.  Because I think you had mentioned before that
10   you told him that you could not afford the replacement,
11   and he offered to you a financing option.
12   Is that how that discussion came up?
13   MR. NEWHART:  Form.
14   THE WITNESS:  Yes.
15   BY MS. SILVA:
16   Q.  And can you tell me more about any information
17   that was given to you about the financing?  You know,
18   what was your conversation with Mike?
19   If you could kind of describe your conversation
20   about financing to me, please.
21   MR. NEWHART:  Form.
22   THE WITNESS:  Well, he just said that he had
23   a -- a company that would -- that would finance
24   this.
25   ///

13  (Pages 46 to 49)

Page 50

BY MS. SILVA:

1  Q. Okay. Did he tell you the name of the company?
2  A. I --
3  Q. If you recall?
4  A. I -- I don't recall. I --
5  Q. Yeah, I know this was a -- a little bit, a ways
6  back. So if you ever don't recall any of the
7  information that I'm asking you, you can just -- just
8  let me know you don't recall.
9     Did you talk about any different financing
10 options with Mike?
11    MR. NEWHART: Form.
12    THE WITNESS: Different -- different financing?
13    MS. SILVA: Yeah.
14 BY MS. SILVA:
15 Q. Did he describe to you, you know, any
16 different -- you know, did he present to you any
17 options for financing? Or did he just tell you,
18 there's a company, and that's it?
19    MR. NEWHART: Form.
20    THE WITNESS: He said there was a company. And
21 that's it.
22 BY MS. SILVA:
23 Q. He didn't present you with any different types
24 of -- of loans or any different terms that might exist?

Page 51

1     MR. NEWHART: Patty -- Patty, it looks like
2  he's having some trouble with his oxygen. Do you
3  mind if we go off record?
4     MS. SILVA: Yeah.
5     THE WITNESS: I was just -- it was the battery
6  had gave out and I have another battery and I just
7  plugged it in.
8     MS. SILVA: Oh. Do you need to take a break?
9     THE WITNESS: No, no, it's -- it's fine. I --
10 I just had to plug my other battery in, my -- my --
11 the battery in it was -- was gone.
12    MS. SILVA: Okay. Well, definitely --
13    THE WITNESS: So I have -- I have probably -- I
14 have probably 20, 30 minutes left.
15    But I can go without oxygen for awhile. I'm
16 not -- I'm not, you know --
17    MS. SILVA: Yeah, we don't need you to do that,
18 sir. Definitely just let me know. You know, we'll
19 take a break, and we can -- we can accommodate.
20 BY MS. SILVA:
21 Q. Did you ask Mike any questions about the
22 financing?
23    MR. NEWHART: Form.
24    THE WITNESS: I -- I don't -- I don't really --
25 what -- what do you mean, any questions about it?

Page 52

1     MS. SILVA: Yeah.
2  BY MS. SILVA:
3  Q. So if he -- he said to you, you know, I have a
4  company --
5  A. I asked him how much -- I asked him how much a
6  month.
7  Q. Okay. And what did he tell you?
8  A. He told me $50 a month.
9  Q. Any other questions that you asked him about
10 the financing?
11 A. No.
12 Q. And you eventually, with Mike, applied for --
13 for financing, correct?
14    MR. NEWHART: Form.
15    THE WITNESS: Well, yeah. He did it all on his
16 computer. He had a little computer.
17 BY MS. SILVA:
18 Q. He used his own computer or your computer?
19 A. His.
20 Q. What -- what did he do on his computer?
21    MR. NEWHART: Form.
22    THE WITNESS: I don't know. I wasn't watching
23 him.
24 BY MS. SILVA:
25 Q. Did you -- did you apply for financing on that

Page 53

1  date that Mike was at your house?
2     MR. NEWHART: Form.
3     THE WITNESS: I -- I guess -- yeah, I guess so.
4  BY MS. SILVA:
5  Q. And you applied for financing for the
6  replacement of the duct work, yes?
7  A. Yes.
8     MR. NEWHART: Form.
9  BY MS. SILVA:
10 Q. And how was that application created?
11    MR. NEWHART: Form.
12    THE WITNESS: What do you mean, how was it
13 created?
14 BY MS. SILVA:
15 Q. How was it filled out? You know --
16 A. He did it on his computer.
17 Q. Okay.
18 A. He filled it out on his computer.
19 Q. Did you know that he was filling it out on his
20 computer for you?
21 A. Well, he was standing there, you know, doing
22 stuff. I -- I guess --
23 Q. Did you know what -- did you know what he was
24 doing?
25 A. No.

14 (Pages 50 to 53)

Page 54

1    Q.  Did you believe that Mike was going to submit
2    a -- a financing application for you?
3    A.  Yes.
4    Q.  Did you believe that he was doing it that day
5    when he was in your home?
6    A.  I'm -- I don't know.  I -- I think so, yeah.
7    Q.  When Mike was there, you -- you observed him
8    on -- on his computer.
9    What did you believe Mike was doing?
10    MR. NEWHART:  Form.
11    THE WITNESS:  I -- I -- I don't -- I don't know
12    what he was doing.  I --
13    What I believe?
14    BY MS. SILVA:
15    Q.  Yeah.  What did you think you --
16    A.  I don't -- I don't know.
17    Q.  Did you -- okay.
18    Did he ask you any personal questions?
19    A.  I -- I don't remember.
20    Q.  Did Mike tell you what he was doing on his
21    computer?
22    MR. NEWHART:  Form.
23    THE WITNESS:  No.
24    BY MS. SILVA:
25    Q.  Did Mike ask you any -- any questions about

Page 55

1    yourself, like, any personal identifying questions?
2    A.  I don't believe he did.  I'm -- I'm not -- I
3    don't remember.
4    Q.  Do you recall giving him any financial
5    information?
6    A.  No.
7    Q.  Did you review any information submitted -- or,
8    did you -- did Mike show you anything on his computer
9    when he was at your house?
10    A.  No, I don't believe he did.
11    He did say that, I'll see you Tuesday.
12    Q.  When he left, did you think that he had already
13    submitted the financing application for you?
14    MR. NEWHART:  Form.
15    THE WITNESS:  I believed he took care of
16    everything.
17    BY MS. SILVA:
18    Q.  You believed that he took care of everything?
19    A.  Yeah.
20    Q.  And when you say "everything," do you -- do you
21    mean that to include financing application?
22    A.  Yes.
23    I thought I was going to have to sign stuff
24    Tuesday.
25    Q.  What do you mean by that?  Sign what stuff

Page 56

1    Tuesday?
2    A.  Well, papers, you know.  When you get a loan,
3    you get papers and stuff, you know.
4    When I buy a car, I get -- I get a stack of
5    papers to sign.  When I buy a house, you get a stack of
6    papers.  Even if you get a personal loan from the bank,
7    you -- you got to sign 15, 20 times.
8    I thought maybe I'd -- you know, have to sign
9    paperwork Tuesday when they came back.  I thought, you
10    know, I'd have paperwork.
11    MS. SILVA:  I'm going to show you --
12    BY MS. SILVA:
13    Q.  So as you sit here today, you don't recall Mike
14    asking you any, like, personal questions, right?
15    A.  No.
16    Q.  But you did believe when he left your -- well,
17    when Mike left your house, did you believe that he had
18    already submitted the financing application?
19    MR. NEWHART:  Form.
20    THE WITNESS:  Yes.
21    BY MS. SILVA:
22    Q.  Okay.  And it sounds like Mike did not give you
23    any documents when he left your house; is that correct?
24    A.  No.
25    Q.  And you never observed any documents on Mike's

Page 57

1    computer, correct?
2    A.  No.
3    I don't recall any documents.  No, I don't.
4    MS. SILVA:  Let's bring back up Exhibit 1.
5    BY MS. SILVA:
6    Q.  And here on this document that we talked about
7    earlier, which is Exhibit 1, there's a bit of a sketch
8    here that -- do you recognize this as resembling the
9    layout of your home?
10    A.  Yeah.  Yes.
11    Q.  And underneath that sketch I see it says:
12    "Installation Tues. 10/23/18."
13    Is that the date that you had agreed with Fast
14    for them to come to install the duct work?
15    A.  What's that say, "Installation Tuesday"?
16    Yeah.  Yeah, it was supposed to have been on a
17    Tuesday, yeah.
18    Q.  And did they ever come out to install that duct
19    work?
20    A.  No.
21    Q.  And why not?
22    A.  I called them -- I called them Monday morning
23    at 8:00 when they first opened and told them not to
24    come.  I cancelled it.
25    Q.  And you, I think -- I think you described that

Page 58

1    conversation earlier.
2        Is that the conversation where then they told
3    you that you needed to contact the financing company
4    but could not give you the contact information?
5    **A.  Yes.**
6        Q.  Any other discussions that you had with Fast
7    during that conversation?
8        MR. NEWHART:  Form.
9        THE WITNESS:  I just told them I -- I just told
10   them I couldn't afford it and -- and not to come.
11   And that's when they got really mad and told me I
12   had to have it done.
13       And I told them, No, I don't.  I said, Don't
14   come.
15       And he told me I had to call the finance
16   company.
17       And I asked him what the name of it was and
18   what the phone number was.
19       And he couldn't give it to me at that time.
20   BY MS. SILVA:
21       Q.  Are you familiar, as you sit here today, with a
22   company called FTL?
23   **A.  Well, I am now, yeah.**
24       Q.  Sure.
25       When did you first learn of --

Page 59

1        MS. SILVA:  And that's -- for the court
2    reporter, it's F, as in Frank; T, as in Thomas; L,
3    as in Larry.
4    BY MS. SILVA:
5        Q.  Mr. Walters, when did you first learn about
6    FTL?
7    **A.  When they first sent me the -- a letter in the**
8    **mail saying that I owed them that -- you know, the**
9    **first monthly payment.**
10       Q.  And what do you know about FTL, as you sit here
11   today?
12   **A.  What do I know about them?**
13       Q.  Uh-huh.  Yeah.
14   **A.  Well, nothing, really, except they -- they**
15   **refused to help me.  That's the only thing I know about**
16   **them.**
17       Q.  Do you understand that there's a financing --
18   **A.  I called them.  I called them several times.  I**
19   **talked to several people.**
20       Q.  And you understand that FTL is a financing
21   company that issued the financing for the -- the duct
22   work, correct?
23   **A.  Yeah.**
24       MR. NEWHART:  Form.
25   ///

Page 60

1    BY MS. SILVA:
2        Q.  Did you ever talk to FTL about applying for
3    financing before the application was submitted?
4    **A.  No.**
5        Q.  Why did you sue FTL in this case?
6        MR. NEWHART:  Form.
7        THE WITNESS:  Well, I think it was a couple of
8    reasons.
9        I feel like they -- they've ruined my credit
10   score.
11       They gave me mental problems.
12       I think they -- they were -- they weren't, you
13   know, rude, but they were not helpful to me to
14   get -- to solve this problem that -- that I have.
15   You know, they -- they kept pushing me back to
16   Fast -- Fast AC, and Fast AC told me to call them.
17   I was getting the runaround.  I got the runaround
18   with them for -- for months.
19       And at the very end I -- I -- I asked them, I
20   said, Since you don't want to help me or anything, I
21   said, what -- what do I need to do?  Do I have to go
22   get a lawyer?
23       And she said, You do what you have to do.
24       And I guess they were getting kind of mad at me
25   for keep calling, because I called them almost every

Page 61

1    other day.  I kept calling and calling and calling
2    with -- with no avail.
3        And this -- this was going on for months.
4    They -- they sent me letters every month, you know,
5    I owe this month.  And then they sent me letters
6    saying that -- that they were going to come and
7    repossess my duct work and whatever.
8        And, you know, and -- that was about the only
9    time I laughed about it, when they said they were
10   going to come and repossess my duct work.  Yeah.
11       But, you know, I just -- I don't know, there's
12   just several reasons.
13   BY MS. SILVA:
14       Q.  Anything beyond what you had just said?
15       MR. NEWHART:  Form.
16       THE WITNESS:  There might be, there might be.
17   BY MS. SILVA:
18       Q.  Yeah, anything else that you have in mind?
19       MR. NEWHART:  Form.
20       THE WITNESS:  Not at the minute.
21   BY MS. SILVA:
22       Q.  Okay.
23   **A.  Not at the moment.**
24   **There's just, I think they just have bad --**
25   **bad -- bad practices, what they -- what they're -- how**

16  (Pages 58 to 61)

Page 62

1   they're getting their loans.
2       Q.   And what do you mean by that, "bad practices
3   for how they're getting their loans"?
4       A.   That they're sending people out to -- to lie
5   and -- and stuff and -- and scare people into --
6   into -- into getting a loan to fix their house, like
7   Mike did to me, told me that that duct work was only
8   going to last, you know, maybe a couple more weeks.  He
9   said, You're really going to have real bad trouble.
10          But then he had a loan company to -- to lend me
11   the money.  And I didn't have it.
12          You know, I say that's bad loan practices.
13      Q.   Did you think that Mike was representing FTL?
14      A.   No.
15      Q.   Did Mike -- did you think anyone from Fast AC
16   was representing FTL?
17      A.   Not at that time.
18      Q.   Did Mike tell you that he was acting on behalf
19   of FTL?
20      A.   No.
21      Q.   Did you take any action believing that Fast was
22   being -- was representing FTL?
23          MR. NEWHART:  Form.
24          THE WITNESS:  No.  I didn't know.
25   ///

Page 63

1   BY MS. SILVA:
2       Q.   When Mike was at your house that day for the --
3   when the duct work conversation happened, did you know
4   about FTL at that time?
5       A.   No, only when -- you know, I -- I don't know if
6   he even brought up the name.  He just said he had a
7   loan company that could -- that could help me, that
8   could give me a loan.
9       Q.   Okay.  And did you understand the loan company
10   to be part of Fast AC?
11          MR. NEWHART:  Form.
12          THE WITNESS:  No.
13   BY MS. SILVA:
14      Q.   Did you think it was a -- a separate,
15   independent company that would be providing the loan?
16          MR. NEWHART:  Form.
17          THE WITNESS:  No, I didn't -- I didn't think
18   anything.
19   BY MS. SILVA:
20      Q.   You don't have any -- any opinions on that?
21      A.   No.
22          MR. NEWHART:  Form.
23   BY MS. SILVA:
24      Q.   When you look back on -- on that interaction
25   now, as you sit here today, do you think that Fast was

Page 64

1   representing FTL?
2       MR. NEWHART:  Form.
3       THE WITNESS:  Well, he -- he brought up that --
4   that subject, that he had a loan company that could
5   loan me money pretty quick.
6   BY MS. SILVA:
7       Q.   So do you think that Fast was representing FTL?
8       MR. NEWHART:  Form.
9       THE WITNESS:  I mean, I -- I don't know.  I --
10   he just brought up the subject really quick.
11   BY MS. SILVA:
12      Q.   So you called Fast a few days after Mike was at
13   your home, had that conversation about --
14      A.   That Monday.
15      Q.   That Monday -- the conversation about, you
16   know, trying to -- to cancel the work.
17          Between that conversation and then the time
18   when you contacted FTL, did you talk to Fast again?
19      A.   I talked to Fast back then to get -- to get the
20   exact loan company's name.  I probably talked to
21   Fast -- I've talked to the lady that answers the phone,
22   I've talked to the manager, I've talked to Mike, I've
23   talked to the assistant manager, and no one knew
24   nothing.  But they'll call me back.
25          And I -- and I did that to those four people, I

Page 65

1   must have called 30, 40 times without getting the name
2   of the company.
3          The only time I found out the name of the
4   company was when I got the first letter telling me I
5   owe them a hundred dollars that month, the first
6   payment and -- and I looked it up on the computer.  And
7   I don't think there was a phone number on that piece of
8   paper.  But I looked it up on the computer and got the
9   phone number, and then I started calling them.
10      Q.   And you talked about -- you talked about you
11   saw the letter was a hundred dollars a month.
12          You had mentioned before --
13      A.   Yes.
14      Q.   -- that Mike -- Mike said to you that it would
15   be $50 a month, correct?
16      A.   Yes.
17      Q.   Were you aware when -- when -- when Mike was at
18   your home, were you aware of the full price of the duct
19   work?
20      A.   I thought it was 5,000, but now I see it's
21   5500.
22      Q.   Okay.  Do you -- did you ask Mike on what he
23   was basing his representation that the loan would be
24   $50 a month?
25      MR. NEWHART:  Form.

17  (Pages  62 to  65)

Page 66

1    THE WITNESS: Did I -- I'm not sure of the
2    question.
3    MS. SILVA: Yeah. Thank you.
4    BY MS. SILVA:
5    Q. Did you -- did you ask Mike on what he was
6    basing his statement to you that the loan would be $50
7    a month?
8    MR. NEWHART: Form.
9    THE WITNESS: No.
10   BY MS. SILVA:
11   Q. Did he say anything to you about what he was
12   using to give you that figure?
13   A. No.
14   Q. Have you listened to any of the audio
15   recordings of your conversations with FTL?
16   A. No.
17   Q. Do you recall the conversations that you had
18   with FTL?
19   A. Only that I kept on asking them and telling
20   them that no one's done any work, and -- and I -- and
21   I -- and I cancelled it, the agreement, and -- with
22   Fast. And they say Fast never talked to them and they
23   never did this and give me the runaround.
24   That's the only thing I really remember. I
25   don't know word-by-word, no.

Page 67

1    Q. Sure. Yeah. Certainly not.
2    A. I hope I was polite all the time; I -- I try to
3    be. I might have been upset sometimes. But I -- I
4    tried not to, you know, be rude. Because most of it, I
5    think I was talking to a lady, so I was, you know, more
6    subtle than I would if there was a guy there.
7    Q. Did you ever tell FTL that -- that this was not
8    a loan that you applied for?
9    A. I -- I don't remember.
10   Q. Did you ever tell FTL that -- that the loan was
11   not yours?
12   A. That the loan was not mine?
13   Q. Right.
14   That it was, you know, that -- that this wasn't
15   something that you were involved in?
16   MR. NEWHART: Form.
17   THE WITNESS: I don't remember saying anything
18   like that. I -- I don't remember that.
19   BY MS. SILVA:
20   Q. Do you remember ever -- ever saying anything
21   like, you know, this isn't -- this isn't my loan?
22   MR. NEWHART: Form.
23   THE WITNESS: No, I don't. I don't remember.
24   BY MS. SILVA:
25   Q. Do you think that FTL investigated your claim?

Page 68

1    MR. NEWHART: Form.
2    THE WITNESS: Do I think that they investigated
3    the claim?
4    BY MS. SILVA:
5    Q. Correct.
6    A. Probably so now that I got a lawyer.
7    Q. So you think they investigated your claim only
8    after you got an attorney?
9    A. Probably. Because they didn't -- they
10   didn't -- if they investigated my claim before, they
11   would have -- they would have seen that they didn't do
12   any work, and they would have helped me out. I mean,
13   common sense.
14   Q. Do you recall FTL offering to send you
15   documents, any paperwork?
16   A. No.
17   I asked them for paperwork and documents.
18   Q. Did they ever send them to you?
19   A. I don't think -- I don't think I ever received
20   any. I don't remember if I did or not.
21   Q. Okay. Do you recall FTL asking you for -- for
22   any documentation about the work at your house?
23   A. They might have. But what -- what
24   documentation could I send them that they didn't do any
25   work? I mean, what -- what could I send them?

Page 69

1    Q. Did you take any photos of your home?
2    A. Well, I can't get up there.
3    Q. Did you ever ask anyone to take photos for you?
4    A. No.
5    Q. Are any of your children, do they live around
6    you?
7    A. Yes.
8    Q. Did you ever discuss this dispute with them?
9    A. Yes.
10   Q. And is it all -- all three of your children,
11   or -- or just the son that lives near you?
12   A. Just the one. Just my one son.
13   Q. And what's his name, sir?
14   A. Gary Walters. It's the same as mine, number
15   two.
16   Q. Yeah, yeah.
17   And how old is he?
18   A. Thirty-four --
19   Q. Yeah. Sorry, I forgot. You told me --
20   A. -- thirty-five. Somewhere around there.
21   Q. You told me that earlier, and I already forgot.
22   Sorry.
23   Did you ever ask your son to take any photos of
24   your -- the duct work in your home?
25   A. No.

18  (Pages 66 to 69)

Page 70

```
1       Q.  And why not?
2       A.  I can though.
3           Oh, I -- I -- I didn't think I -- I really
4   needed it, you know.
5           I can.  Do you want to see them?
6       Q.  Oh, no.  That's okay, sir.  Just -- just trying
7   to -- trying to figure out what -- what all went on.
8       A.  I'll have him do it tonight, and I can send
9   them to you.
10      Q.  That's okay.  Thank you, sir.
11          Do you recall that it was -- I mean, I'm sorry.
12          November 7th, 2018, is -- is the first phone
13  call that I see between you and FTL.
14          Does that date sound about right to you?
15      A.  Yeah.
16      Q.  Do you recall if you had -- in the recording
17  that I have, I see multiple conversations with you and
18  FTL on November 7th, 2008 [sic].
19          Does that sound accurate to you?
20      A.  Probably.  I might have called them three or
21  four times that day, I don't know.  Because they keep
22  telling me to call -- call Fast.  And I'd call Fast,
23  and they'd tell me to call them and -- called them.
24      Q.  Yeah.
25          Do you recall FTL calling you?
```

Page 71

```
1       A.  I -- I don't know.  I just -- I don't know if
2   they ever did or not.  They might have.
3           MR. NEWHART:  Can we take a break real quick?
4           MS. SILVA:  Yeah.
5           (Recess from 11:24 until 11:34 a.m.)
6   BY MS. SILVA:
7       Q.  Mr. Walters, I believe you said you had not
8   listened to any of the audio recordings of your
9   conversations with FTL, correct?
10      A.  No, I haven't.
11      Q.  Okay.  All right.  We're going to listen to a
12  couple of those.
13          MS. SILVA:  So just from a technology
14  standpoint, I'm going to put -- I'm going to try to
15  make this as loud as possible.
16          If anyone is having trouble hearing, let me
17  know.
18          I'm going to play just a clip or two and --
19  (garbled audio) -- if you can hear.
20          (The audio tape began.)
21          Thank you for calling FTL Finance.  This is
22  Laura.  How may I help you?
23          (The audiotape was stopped.)
24          MS. SILVA:  Is that -- is that audio okay for
25  everyone, or not loud enough?
```

Page 72

```
1           THE WITNESS:  Yeah -- (garbled audio).
2           MS. SILVA:  You can hear that?  Okay.
3           I'll restart it.
4           Okay.  This is what -- FTL produced this call,
5   1, the file name there, November 7, 2018.
6           (The audio tape began.)
7           Thank you for calling FTL Finance.  This is
8   Laura.  How may I help you?
9           Good morning.  My name is Gary Walters.  And
10  yesterday I received a -- bill from you guys, and
11  I wanted to know what this is all about.
12          Okay.  I would be happy to help you with this.
13  Do you have the account number?
14          There is an account number.  Maybe that will
15  help you.
16          Yes.
17          It's 7456392.
18          Thank you.  And your first and last name,
19  please?
20          My name is Gary Walters.
21          Thank you.  And the last four of your social?
22          8912.
23          All right.  Thank you so much, Mr. Walters.  So
24  I show that this was through Fast AC of Southwest
25  Florida.  They came in, installed some equipment in
```

Page 73

```
1   your home.  Let me see --
2           No.  No, they didn't.
3           Oh, they did not?
4           No.  I cancelled that a long time ago.
5           Oh.
6           I cancelled that the day after.  They -- they
7   were going to.  I decided no, I didn't want them
8   to -- to do it.  They're not trustworthy.
9           Oh, okay.  Well --
10          I called to talk to them.  They -- they really
11  raised hell with me and stressed me and -- but they
12  would -- they are -- they were very -- they treated
13  me very badly.  I don't see why you guys do business
14  with them.  But then I guess they didn't let you
15  know.
16          No --
17          You probably already paid them the money.
18          We sure did.
19          Good luck getting it back.  They don't like --
20  (unintelligible) -- back.
21          Well, we will handle that within our office,
22  certainly.  So, Mr. Walters, I'm just going to make
23  note of this, and I'll have to give you a call back
24  after I --
25          My number is (239) 543-2415.
```

19  (Pages 70 to 73)

Page 74

1     Okay.  Perfect.  We're going to reach out to
2  them today and get the ball rolling on cancelling
3  this for you, okay?
4     Okay.  Thank you very much.
5     You're welcome.  Have a good day.
6     Bye-bye.
7     (The audiotape concluded.)
8  BY MS. SILVA:
9     Q.  Mr. Walters, do you recall that conversation?
10    **A.  I don't recall it, but that's probably me.**
11    Q.  Yeah.
12       And have you listened to any audio recordings
13 of the call between FTL and Fast AC?
14    **A.  No.**
15    Q.  I'm going to play some of those.
16       MS. SILVA:  And I did not load them into the
17 room of this deposition, but I'm going to place them
18 on my end, if I can get the technology.
19       MR. NEWHART:  Patty, I don't know if you have
20 any specific questions -- and I'm not trying to
21 interrupt you -- but we can stipulation to him being
22 on those calls.  I don't know if you wanted to do
23 anything else.
24       MS. SILVA:  Yeah.  I -- I saw that.  Thank you.
25 And that's kind of what I was noodling over, but

Page 75

1  I -- I think -- I think I would like to do that
2  anyway.
3     But, yeah, I -- I -- I did see that.  Thank
4  you.
5     All right.  I'm going to play -- it's not in
6  the room, but, Darren, it's labeled "Fast AC Call 1,
7  11/7/18" from our production.
8     (The audio tape began.)
9     Good morning.  Fast AC.
10    Good morning.  May I speak with Matthew Foster?
11 He's not in the office.  I can take a message.
12    (The audiotape concluded.)
13       MS. SILVA:  I'm going to play what's labeled
14 Fast AC Call 2.
15       (The audio tape began.)
16    Fast AC.
17    Hey, good afternoon.  This is Christina with
18 FTL Finance.  How are you?
19    Good.  How are you?
20    Doing good.  By any chance is Matthew in?
21    He's not.  Can I take a message?
22    Yes.  It's in regard to a customer that is
23 trying to reach you guys, Walter.
24    Okay.
25    He said that every time he calls you guys, you

Page 76

1  hang up on him.
2     I'm not sure.  I'm not the receptionist.  She
3  just couldn't answer right now, so I don't know
4  what's going on with that.  What's his first name?
5     (Zoom conference was interrupted.)
6     MR. NEWHART:  Did the call cut off?
7     Hello?
8     I guess we can go off the record for a second.
9        (Recess from 11:41 until 11:42 p.m.)
10       MS. SILVA:  Sorry about that.  Are you all
11 there?
12       MR. NEWHART:  Yeah, I'm here.
13       MS. SILVA:  Okay.  Sorry.  My -- my call
14 dropped.  Did -- did -- I'm assuming that audio kind
15 of dropped halfway through?
16       MR. NEWHART:  Yeah, it did drop out.
17       MS. SILVA:  Okay.  Court Reporter, could you
18 tell me where it stopped, what was the last
19 sentence?
20       THE COURT REPORTER:  Yes.
21    It was, he -- they're saying:  "I'm not sure.
22 I'm not the receptionist.  She just couldn't answer
23 right now, so I don't know what's going on with
24 that.  What's his first name?"
25       And that was the end of it.

Page 77

1     MS. SILVA:  Okay.  Let me find that.  Okay.  I
2  will find that and play it.
3     (The audio tape began.)
4     Gary -- it is Gary -- (unintelligible) -- his
5  full name is Gary Walters.
6     Okay.  And he just needs to give you guys a
7  call back?
8     Yeah.  We need to -- yeah, get this --
9     Okay.
10    We'll have to see what's going on with the
11 situation.
12    Okay.
13    And what's your name?
14    It's Christina with FTL Finance.
15    Christina with FTL.
16    All right.  Thank you.
17    Thank you.  Have a good one.
18    All right.  Bye.
19    (The audiotape concluded.)
20       MS. SILVA:  Okay.  I'm going to play one more
21 that's labelled "Fast AC Call 3" from our
22 production.
23       (The audio tape began.)
24    Thank you for calling FTL Finance.  This is
25 Kyler.  How may I help you?

20  (Pages 74 to 77)

Page 78

1    I have a missed call from Christina.  She's
2  trying to get ahold of me.  This is Matt Foster with
3  Fast AC.
4        Actually -- (unintelligible) --
5        I guess they called the office for me, too.
6  It's about a customer who said -- did some financing
7  with us, and when we got there to do the job, he
8  stopped it and -- (unintelligible) -- told us he was
9  going to reschedule and he could call us, but he --
10  (unintelligible) -- heard back from him.  So I don't
11  know --
12        (Unintelligible.)
13        -- I don't know if he called you guys instead
14  of calling me.  What's the name?
15        Walters.
16        Yeah, I think it was Walters.
17        All right.  So the work at the home hasn't been
18  completed?
19        No, it hasn't been completed --
20  (unintelligible) -- now, I don't know -- I mean,
21  it's -- I don't know what he's going to do, to be
22  honest.  I don't know what he's trying to do, if
23  he's just -- I don't know.  I don't know.  I lost
24  that.  You know, we were there to do it.  We were
25  doing everything, and -- I don't know.  It's like he

Page 79

1  changed his mind in the middle of it, or maybe he
2  really did have a family emergency that he told us
3  and he just had to go.  You know, it's hard to
4  believe some of the customers -- (unintelligible) --
5  I really don't know.
6        I understand.  And so it looks like he was
7  calling concerned because he received a bill for
8  that, for the loan.  Because we've already paid
9  you --
10        Okay.
11        -- for work --
12        Yes.
13        -- that was done at the time.
14        He paid -- yeah, you paid us.  Like, literally,
15  that's what -- that's what threw me off is because
16  you guys called him to verify everything, and he
17  said, yes, everything -- you know, he's gone through
18  everything and doing it all.  And then you guys fund
19  it, literally, like, the next day or the day after.
20  And then after you guys funded it, we were -- we
21  were there to finish the job, and he stopped us in
22  the middle of it and told us that he had a family
23  emergency and that he would call us to reset.  So,
24  again, I've had customers tell me stuff like that
25  because they -- they don't know how to say no,

Page 80

1  and --
2        Well --
3        -- that's their way to get us out of the house.
4  And then they -- they stop payment or whatever
5  they're going to do.  So this very well could be
6  something like that.
7        So we can't do anything --
8        So why don't -- why don't I reach --
9        -- to see if he did the DocuSign --
10        Oh, you did so -- oh, okay.  So that's what it
11  was.
12        They just answer security questions that
13  authenticates who they are and then --
14        So he verified everything --
15        Yes.
16        -- and then you guys went ahead and did the
17  funding.
18        And then he signed all the documents and
19  even --
20        Exactly.
21        -- saying the work had been completed.  So we
22  actually didn't talk to him.
23        Exactly.
24        So we just --
25        That's what I'm saying.

Page 81

1        -- because he signed it.
2        So -- so how about this, why don't -- I don't
3  know what you guys want to do, but how about I call
4  him now that I know he's back and calling you guys.
5        Okay.
6        Why don't I reach out to him and see what his
7  actual plans are with this.  Does he plan on having
8  us come back?  Does he plan on paying with a
9  different type of payment?  You know, let me try to
10  figure out what his plans are, and then I'll call
11  you guys back.  And if he has some other type or
12  form of payment that he'd rather pay with, or if he
13  is cancelling it midway though and just going to pay
14  us what he owes us, whatever it is, I'll call you,
15  and then we can do -- we can process, if there's a
16  refund -- (unintelligible) -- we'll process that.
17        Okay.  All right.  Sounds like a plan to me.
18        So I'll -- I'll -- I'll get back with you guys
19  probably in a day or so, and -- you know, as long as
20  it takes me to get ahold of him and figure it all
21  out, and then I'll call you and let you know either
22  way.
23        Okay.  Sounds like a plan to me.
24        Thank you.  I do see -- I guess my office just
25  ran another finance --

21  (Pages 78 to 81)

Page 82

1    (The audiotape concluded.)
2    MS. SILVA:  And then play -- sorry.
3    MR. NEWHART:  Sorry, can you just clarify who
4    was speaking on the telephone calls?
5    MS. SILVA:  Oh, I'm sorry.  What was that,
6    Darren?
7    MR. NEWHART:  If you can just clarify the
8    individuals talking to each other on the telephone
9    calls for the record.
10   MS. SILVA:  Yes.  So these are conversations
11   between Fast AC and FTL.
12   MR. NEWHART:  And that's Matt Foster from Fast
13   AC?
14   MS. SILVA:  That last one was Matt Foster, yes.
15   The first two were calls with -- the front
16   desk, you know, whoever answered the phone call at
17   Fast -- those are calls -- the first calls were
18   placed by FTL to Fast AC.  I'm not sure the FTL
19   representative, but I think they identified
20   themselves on the call.
21   The third call that we just listened to was
22   Matt Foster calling into Fast -- into FTL.
23   And then let me find the next one.
24   Sorry.  I'm just figuring it out.
25   All right.  This next one is from our

Page 83

1    production labeled "Fast AC Call 4," and it is a --
2    a call where FTL called and speaks to Matt Foster of
3    Fast AC.
4    (The audio tape began.)
5    Hello?
6    Hi.  Is this Matthew?
7    Yes.  I was just calling you on the other line.
8    Oh.  Hi, Matthew.
9    I -- I called after you called the first time,
10   and I -- I -- I can't remember the lady I spoke to,
11   but she said you were away from your desk.
12   Yeah.  You spoke to -- (unintelligible) -- she
13   gave me the message.
14   There you go.  Yeah.
15   Yeah.  So --
16   And I have Elijah, he works for me, he's
17   reaching out to Mr. Walters.  I guess Mr. Walters
18   called this morning, and somehow they got
19   disconnected.  So he's calling him back to talk to
20   him to see.  Mr. Walters told us in the middle of
21   the job, he asked -- he said he had a family
22   emergency and he had to stop and that he would call
23   us to get us back out there to finish the job --
24   (unintelligible) --
25   Well, he called, he claims that your contractor

Page 84

1    made him sign -- (unintelligible) -- and everything.
2    He's going to get a lawyer.
3    How would we -- how would we make him sign
4    anything?
5    (Unintelligible).
6    Yeah, I mean, he -- he answered his own
7    personal questions.
8    Yeah.  He said that they asked him about the
9    questions.  So they were -- like, the -- your
10   contractor was asking him the questions and
11   answering them -- and answering those.
12   I don't know.  I wasn't there, so, I mean --
13   (unintelligible) -- find out.  So my technician is
14   saying one thing, and the -- the customer is saying
15   the other.  Like -- like I told the other -- the
16   other lady, I just probably -- let me reach out to
17   Mr. Walters, find out what he wants to do.  If he's
18   completely cancelling the job and not letting us
19   come back to finish it, then we'll issue -- I will
20   call you and I'll tell you to go ahead and issue a
21   refund.
22   Okay.  Yeah.  Because he keeps on saying that
23   you guys didn't do anything at all, that he --
24   Oh, no.  We did work.  We did work.  I got -- I
25   got signed invoices from him showing the work that

Page 85

1    we did do.  So I mean, he's going to owe me money at
2    the end of the day --
3    (Unintelligible) --
4    -- and it's going to be too hard --
5    -- to prove.
6    Yeah.  It's just -- it's just going to be too
7    hard for you guys to be responsible to pay me a
8    portion of it, you know, because we ran it for the
9    set amount.  So he's going to end up having to pay
10   me from a different form or payment, because we have
11   to refund --
12   I agree.
13   You see what I'm saying?
14   Uh-huh.
15   Unless he decides to say, okay, well, you know,
16   let's go ahead and -- and get it done.  Then we
17   can -- (unintelligible).
18   Yeah.  I agree.  It's just that it's such a --
19   (unintelligible) -- from one side.
20   Yeah.
21   We just want to make sure we're on the same
22   page.
23   Exactly.  No, I get it.  And I'll -- I'll get
24   to the bottom of it, and we -- we'll do what we have
25   to do on our end.  And like I said, if we have to

22  (Pages 82 to 85)

Page 86

1    issue a refund, we'll issue a refund.  Now, when we
2    do a refund --
3            (The audiotape was stopped.)
4            MS. SILVA:  They talk a little more then about
5    refunds and logistics.
6    BY MS. SILVA:
7        Q.  Were you able to hear those calls, Mr. Walters?
8    I should have asked that earlier.
9        A.  Oh, yeah, I heard them.
10       Q.  So Fast told FTL they that had completed some
11   work at your home, correct?
12       A.  That's what they said.
13       Q.  And is that true?
14       A.  No.  That's a complete lie.
15       Q.  Did Fast ever do any work at your home for the
16   duct work?
17       A.  No.
18           They never even showed up, because I told them
19   that Monday, don't even show up.
20           He got really rude and mad at me, telling me
21   that he's loaded up the truck, ready to come Tuesday.
22           And I told him, don't.  Don't even show up.
23   I'm not even going to let you in -- in the gate.
24       Q.  Okay.  And Fast AC told FTL that they're going
25   to contact you to discuss this.

Page 87

1            Did Fast AC ever reach out to you to discuss
2    this with you?
3        A.  No.
4        Q.  So the only --
5        A.  I called them several times.  I even went to
6    their office to talk to them about this, about getting
7    this loan situation together, and -- and here I sit.
8    They didn't do anything.
9        Q.  What happened when you went to the office in
10   person?
11       A.  Oh, they kept on telling me that their -- that
12   that guy, Mike, is out in the field, and when he comes
13   back, they'll -- they'll talk to him.  And then they'll
14   call me back.
15       Q.  Who did you speak with when you went in person?
16   Do you know?
17       A.  Pardon me?
18       Q.  Do you know who you spoke with when you went to
19   the office in person?
20       A.  Yeah.  That guy, Matt.
21       Q.  Do you recall when that visit was?
22       A.  No.
23       Q.  Do you remember if it was --
24       A.  I talked to him on the phone.  I've went to --
25   I've went there a few times, and -- and nothing's

Page 88

1    happened.
2        A.  And no, they did not come to my house.  No,
3    they did not do any work at all.  None.
4        Q.  So you went -- you went to Fast AC's business a
5    couple times in person to discuss this?
6        A.  Yes.
7            MR. NEWHART:  Form.
8    BY MS. SILVA:
9        Q.  Do you know if you --
10           MR. NEWHART:  I believe he said he only went
11   once.  I don't remember him saying that he only went
12   a couple times.
13           THE WITNESS:  Yeah --
14           MS. SILVA:  Well --
15           THE WITNESS: -- once.
16   BY MS. SILVA:
17       Q.  Okay.  Yeah, you said -- first you said once,
18   and then I -- then I heard you say a couple times.
19           So how many times did you go to Fast --
20       A.  I know -- I know I went there at least once.
21       Q.  Okay.  Do you know if you -- if that was before
22   or after you spoke with FTL regarding this matter?
23           MR. NEWHART:  Form.
24           THE WITNESS:  After.
25   ///

Page 89

1    BY MS. SILVA:
2        Q.  After?  Okay.
3            And on -- on that phone call, one of those,
4    that Matt Foster says that Elijah from Fast AC had
5    spoken with you.
6            Did you ever speak with anyone named Elijah, do
7    you recall?
8        A.  No.
9        Q.  I know you had said earlier you -- you had a
10   couple -- that you believe you spoke with a manager, an
11   assistant manager?
12       A.  That was Matt.  Matt -- I think Matt was the
13   manager.
14       Q.  Okay.  And I know you -- you told me that you
15   spoke with Mike, the technician, a few times regarding
16   this dispute.
17           Do you recall any other names of individuals at
18   Fast AC with whom you spoke?
19       A.  No.
20       Q.  Do you recall if there was any -- like, any
21   other -- I know you -- sorry.
22           I know you said you spoke with some female
23   receptionist at the office.
24           Do you recall if there were any other males
25   with whom you spoke at Fast AC?

23  (Pages 86 to 89)

Page 90

1    A.  No.
2         And I always called -- when I called, I always
3    asked for the manager.  And 99 percent of the time, the
4    girl told me that he was out of the office, and he'd
5    call me back --
6    Q.  Okay.
7    A.  -- which he never did.
8         MS. SILVA:  Okay.  I'm going to play for you
9    two more phone calls.  The first -- oh, gosh -- the
10   first one is call Gary Walters Call 2 from our
11   production, which is dated November 7, 2018.
12        (The audio tape began.)
13   Mr. Walters?
14   Speaking.
15   Hi, Gary.  This is Elora with FTL Finance.
16   Oh, yes, ma'am.
17   I had the account manager for Fast AC of
18   Southwest Florida reach out to them today, and they
19   said that they halfway completed your job and that
20   they were waiting on you to come back and finish it.
21   No.  They have not done any work.  None.  Or
22   should I have to go get my lawyer?
23   You might have to.
24   (Unintelligible) -- have somebody come over and
25   go up in my attic and look?

Page 91

1    Well, okay --
2    There has been no, none work done.
3    Okay.  I don't know.  I'm just a third party in
4    the situation, sir.
5    No --
6    (Unintelligible) -- stay calm --
7    He's a liar.  This is why I -- I don't like
8    that company, because they lie.  They cheat.
9    That's right.
10   All right.  Well, you may have to get your
11   lawyer.
12        (Zoom conference was interrupted.)
13        THE WITNESS:  That was probably one of the days
14   I was frustrated.
15        MR. NEWHART:  I think the phone call cut out
16   again.
17        MS. SILVA:  Okay.  Sorry.  I had a strange
18   operator jump on the line.
19   Can you all hear me?
20        THE WITNESS:  Yes.
21        MR. NEWHART:  Yeah.  The phone call cut out
22   though.
23        MS. SILVA:  Okay.  Yeah, there was a weird --
24   it was, like, the room announcing to me -- I'm
25   sorry.

Page 92

1    I'm sorry, Madam Court Reporter, could you let
2    me know where the audio cut out?
3         THE COURT REPORTER:  Yes.  Let me see.
4    The last thing was:  "Well, you may have to get
5    your lawyer."
6         MS. SILVA:  I'm probably going to repeat some
7    of the audio, but I'm -- I'm just not sure where
8    that is.  So I'm going to start it again from a
9    certain point.
10        (The audio tape began.)
11   -- completed your job and that they were
12   waiting on you to come back and finish it.
13   No.  They have not done any work.  None.  Or
14   should I have to go get my lawyer?
15   You might have to.
16   (Unintelligible) -- have somebody come over and
17   go up in my attic and look?
18   Well, okay --
19   There has been no, none work done.
20   Okay.  I don't know.  I'm just a third party in
21   the situation, sir.
22   No --
23   (Unintelligible) -- stay calm --
24   He's a liar.  This is why I -- I don't like
25   that company, because they lie.  They cheat.

Page 93

1    That's right.
2    All right.  Well, you may have to get your
3    lawyer.
4         (Zoom conference was interrupted.)
5         MR. NEWHART:  I think it shut out again.
6         MS. SILVA:  They keep coming over my phone.
7    Let me press play.
8         (The audio tape began.)
9    They almost finished the work, and the only
10   reason they didn't finish was because you had a
11   family emergency.  I'm not sure that's true, that --
12   See, that's another lie.  I told them I could
13   not afford this.  They have not even started it.
14   Okay.
15   Why don't you put a conference call with them?
16   I have -- I have to get with my supervisor to
17   make sure we were able to do that, but, yeah, I
18   mean --
19   Yeah, and talk to this guy, Mike.
20   Mike, okay.
21   Okay?
22   Okay.  So --
23   Thank you.  I'm going to call them up right
24   now.
25   Yeah, if you please will; that will be

24  (Pages 90 to 93)

Page 94

1   wonderful.  Thank you so much.
2       Okay.
3       And you call me back, you know, and let me
4   know.
5       Okay.  What's your extension?
6   You can -- are you ready?
7   Yeah.
8   So it's 888 --
9   Okay.  888 --
10  -- 314 --
11  -- 314 --
12  -- 4588 --
13  -- 4588.  Is there an extension or something?
14  If you could just ask for me, I'll give you my
15  name.
16  Okay.
17  Okay.  It's Elora, E-l-o-r-a.
18  Okay.  All right.  I'll call you back here
19  shortly.
20  Okay.  I appreciate it.  Thank you.
21  Okay.  Thank you.
22  Bye-bye.
23      (The audiotape concluded.)
24  BY MS. SILVA:
25  Q.   Mr. Walters, do you recall if you called Fast

Page 95

1   AC after this conversation with FTL?
2   A.   I probably did.
3   Q.   You don't recall specific -- (garbled audio).
4   A.   No.  It was, what, three years ago?
5   Q.   Yeah, close to, November 7, 2018.
6   A.   And I called -- and I called them on and off
7   several times, so I don't know, but --
8   Q.   Yeah.
9   A.   -- I probably did call them right away.
10  Q.   Okay.
11  A.   And then -- and then I found out that the loan
12  company, they called me back, too, and told me that
13  they can't do a conference call.
14  Q.   Yeah --
15  A.   They were -- they were unable to do a
16  conference call.
17  Q.   Yes.
18      I'm going to play what's probably that
19  conversation that you're recalling.
20  A.   I couldn't -- I couldn't confirm in front of
21  the loan company.
22  Q.   Okay.  I'm going to play you another phone
23  call, Gary Walters Call 3, also dated November 7, 2018.
24      (The audio tape began.)
25      (Unintelligible) -- FTL Finance.  This is

Page 96

1   Courtney.  How may I help you?
2   Is Elora there, please?
3   I believe she is on the other line.  Were you
4   speaking to her about something in particular?
5   Yes.
6   Okay.  What is your -- what is your first and
7   last name?
8   Pardon me, ma'am?
9   What is your first and last name?
10  Gary Walters.
11  Okay.  And will she know what this is in
12  regards to?
13  Yeah.  I just talked to her about a half hour
14  ago.
15  Okay.  Let me put you on hold and see if she's
16  available, okay?
17  Thank you.
18  Thank you for holding.  This is Elora.  Is this
19  Mr. Walters?
20  Yes, ma'am.  Yeah, I called Fast Air --
21  Air-Conditioning, and they won't answer me.  The --
22  the lady keeps telling me that he's on another line,
23  and I waited and -- and I got hung up on.  And then
24  I called back, and she said he was still on the
25  other line.  And I told her I'd wait.  And the phone

Page 97

1   kept ringing, and he picked it up and hung it up.
2   And they don't want to talk to me, I guess.
3   Okay.  Well --
4   And I'm telling you -- right now, no one has
5   done any work here, none.
6   All right.  Well, I believe you.  I mean, I
7   don't -- you know, I guess -- the thing is, Gary, is
8   that you signed a contract with our company saying
9   they did, so --
10  No, they were going to.  I have it right here
11  in front of me, as a matter of fact.
12  The contract?
13  Yeah.
14  Okay.  And if you read that, it says that
15  you're agreeing that the services are already
16  complete.
17  Already complete?
18  Yes.
19  How can -- (unintelligible) -- when I just
20  signed it, when I signed it that day?
21  Well, that's --
22  (Unintelligible.)
23  -- signed it, because they hadn't sent
24  anyone -- (unintelligible) --
25  (Unintelligible) -- 18.  No, I mean, I

25  (Pages 94 to 97)

Page 98

1  signed -- I signed it to -- to have them start it
2  10/23/18.  That's when they were supposed to start
3  it.
4      Right.  Sir, but if you read the contract, the
5  verbiage in the contract says that:  "I certify all
6  the services are complete to my satisfaction."
7      No, I didn't sign nothing like that.
8      Well, you did, sir, because we can't initiate a
9  loan in the system without you signing that
10  contract.  That's -- that's the only issue here
11  is -- (unintelligible) --
12      Did they not do any work?
13      Well, I understand and I believe you.  However,
14  it's not going to hold up very well because you
15  signed the contract saying they did, and they're
16  saying they did the work, too.  So --
17      It says here:  "Fast AC Southwest Florida
18  agrees that all work shall be done in a quality,
19  professional manner."  Let's see what else it says.
20  That's the warranty.  Exclusions.  There's nothing
21  here that says that they started it or completed it.
22      Okay.  Well, you're not looking at our
23  contract.  You're looking at, I guess, whatever they
24  gave you.
25      Well, that's all they gave me.  I didn't sign

Page 99

1  your contract then.
2      Well, sir, you had to have because we can't
3  initiate a loan in our system without you having
4  signed documents.  We do -- we do that
5  electronically, so we would have e-mailed them to
6  you.
7      Electronically, yeah, he went on my computer
8  and did that.  Yeah, that's right, he did,
9  electronically.  That guy, Mike, did that.
10      Okay.  So you're saying that Mike went on your
11  computer.  But the thing is, is you would have had
12  to answer security questions on a computer.  Did you
13  do that?
14      Well, I might have gave him some answers --
15  he -- answers he -- he -- for -- for some questions.
16      Okay.  So he was on your computer and he was
17  asking you things and you just told him the answers?
18      Yeah.
19      Okay.  And then he signed everything for you on
20  your computer?
21      Yeah.
22      Okay.  So -- (unintelligible) --
23      (Unintelligible) -- computers.  I have -- I've
24  got a bad heart, and I've got Parkinson's disease.
25  And -- and -- and he went ahead and did it for me.

Page 100

1  He said, I'll do it.  He sat right where I'm sitting
2  at right now, right in front of my computer.
3      Okay.  Well, I'm going to pass all this along
4  to my supervisor.  I'm going to see if he will
5  authorize me to try to do a three-way call with all
6  of us.  Because if you can't get in touch with them
7  and they're not taking your call then -- but they're
8  taking my call.  We already -- we gave them money,
9  so they want to talk to us.  So let me see exactly
10  how I can move forward with this, okay?
11      Okay, ma'am.
12      All right.  Well, I appreciate your time and
13  your explaining everything to me.  And I'll talk to
14  you very soon, okay?  I'll try to call you back
15  before the end of the day.
16      The guy that did this was -- his name is Mike.
17      Mike, yeah.  I've got that down here.  I wrote
18  all the information down that you told me, and so
19  I'm going to pass it all on to the supervisor, okay?
20      All right.  Thank you, honey.
21      Thank you.  Bye-bye.
22      (The audiotape concluded.)
23  BY MS. SILVA:
24      Q.  Were you -- were you able to hear that call,
25  Mr. Walters?

Page 101

1      A.  Yes, ma'am.
2      Q.  So at the -- toward the end of that call, you
3  have a -- a conversation with FTL about signing an
4  electronic document, and you tell FTL that Mike, the
5  technician, went on your computer and did that.
6      Is that right?
7      A.  Yeah.  He might have been, yeah.
8      Q.  Do you -- is that -- and -- and you talk about
9  answering some personal questions that Mike was asking
10  you.
11      A.  I don't remember, but --
12      Q.  Okay.
13      A.  -- you know --
14      Q.  Yeah, that's what I was about to ask you, if --
15  if that -- if this phone call refreshed your
16  recollection at all on that point.
17      It sounds like it did not; is that right?
18      A.  No, no.
19      Q.  Do you -- do you recall if Mike was submitting
20  information on your computer versus a computer that he
21  brought himself?
22      MR. NEWHART:  Form.
23      THE WITNESS:  No, because I -- I -- I looked on
24  my computer for a contract and stuff, and I -- and I
25  couldn't find it in -- in all my -- you know, I'm

26  (Pages 98 to 101)

Page 102

1    not computer-smart anyways.  But I looked on my
2    documents, I looked on all my saved stuff, and --
3    and I -- I can't find it.
4    BY MS. SILVA:
5        Q.  Okay.
6        **A.  So I -- I don't know if he -- if he did or not.**
7    **I'm -- you know, I -- I -- I don't know.**
8        Q.  Okay.  Okay.  And then to save us listening to
9    other phone calls, there -- there was one more phone
10   call later that day where FTL called you and updates
11   you, telling you that they -- they couldn't do the
12   conference call.
13          We could listen to the call if you'd like, but
14   I'll represent to you that that happened.
15          And do you recall FTL letting you know that you
16   would not be able to do a -- a conference call?
17       **A.  Yeah.**
18          **Yeah, they told me that they can't do a --a**
19   **three-way call.  Because I wanted to get all three of**
20   **us together, and -- and I was going to tell them, you**
21   **know, point out their lies, you know, to them --**
22       Q.  Yeah.
23       **A.  -- right to their face, but they...**
24       Q.  So all of those calls that we just listened to
25   were all on the same date, from November 7, 2018.

Page 103

1          Do you feel -- after listening to those calls,
2    do you feel that FTL followed up with Fast AC on -- on
3    the claims that you were making to FTL?
4        MR. NEWHART:  Form.
5        THE WITNESS:  I don't know if they, you know,
6        did anything.  But what they -- they -- if they got
7        their refund or if they got back -- their check back
8        or if they kept the check or -- I don't know what
9        they did.
10   BY MS. SILVA:
11       Q.  Sure.
12       **A.  So all I know is -- all I know is every month**
13   **they used to send me a letter saying I owed them a**
14   **hundred dollars.  And then when I wasn't paying them,**
15   **they sent me letters saying that they're going to do**
16   **this and that to me.**
17       Q.  Do you feel that FTL was cooperative with you
18   on these phone calls?
19       MR. NEWHART:  Form.
20       THE WITNESS:  No, not really.
21   BY MS. SILVA:
22       Q.  How -- how so?  Why not?
23       **A.  They could have been more forcible with -- with**
24   **Fast.**
25       Q.  And what do you mean by that?

Page 104

1        **A.  Well, I told them one thing; they told them**
2    **another thing.  They could have asked questions.  They**
3    **could have said, well, you know, who's -- who's lying**
4    **here?  You know.**
5        Q.  Okay.
6        **A.  Instead of getting me all worked up, they could**
7    **have -- they could have handled it a lot different.**
8        Q.  How would you suggest that FTL should have
9    handled this?
10       MR. NEWHART:  Form.
11       THE WITNESS:  I don't -- I -- I don't
12       know, but there -- there should be another way.
13   BY MS. SILVA:
14       Q.  Do you have anything in mind about what you
15   think the other way should have been?
16       MR. NEWHART:  Form.
17       THE WITNESS:  No, not at the minute.  Not at
18       the moment.
19   BY MS. SILVA:
20       Q.  And actually, I've used -- I've used that
21   phrase.  That reminds me, I should have told you at the
22   beginning, that if -- if we talk about something and
23   then we move on, and talk about something else and you
24   decide, you know, that there's, perhaps, something you
25   wanted to change or add to anything that you told me,

Page 105

1    go ahead, and please do let me know whatever is on your
2    mind, even if we've moved on from the topic, okay?
3        **A.  Yes, ma'am.**
4        Q.  Thank you.
5        MS. SILVA:  We can go off the record for a
6        second.
7          (Recess from 12:14 until 1:12 p.m.)
8    BY MS. SILVA:
9        Q.  Okay.  Thank you, Mr. Walters.
10         And you understand that you are still under
11   oath, correct, for this deposition?
12       **A.  Yes, ma'am.**
13       Q.  Thank you, sir.
14       MS. SILVA:  I'm going to play one more phone
15   call clip here.
16          (The audio tape began.)
17          You're kind of due for a payment here on the
18   19th.
19          Yeah.
20          If you go 30 days late, you know, we have to
21   report to your credit.  You signed our contract, so,
22   you know --
23          (Unintelligible.)
24          -- we don't want to have to do that, so...
25          (Unintelligible) -- that's what I --

Page 106

1    (unintelligible) -- for, for messing up my credit
2    score and stuff, too.  And he's going to have to pay
3    me some big bucks on that one.
4        Yeah, well -- (unintelligible) --
5        I want to -- I want to go -- I want to go buy
6    me a brand new truck next year, and -- and -- and I
7    can't do it because my -- my credit score is no good
8    because of this.  Yeah.  Or buy -- or -- or move to
9    buy a new house or something.  Yeah, I want -- I
10   want -- I want to get -- I'm going to fix it, that's
11   for sure.
12       Okay.  So look into --
13       (Unintelligible.)
14       -- let me know how everything is going, okay?
15   All right.  I sure will.
16   All right.  Thank you.
17   All right.  No, thank you.
18   You're welcome.
19       You guys have been very nice and very
20   cooperated to me, and I -- I appreciate all of your
21   help.
22       Well, thank you again for staying in touch,
23   and, you know, we're here to give as much help as we
24   can, all right?
25       Okay.  Thank you.

Page 107

1        All right.  Thank you.  Bye-bye.
2        Bye-bye.
3        (The audiotape concluded.)
4    BY MS. SILVA:
5        Q.  So that was a phone call that's dated -- you
6    can see the date there, November 16th, 2018, labelled
7    "Gary Walters Call 6."  It's a call between you and
8    FTL.
9        Were you able to hear that phone call okay?
10       A.  Yes.
11       Q.  Then in the -- in the end there, that the last
12   bit of the phone call, you thank the -- the woman with
13   whom you were speaking, Elora.
14       And why did you tell her that she was very nice
15   and -- and cooperative and that you appreciated her
16   help?
17       A.  Well, mainly because she was a lady, and I just
18   wanted to be polite to her.
19       Q.  Were you happy with the services --
20       A.  I can't get -- and I can't get rude to a lady,
21   you know, but...
22       Q.  Were you happy with the service that you had
23   received on that phone call?
24       A.  I didn't really get any service at all, so...
25   I mean, you know, they -- they told me that they were

Page 108

1    going to report -- report my credit score because I was
2    late on payments.
3        Q.  Yeah.  So FTL advised you that you had an
4    upcoming payment, correct?
5        A.  An upcoming what?
6        Q.  That -- that you had -- there was a payment due
7    on this loan?
8        A.  Oh, yeah.
9        Q.  And on this -- on this clip that we heard, you
10   didn't tell FTL that the payment was invalid, did you?
11       MR. NEWHART:  Form.
12       THE WITNESS:  Well, yeah, I did.  I told them
13   that no work was done, so why should I owe them any
14   money?
15   BY MS. SILVA:
16       Q.  Okay.
17       A.  I tried to -- tried to get this thing settled
18   before.  I think this was one of my last phone calls to
19   them.
20       Q.  And FTL informed you that if a payment was not
21   made on the account, the account would be reported to
22   the credit bureau, correct?
23       A.  Yes.
24       Q.  And you did not tell FTL that the debt was not
25   yours, correct?

Page 109

1        MR. NEWHART:  Form.
2        THE WITNESS:  What -- what -- what do you mean,
3    it was not mine?
4    BY MS. SILVA:
5        Q.  That it --
6        A.  My name is on -- my name was on the loan,
7    but -- but the loan was fraudulent --
8        Q.  Okay.  And what do you mean by that?  Why was
9    it fraudulent --
10       A.  Well, they didn't do any work.  I cancelled it.
11       MS. SILVA:  And then just -- phone call for us
12   all, which is Gary Walters Call 8, dated November --
13   January 26th, 2019.
14       (The audio tape began.)
15       Hello?
16       Hi.  May I speak to Gary Walters?
17       Speaking.
18       Hi, Mr. Walters.  This is Kyler calling with
19   FTL Finance.
20       With who?
21       FTL Finance.
22       Yes?
23       I'm calling because your account with us is
24   currently 68 days past due.
25       Oh, yeah?

28  (Pages 106 to 109)

Page 110

1    Uh-huh.
2    What account is that?
3    This is for -- give me one moment.  This is for
4    the work that you had done with Fast AC.
5    Oh, okay.  I need you to call this number --
6    One moment.
7    -- Monday, okay?  And this guy will take care
8    of that for me.  His name is Darren Newhart.
9    So Darren Newhart?
10   Yes.  And the phone number is 1 (564) 822-3446.
11   And --
12   He's been wanting to speak to you guys.
13   Okay.  And who is he?
14   Huh?
15   Who is he?
16   Take care of this for me.
17   Okay.  But is he, like, your power of attorney?
18   Is he an attorney?  Is he a family member?
19   No.  Just call him up.
20   You won't tell me who I'm calling?
21   (The audiotape concluded.)
22   MR. NEWHART:  I think the phone call cut off.
23   MS. SILVA:  That's where the recording ends,
24   yeah.
25   THE WITNESS:  I might have hung up.

Page 111

1    BY MS. SILVA:
2    Q.  Do you recall this conversation -- well, were
3    you able to hear that audio recording?
4    A.  I don't recall it.
5    But I -- I -- I know I -- I told them to call
6    Mr. Newhart.
7    Q.  And Mr. Newhart is your attorney, correct?
8    A.  Yes.
9    Q.  And FTL specifically asked you if he was an
10   attorney?
11   A.  They did, yeah.
12   Q.  But you did not inform them that he was an
13   attorney, correct?
14   A.  No.
15   Q.  Why not?
16   A.  I have -- I have no reason -- I -- I don't
17   know.  They'd find out when they talked to him.
18   Q.  Did you -- do you know if you hung up on FTL in
19   this phone call?
20   A.  I might have.
21   Q.  Did you ever send any written communications to
22   FTL?
23   A.  Have I sent them any?
24   Q.  Yeah.
25   Have you sent any written communications?

Page 112

1    MR. NEWHART:  Form.
2    THE WITNESS:  I -- I don't recall.  I -- I
3    forget.  I don't know.  I don't think I did, but...
4    BY MS. SILVA:
5    Q.  Did you review any of your -- like, your files
6    and your documents to see if you had any -- any records
7    of any letters to FTL?
8    A.  If I had any letters to them or from them?
9    Q.  That you sent to FTL.
10   A.  Oh.  No.
11   Q.  No, you didn't review your file?
12   A.  No.
13   Q.  Do you recall ever sending a letter to FTL in
14   which you told them that the loan was not yours?
15   MR. NEWHART:  Form.
16   THE WITNESS:  No, I don't remember doing that.
17   I'm not saying I didn't, but I'm just saying, no, I
18   don't remember.
19   BY MS. SILVA:
20   Q.  Right.
21   And so I think you said that already, you don't
22   remember sending any letters.  You don't remember one
23   way or the other whether you sent letters to FTL,
24   correct?
25   A.  I could have, but I don't know.

Page 113

1    MR. NEWHART:  Form.
2    THE WITNESS:  I don't remember.
3    MS. SILVA:  Okay.  And off the record for a
4    second.
5    (Discussion off the record.)
6    BY MS. SILVA:
7    Q.  Mr. Walters, did you ever make any payments on
8    this loan?
9    A.  No.
10   Q.  And you knew that the account would be reported
11   to the credit agencies if a payment was not made,
12   correct?
13   A.  Yeah.  They -- they told me that.
14   Q.  By "they," do you mean FTL?
15   A.  Yeah.  Yes.
16   Q.  And -- and the -- the account was eventually
17   reported to the credit agencies, correct?
18   A.  Yes.
19   Q.  And when did you first learn that it had been
20   reported, more or less?
21   A.  I -- I can't -- I don't know when I first
22   learned.  I don't --
23   Q.  Do you know if it was --
24   A.  -- I don't remember --
25   Q.  Do you know --

29  (Pages 110 to 113)

Page 114

1   A. -- if I got refused for a loan because of it or
2   if they -- if they sent me a letter or -- I don't -- I
3   don't know.
4       Q.  Do you know if it was before or after you
5   contacted an attorney?
6       A.  It might have been before.
7       Q.  And do you recall how you first learned that
8   the debt had been reported?
9       A.  Oh, no, I take that back.  I'm not sure, before
10  or after.
11      Q.  Okay.  Do you recall how you learned that it
12  had been reported?
13          MR. NEWHART:  Form.
14          THE WITNESS:  How I was reported?
15  BY MS. SILVA:
16      Q.  How you learned that the debt had been reported
17  to the credit bureaus, like, if it -- yeah, how you
18  came to learn that information.
19          MR. NEWHART:  Form.
20          THE WITNESS:  Oh, I'm not -- I'm not sure if it
21  was by letter or --
22  BY MS. SILVA:
23      Q.  Okay.  So you're not --
24      A.  -- or how.  I --
25      Q.  Okay.  So you don't remember how you learned or

Page 115

1   when you learned, right, about the debt being reported?
2       A.  Yeah, yeah.
3       Q.  Did you take any action after you learned that
4   the debt had been reported?
5           MR. NEWHART:  Form.
6           THE WITNESS:  No.  I -- I don't think I -- what
7   do you mean, "action"?  What do you --
8   BY MS. SILVA:
9       Q.  Like, did you contact an attorney?  Did you
10  make any complaints?  Did you place any phone calls?
11          MR. NEWHART:  Form.
12          THE WITNESS:  I might have -- I might have told
13  my attorney.
14  BY MS. SILVA:
15      Q.  And do you know if the debt has since been
16  deleted from your credit report?
17      A.  I -- I think Mr. Newhart told me once that it
18  has been.  I'm -- I'm --
19          MR. NEWHART:  Gary, just to remind you, we're
20  not getting into conversations between what you and
21  I said --
22          THE WITNESS:  Oh.
23          MR. NEWHART:  -- or what you spoke about with
24  Maria or anything like that.
25          THE WITNESS:  Okay.

Page 116

1   BY MS. SILVA:
2       Q.  Have you tried -- in your interrogatory
3   responses in this case, you -- you talk about
4   attempting to get a new vehicle.  That was not possible
5   because of the credit reporting.
6           Could you tell me a little bit about -- about
7   that attempt that you made?
8       A.  Yeah.  I went down to the Chevy place and took
9   a test drive and went in there and gave them my
10  information, and a little while later he came out and
11  told me that at this time I'm -- he wasn't able to --
12  to get me a loan to -- to buy the truck because of my
13  current credit score was bad, wasn't up to par, he
14  said, so...
15      Q.  Did he give you any information about what your
16  credit score was?
17      A.  No.
18          He told me that I could contact, you know, the
19  credit score people, the three companies, and get my
20  score.
21      Q.  Did he provide you any paperwork?
22      A.  No.
23      Q.  Did you tell the seller anything about -- about
24  this dispute that you had with FTL?
25      A.  No.

Page 117

1       Q.  Did they point to anything specific on your
2   credit report that was causing them to not extend you a
3   loan?
4       A.  I -- I think he did.  He told me I didn't pay
5   for my air-conditioning, or something like that.  He
6   told me -- he told me I didn't pay for something to do
7   with my air-conditioning.
8       Q.  Do you recall the car salesman mentioning to
9   you that you had not paid on your air conditioner?
10      A.  Yeah.  Yes.
11      Q.  Did he tell you that that was the reason --
12      A.  -- that that brought my -- my score down.
13      Q.  The car salesman told you --
14      A.  He said I owed -- I owed money on a loan that I
15  did not pay back, my air conditioner.
16      Q.  And did he tell you that that was the reason
17  that they were not providing financing?
18      A.  Well, he -- I -- I just gathered that.  I mean,
19  why would he tell me that if he didn't...
20      Q.  Okay.  Do you recall the dealership name?
21      A.  No.
22          It's here in town.  It's on the corner of --
23  oh, it's been there for years -- on Fowler and Winkler.
24      Q.  Thank you.  That's helpful.
25          And when the car salesman mentioned -- when the

30  (Pages 114 to 117)

Page 118

1   car salesman mentioned to you, you know, that he was
2   looking at payments made on an A/C, did you tell him
3   anything about -- about this dispute?
4       **A.  No.  I just got up and walked out.**
5       Q.  Did you ask the car dealer to contact FTL?
6       **A.  No.**
7       Q.  Why did you not do that?
8       **A.  I didn't think it would be any -- it wouldn't**
9   **benefit.**
10      Q.  And why --
11      **A.  I didn't get anywhere -- I didn't get anywhere**
12  **with them.  How -- how can he get somewhere with them?**
13      Q.  And why did you not tell the -- the car dealer
14  about the dispute that you were having about this loan?
15      MR. NEWHART:  Form.
16      THE WITNESS:  Why didn't I tell him?
17  BY MS. SILVA:
18      Q.  Correct.
19      **A.  Wasn't none of his business.  It's not his**
20  **business why my credit is bad, my credit score is bad.**
21  **He -- it's just his business if it's good enough to**
22  **sell me a truck.**
23      Q.  Do you recall more or less when you went to the
24  dealership?
25      **A.  Did I -- I'm sorry, hon.  I was -- I was trying**

Page 119

1   to read that paper --
2       Q.  Oh, I'm sorry, yeah.
3       **A.  What did you ask me?**
4       Q.  Yeah, we'll -- we'll deal with that document in
5   a little bit.  Sorry about that.
6       If you recall more or less when you went to the
7   dealership?
8       **A.  No, I don't.**
9       Q.  Do you know if it was in 2009 [sic] sometime
10  after -- like, you know, after the New Year?
11      **A.  2019?**
12      Q.  Thank you.  Yes, 2019.
13      **A.  Yeah.  It was -- it was in 2019, in January,**
14  **maybe early February, January, something like that.**
15      Q.  Okay.  And in your interrogatory responses you
16  also mentioned about wanting to refinance your home in
17  2018.
18      Could you tell me a little bit about that?
19      **A.  Yeah.**
20  **I called Quicken Loans, and I wanted to lower**
21  **my interest rate and -- and -- and to keep my VA**
22  **loan -- you know, keep it a VA loan and lower the**
23  **interest rate.  But they came back and told me that**
24  **because of my credit score, they would have to give**
25  **it -- put it in my wife's name, and -- do away with**

Page 120

1   the -- with the VA loan guarantee.  And so I -- I
2   didn't go any further.
3       I haven't -- I haven't refinanced my house as
4   of yet.
5       Q.  Do you recall when that conversation was with
6   Quicken?
7       **A.  That might have been in January or February,**
8   **too.  I just -- I'm not sure.**
9       Q.  Of 2019?
10      **A.  '19, yeah.**
11      Q.  Do you recall who you spoke with at Quicken
12  Loans?
13      **A.  Oh, no, I don't.**
14      Q.  Was it, like, one phone call or one
15  conversation that you had with them, or was it a series
16  of -- of conversations about this refinance?
17      **A.  It was a few of them.  It was a few phone**
18  **calls, because I had, you know, send them paperwork.**
19  **And they'd send me stuff and I'd fax them stuff, you**
20  **know --**
21      Q.  So sometime in early 2019, you submitted
22  paperwork to Quicken Loans?
23      **A.  Yeah.**
24      Q.  And since when had you been planning on
25  refinancing your home?

Page 121

1       **A.  Oh, that, I planned on it for -- for awhile.**
2       Q.  And what caused you to -- to -- to do it then
3   in early 2019?
4       **A.  Because of the interest rates were -- were low.**
5       Q.  And did Quicken Loans tell you anything
6   specific about your credit report that -- that was
7   factoring into their decision?
8       MR. NEWHART:  Form.
9       THE WITNESS:  I don't remember.
10      I -- all I remember is them saying that they --
11  they can't use me on there because of my credit
12  score, and they'd have to redo it and not have a VA
13  loan and use my -- and put it in my wife's name
14  only.
15  BY MS. SILVA:
16      Q.  Did they tell you what your credit score was?
17      **A.  I don't remember.**
18      Q.  Did they mention anything to you about the loan
19  with FTL?
20      **A.  I -- I don't remember that either.  I...**
21      Q.  If you had been able to refinance your home, do
22  you have any idea of what your monthly mortgage
23  payments would have been?
24      **A.  Oh, it would have been -- it would have been**
25  **probably about the same -- the interest rates were low,**

Page 122

1  would have been lower.  It would only have saved me a
2  little bit, because I got my insurance and house
3  insurance and flood and my taxes added into that every
4  month.
5     Q.  Do you have any -- do you know any dollar
6  amount that you would have been saving per month?
7     A.  No.
8        Because I -- I don't -- I -- I never had really
9  finished the deal.  They -- we never finished the deal,
10 you know, and came up with the -- an amount --
11    Q.  Yeah.
12    A.  -- because they told me I wasn't -- I wasn't
13 qualified, I wasn't --
14    Q.  Right.
15       Do you have any copies of any of the documents
16 that you submitted to Quicken Loans?
17    A.  Oh, I -- I don't know.  I -- I -- I might -- I
18 might have just thrown it all out because it was no
19 good.  It's -- you know, I don't save papers.  I don't
20 save stuff.
21    Q.  Okay.  Have you reviewed any of your papers to
22 see if you do have any copies of documents from Quicken
23 Loans -- or, to Quicken Loans?
24    A.  I can look.
25    Q.  Have you -- have you done that --

Page 123

1     A.  No.
2     Q.  -- deposition?  Okay.
3     A.  No.
4     Q.  Yeah, I'm not sure that I've asked for them.
5  I'm just wondering if you have, if you've looked.
6     A.  I don't think I have --
7     Q.  Okay.
8     A.  I called them, though, to see if they could --
9  if they could send me some documents stating that --
10 that, and they -- they couldn't -- they can't do it.
11    Q.  In your interrogatory responses you -- you said
12 you were unable to refinance because FTL placed the --
13 the erroneous account on your credit report.
14       What makes you say that it's the FTL reporting
15 that caused you to be unable to refinance?
16    MR. NEWHART:  Form.
17    THE WITNESS:  It lowered my -- my -- my score.
18 BY MS. SILVA:
19    Q.  What was your credit score before the debt was
20 reported?
21    A.  I'm not sure.  I don't check those things like
22 a lot of people do.  I -- I don't know what it is right
23 now.
24    Q.  What makes you say that the reporting lowered
25 your credit score?

Page 124

1     A.  Well -- why do I think -- could you repeat
2  that?
3     Q.  Yeah.
4        What makes you think that the -- the report by
5  FTL lowered your credit score?
6     A.  Well, it did.
7     Q.  And why do you say that it did?
8     A.  Well -- well, the Chevy dealer told me it did.
9  And -- and -- and why wouldn't I -- and wouldn't
10 Quicken Loans give me a -- a loan that's guaranteed by
11 the federal government, why wouldn't they give me a
12 loan if my credit score wasn't good?  My credit score
13 had to be bad for them to say no.
14    Q.  Do you know what your -- well, yeah, you
15 already said.
16       You -- you -- I think you've said you did not
17 know what your credit score was before FTL reported the
18 account; is that correct?
19    A.  Yes.  It was in the 600s, probably.
20    Q.  What makes you --
21    A.  Oh, before?  Oh, I don't know what it was
22 before.  I know afterwards, it was in the low 600s.
23    Q.  What makes you say that?
24    A.  Because I got a sheet of paper at home with the
25 three -- three scores on it.  I -- I don't know where I

Page 125

1  got it from, if -- who sent it to me, but I have that.
2     Q.  Do you know more -- do you know more or less
3  when that form is dated?
4     A.  No.  I -- I -- I don't know.
5     Q.  And that form tells you that it's in -- that
6  your credit score is in the low 600s; is that what you
7  said?
8     A.  Yeah.
9     Q.  You believe that that -- those scores are from
10 after FTL reported the debt?
11    A.  Yes.
12    Q.  So your belief that the credit report that
13 the -- FTL reporting lowered your credit score, I'm
14 going to have -- sum this up for you, and let me know
15 if I'm incorrect.
16       Your belief that the FTL report lowered your
17 credit score is based off of the Chevy dealer telling
18 you that that's something he saw on your credit report;
19 thinking that Quicken, you know, didn't give you a
20 loan; and -- and the sheet of paper that you have at
21 your house that shows the score in the low 600s; is
22 that correct?
23    A.  Yes.
24    Q.  Anything else that -- that makes you think that
25 FTL caused your credit score to be lowered?

Page 126

1  A.  Anything else?
2  Q.  Yes.
3  A.  No.
4     Q.  Have you ever seen any documents that show what
5  your credit score was prior to FTL's reporting?
6  A.  No.
7     Q.  We talked about an attempt to purchase a
8  vehicle, an attempt to refinance your home.
9        Are there any other financial transactions that
10  you tried to but could not attempt -- or, could not, you
11  know, finalize because of FTL?
12  A.  Yeah.
13        At the Harley Davidson shop, I -- I was going
14  to buy a motorcycle, and they refused me, too.
15     Q.  Okay.  Do you recall when that was?
16  A.  That was in the late -- 2018, December, maybe.
17     Q.  Do you know if it was before or after
18  Christmas?
19  A.  I'd say it was before.
20     Q.  Before or after Thanksgiving?
21  A.  It might have been -- I -- I'm -- I'm not sure
22  of that.  I'm...
23     Q.  And is that -- well, where is that dealership?
24  Is that on -- off of I-75?
25  A.  Yes.

Page 127

1        It's -- it's at the Benz, the five corners
2  or -- I forget the name of it.  It's the only one here
3  in town.
4     Q.  And you say you went to buy a motorcycle, you
5  were refused.
6        Do you mean the financing was refused?
7  A.  Yes.
8     Q.  Did the dealership tell you what your credit
9  score was?
10  A.  No.
11     Q.  Did they say anything to you about the loan
12  with FTL?
13  A.  I don't recall.
14     Q.  And what makes you say that it -- it was the
15  loan with FTL that -- that caused you to not be able to
16  buy the motorcycle?
17  A.  Because my -- because of my credit score.
18     Q.  Did the dealership tell you that they couldn't
19  give you financing because of your credit score?
20  A.  Yes.
21     Q.  Was the motorcycle for yourself, personally?
22  A.  Yes.
23        It was a three-wheeler.  I don't know -- I
24  don't think I could ride a two-wheeler anymore.
25     Q.  Anything else?

Page 128

1        So you -- now we've got the -- the Chevy
2  dealer, the -- the motorcycle, Quicken Loans, the --
3  any other financial transactions that you tried to do?
4  A.  That's about it, yeah.
5     Q.  And it sounds like -- I think you said, please
6  correct me if I'm wrong -- of the Harley Davidson,
7  Quicken Loans, and Chevy, Chevy's the only one that you
8  recall specifically mentioned to you the loan with FTL,
9  correct?
10  A.  To tell you the truth, one of the three
11  mentioned it.  I'm not sure, to tell you --
12     Q.  Okay.
13  A.  -- the honest to God's truth, I'm not sure
14  which one mentioned it.
15     Q.  Okay.  Thank you for clarifying that.
16        And none of them shared with you what your
17  credit score was at the time, correct?
18  A.  No.
19     Q.  Do you recall any loans that you tried to take
20  out in 2018 prior to this dispute with Fast AC and FTL?
21  A.  No.
22     Q.  You don't recall -- do you -- do you know if
23  you applied for financing and -- and didn't go through
24  with it, or you just didn't apply for any loans in 2018
25  besides this one?

Page 129

1        MR. NEWHART:  Form.
2        THE WITNESS:  I don't remember any.
3  BY MS. SILVA:
4     Q.  Do you recall applying for any loans in 2017?
5  A.  Oh, gosh, that's -- I -- I don't remember.  I
6  don't -- I don't know.
7     Q.  Sure.  That's fine.
8        Do you have any recollection of what your
9  credit score was at any point in time?  Like, is there
10  any date that you can remember, oh, 2005, it was X?
11  Anything like that, any memory that you have?
12        MR. NEWHART:  Form.
13        THE WITNESS:  No.  Don't remember.
14  BY MS. SILVA:
15     Q.  And let's turn quick here to the document that
16  was handed to you.
17        MS. SILVA:  Madam Court Reporter, this is the
18  document I referred to earlier that I wasn't able to
19  figure out the technology, so I will e-mail that to
20  you.
21        For the record, it is FLT1 through FTL6, Bate
22  label.
23  BY MS. SILVA:
24     Q.  Mr. Walters, if you could take a look at that
25  document and just -- you can look it over generally,

33  (Pages 126 to 129)

Page 130

1    and let me know when you're ready.
2    **A.  Oh, yeah, you can -- I'm ready whenever.**
3    Q.  Okay.  Do you recognize this document?
4    **A.  No.**
5    Q.  Have you ever seen it before?
6    **A.  I don't know.**
7        **Right there it has, on the first page,**
8    **"Gary Walters."  That's not my signature.**
9    Q.  Have you ever seen this document before?
10   **A.  I don't -- I don't know.  I don't think I have.**
11   **I...**
12   Q.  Not that you recall?
13   **A.  No.**
14   Q.  Have you ever heard of something called
15   DocuSign?
16   **A.  DocuSign?**
17   Q.  Correct.
18   **A.  No.**
19   Q.  If you could turn to the last page, Page 6.
20   **A.  Okay.**
21   Q.  Have you ever seen this part of the document?
22   **A.  I don't think I have.**
23   Q.  Do you recall ever --
24   **A.  The account number and the date.**
25   Q.  Yes.

Page 131

1        It begins -- well, at the bottom right, it's
2    got an "FTL" and ending in number "6."  That's the
3    document you're looking at.
4    **A.  Oh, yeah.**
5    Q.  Have you ever seen this before?
6    **A.  I don't think I have.**
7    Q.  Mike from Fast never showed this to you --
8    on a computer screen?
9    **A.  Yeah, he -- he might have.**
10   Q.  You're not sure either way?
11   **A.  Yeah, I'm not sure if he did or not.**
12   Q.  Okay.  And then the -- the same with the -- the
13   first five pages of this document, you don't recall if
14   Mike ever showed you a document like this on his
15   computer screen?
16       Do you recall if Mike ever showed you this
17   document, Pages 1 through 5?
18       MR. NEWHART:  Form.
19   BY MS. SILVA:
20   Q.  Sorry, Mr. Walters?
21       MR. NEWHART:  Mr. Walters?
22       MS. SILVA:  Can you hear me?
23       MR. NEWHART:  He might not be able to hear you.
24   I think he's muted somehow.
25       MS. SILVA:  We'll go off the record.

Page 132

1        (Discussion off the record.)
2    BY MS. SILVA:
3    Q.  So I was just asking, I think my question was
4    about this document, FTL1 through 5, if you recalled
5    Mike from Fast AC showing you this document.
6    **A.  He -- he might have on the -- on the computer.**
7    Q.  You can't say yes or no?
8    **A.  No, I -- I can't say.**
9    Q.  Okay.  And I -- is your e-mail address
10   pop8912@aol.com?
11   **A.  Yes.**
12   Q.  You can -- we're done with that document.
13   Thank you.
14       MS. SILVA:  We just -- putting this up on the
15   screen here.
16   BY MS. SILVA:
17   Q.  Can you see this document, sir?
18   **A.  Yes.**
19   **I'd have to get up there, though, to read it.**
20   Q.  Okay.  Yeah, I'm going to ask you about --
21   **A.  Did you want me to do that?**
22   Q.  Yes.
23   I'm going to make it larger, if I can.
24   Well, that's too large.
25   I'm going to ask you this -- here about this

Page 133

1    Question 1, so if you want to just look at that and
2    let me know when you're done.
3    **A.  Okay.**
4    Q.  Have you seen this document before?
5    **A.  Yes.**
6    Q.  So it's -- it's labeled "Plaintiff's Response
7    to Defendant FTL Capital Partners, LLC, d/b/a FTL
8    Capital Finance's Request for Admissions."
9        And the first one says:  "Admit you provide --
10   provided Fast AC employee, Mike Foster, with your
11   personal and financial information while utilized
12   your computer at your residence."
13       Did I read that correctly?
14   **A.  Yes.**
15   Q.  And then your response is:  "Admitted that I
16   provided my personal information, admitted that I may
17   have given Mike financial information, but denied that
18   the financial information in the document FTL provided
19   is accurate."
20       Did I read that correctly?
21   **A.  Yes.**
22   Q.  So earlier you testified that you -- you don't
23   remember giving Mike any personal information.
24       Does this response refresh your recollection at
25   all on that point?

34  (Pages 130 to 133)

Page 134

1    A.  Well, yeah, I -- I probably did give him some,
2    but I don't remember what or -- you know, he might have
3    asked me some questions.
4    Q.  Okay.
5    A.  I --
6    Q.  And -- did you give him answers to those
7    questions?
8    A.  Is the information you're talking about on
9    this, on this paper?
10   Q.  Oh, no, sir.  We're done with that paper.
11   Thank you.
12   A.  Where -- where are those documents at, that I
13   gave him information?
14   Q.  No, I'm just asking if you recall giving him
15   any personal information.
16       MR. NEWHART:  Form.
17       THE WITNESS:  Then -- I -- I -- I might have
18   then, I -- you know.
19   BY MS. SILVA:
20   Q.  Okay.  Do you have any reason to disagree with
21   the answer on the paper that's -- that's on the screen
22   that says:  "Admitted that I provided my personal
23   information"?
24       Any reason to disagree with that statement?
25       MR. NEWHART:  Form.

Page 135

1        THE COURT REPORTER:  I'm sorry, I didn't hear
2    his answer.
3        THE WITNESS:  I said no.
4        THE COURT REPORTER:  Thank you.
5        MS. SILVA:  I'm just going -- to mark an
6    exhibit.
7    BY MS. SILVA:
8    Q.  In your interrogatory responses you describe
9    feeling embarrassed and humiliated after -- or, as a
10   result of -- of this dispute regarding this loan.
11       Why do you feel that way?
12   A.  Well, I -- I'm supposed to be the, you know,
13   head of the household.  And when I -- I guess, went
14   through this agreement with -- with -- with the loan
15   people and the A/C people and I -- I feel like my
16   family can't trust me to make sound judgments anymore.
17   And they were always -- they were always asking me
18   about my opinion, and now that's stopped.
19       And I just -- I just feel humiliated because
20   I -- I fell -- I fell for this.  I -- I know -- I -- I
21   feel like I got took once when I bought the air
22   conditioner because of the outrageous price that he
23   gave me on it, and I'll be paying for that for a long,
24   long time.  And now I fell for it again?
25       I -- I just feel humiliated.

Page 136

1    Q.  Yeah.
2        When you say you got took once and -- and then
3    you fell for it again, what -- what is the "it"?  What
4    are you describing?
5    A.  This loan for the duct work.
6        I -- I -- I did that on my own, and when I told
7    my wife, you know, and we discussed it and said, we
8    can't afford it, well, you know I tried to rectify it,
9    and I can't -- I wasn't able to, you know, I wasn't
10   able to -- and it -- it screwed up a bunch of stuff in
11   my life.
12   Q.  Has your relationship changed as a result of --
13   of this dispute?
14   A.  Well, no.  She -- she still loves me, but, you
15   know, keeping an eye on what I'm doing.
16   Q.  Do you still control the finances -- or, do you
17   still have control over your own finances?
18   A.  No.  She -- she takes -- she takes care of
19   that.
20   Q.  Is that a change from -- since this dispute has
21   occurred?
22   A.  More so, yes.
23   Q.  Is there anything else that has changed?
24   A.  I take care of the -- the monthly bills, but
25   everything else, she takes care of.

Page 137

1    Q.  Did you used to take care of -- of the other
2    things that you're referring to?
3    A.  Yeah, I used to.  But she --
4    Q.  And when did that change?
5    A.  -- she takes care of everything.
6    Q.  And when did that change?
7    A.  Oh, I don't -- oh, it's been -- it's been a few
8    years.
9    Q.  A few years that -- that your wife took care
10   of --
11   A.  Two, three years she's, you know, taken over
12   the more important financial.
13   Q.  Did that happen after the -- the loan for the
14   duct work or before?
15   A.  A little bit before and a lot after, I feel.
16   Q.  Sure.
17       Is your son at all involved in any of your
18   finances, or it's just you and your wife that makes the
19   decisions?
20   A.  It's --
21       MR. NEWHART:  Form.
22       THE WITNESS:  It's my wife and I.
23   BY MS. SILVA:
24   Q.  How old is your wife?
25   A.  Seventy-four.

35  (Pages 134 to 137)

Page 138

1    Q.  And you -- you mentioned earlier that she had
2  come home from work, and she was at work when you had
3  the -- the conversation with Fast about the duct work.
4    What does she do for a living?
5    A.  She was -- oh, she worked for the school board,
6  Lee County School Board, at the -- in the cafeteria.
7    Q.  Is she still doing that?
8    A.  No.
9    She -- she just retired last month.  This is
10  her last -- that was her last year.  She's retired --
11    Q.  Well, congrats -- congrats to her.  I mean, I'm
12  sorry that it's in the middle of -- of all this with
13  school not being in session.  I'm sure that was hard.
14    In your interrogatory responses you also refer
15  to being worried that you would lose your home.
16    Why were you worried that you would lose your
17  home?
18    A.  Well, I -- I wanted to -- because we had talked
19  about her retiring, and she wasn't making as much money
20  as she was, being retired now.  And I -- I can't work.
21    And I was just -- we were just going to -- and
22  we -- we needed to get a -- a lower payment on the
23  house.  And now I'm just worried that we're going to --
24  we're going to lose it.
25    Q.  Has anyone threatened to take your home away

Page 139

1  from you?
2    A.  Pardon me?
3    Q.  Have you received any -- any threats, you know,
4  like, from the mortgage company or otherwise --
5    A.  No.
6    Q.  -- of someone taking your home away?
7    A.  No, no.
8    Q.  After that -- that attempt that we talked about
9  with Quicken Loans to refinance the home early last
10  year, have you made any further attempts to refinance
11  your home?
12    A.  No.
13    Q.  Why not?
14    A.  I've just given up on it for awhile.  I wanted
15  to -- to get this situation in the past, and then
16  I'll -- I'll try again.
17    Q.  Okay.  Have you checked -- have you checked --
18  oh, I'm sorry.
19    MR. NEWHART:  Your question broke up, I
20  believe.
21    MS. SILVA:  I don't even know what it was.
22  I'll go with a different one.
23  BY MS. SILVA:
24    Q.  Have you checked your credit score in the last
25  year, sir?

Page 140

1    MR. NEWHART:  Form.
2    THE WITNESS:  No.
3  BY MS. SILVA:
4    Q.  Do you know what your credit score is, as you
5  sit here today?
6    MR. NEWHART:  Form.
7    THE WITNESS:  No.
8  BY MS. SILVA:
9    Q.  Have you stopped to purchase any vehicles
10  since -- you know, we talked about the -- the
11  motorcycle and the Chevy.
12    Besides those two, any other attempts to
13  purchase a vehicle?
14    A.  No.
15    MR. NEWHART:  Form.
16  BY MS. SILVA:
17    Q.  And why not?
18    A.  I've just given up on everything until I get
19  this taken care of.
20    Q.  And what do you mean by that, "getting this
21  taken care of"?
22    A.  In the past.  I just don't want to -- to go
23  anywhere again and -- and get denied.
24    Q.  Do you believe that the reporting that FTL made
25  is continuing to affect your credit score?

Page 141

1    A.  The reporting by FTL did what?
2    Q.  Yes.
3    The -- that FTL reported the debt to the credit
4  bureaus, do you believe that that is continuing to
5  affect your credit report today?
6    MR. NEWHART:  Form.
7    THE WITNESS:  I don't know.  I -- I -- I don't
8  know.  I haven't applied for anything else since
9  then.
10  BY MS. SILVA:
11    Q.  Okay.  Have you sought any psychological
12  treatment as a result of the dispute in this case?
13    A.  No, ma'am.
14    Q.  Was that a no?
15    A.  Well -- no.  I go to the VA, and I -- I talk to
16  my social worker sometimes.  And, you know, we talk.  I
17  haven't -- they haven't even given me any other letters
18  since --
19    Q.  Okay.  The feeling that we talked about, the
20  kind of embarrassment, do you continue to feel that way
21  today?
22    A.  Yes.
23    Q.  Do you feel responsible for having taken out
24  the loan with FTL?
25    A.  Yes.

36  (Pages 138 to 141)

Page 142

1    Q.  And why do you say that?  Why do you say "yes"?
2    A.  Because I did, I -- I fell for his sales pitch
3    again and -- and here I sit.
4    Q.  Yeah.
5        And you mean Mike from Fast AC, correct?
6    A.  Yes.
7        MS. SILVA:  Well, I'm just going to take just a
8    minute here and look over my outline, but I believe
9    that's -- that's everything I have.  Let me just --
10   let me just go off the record for a minute.
11       (Recess from 2:17 until 2:20 p.m.)
12   BY MS. SILVA:
13   Q.  Is there any specific dollar amount that you
14   have in mind that you feel that you have been harmed as
15   a result of this dispute?
16       MR. NEWHART:  Form.
17       THE WITNESS:  A specific amount?
18   BY MS. SILVA:
19   Q.  Yes.
20   A.  No.
21   Q.  Any specific amount that you want -- have in
22   your mind that you want FTL to pay to you?
23       MR. NEWHART:  Form.
24       THE WITNESS:  No.  That would be -- I would
25   accept anything that the jury would award me.

Page 143

1    BY MS. SILVA:
2    Q.  Okay.  And what's the harm that you feel you
3    have suffered as a result, that you think is -- is
4    FTL's fault?
5        MR. NEWHART:  Form.
6        THE WITNESS:  Well, my denial of the loans that
7    I've tried to get, making me feel worthless, making
8    me feel like they thought I was lying to them.
9        And after Fast -- Fast AC told them that
10   they -- they completed some of the work, and they
11   didn't complete none, they -- they -- I -- I felt
12   like they believed them.  I -- you know, and I had
13   to try to prove -- prove that I wasn't lying to
14   them.  And I -- I just -- I don't know, it's just --
15   and I'm just feeling worthless there.
16       I mean -- I mean, I can't describe it.  It's
17   just --
18       MS. SILVA:  Yeah, I understand.
19   BY MS. SILVA:
20   Q.  And the denial of the loans were the three that
21   we've talked about:  The Quicken, the motorcycle, and
22   the Chevy, correct?
23   A.  Yes.
24   Q.  Anything else, any -- any additional harm --
25   harm that you feel you've suffered as a result of FTL's

Page 144

1    actions?
2        MR. NEWHART:  Form.
3        THE WITNESS:  I -- I just can't describe my --
4    my feelings right now.
5    BY MS. SILVA:
6    Q.  Oh, no, no.  I -- yeah, I understand that,
7    your -- the -- you know, your -- the feelings that --
8    that we've talked about and you, know, everything else
9    that -- that you said.
10       Is there anything else that we haven't covered
11   today?
12       MR. NEWHART:  Form.
13       THE WITNESS:  Not that I can think of.
14   BY MS. SILVA:
15   Q.  Okay.  That is everything I have for you, sir.
16   Thank you.
17       You understand that you've been under oath
18   today?
19   A.  Yes.
20   Q.  Anything from your testimony that -- that you
21   want to go back and revise?
22   A.  Not that I can think of.
23   Q.  Okay.  Thank you, sir.
24       MS. SILVA:  That's all I have.
25       MR. NEWHART:  He'll read.

Page 145

1        THEREUPON, the Deposition of GARY WALTERS,
2    taken at the instance of the Defendant, was concluded
3    at 2:23 p.m.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

37  (Pages 142 to 145)

Page 146

```
 1              CERTIFICATE OF REPORTER OATH
 2
 3    STATE OF FLORIDA
 4    COUNTY OF POLK
 5         I, Kelly J. Lawton, Registered Professional
 6    Reporter, Licensed Court Reporter, Certified Court
 7    Reporter, hereby certify that the witness named herein
 8    was duly sworn.
 9         WITNESS my hand this 19th day of June, 2020.
10
11
12
13    KELLY J. LAWTON, RPR, LCR, CCR
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 148

```
 1              ERRATA SHEET
 2    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES ON THIS PAGE
 3    IN RE:  WALTERS v FAST AC, ET AL.
      CASE NO.:  2:19-CV-70-FTM-99MRM
 4    DEPOSITION OF GARY WALTERS
      TAKEN TUESDAY, JUNE 9, 2020
 5
      PAGE #/LINE #   CHANGE          REASON
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20    Under penalties of perjury, I declare that I have read
      the foregoing document and that the facts stated in it
21    are true.
22
      _____    _____
23    GARY WALTERS               DATE
24
25
```

Page 147

```
 1              CERTIFICATE OF REPORTER
 2    STATE OF FLORIDA
 3    COUNTY OF POLK
 4         I, Kelly J. Lawton, Registered Professional
 5    Reporter, Licensed Court Reporter, and Certified Court
 6    Reporter, do hereby certify that I was authorized to
 7    and did stenographically report the examination of the
 8    witness named herein; that a review of the transcript
 9    was requested; and that the foregoing transcript is a
10    true record of my stenographic notes.
11         I FURTHER CERTIFY that I am not a relative,
12    employee, or attorney, or counsel for any of the
13    parties, nor am I a relative or employee of any of the
14    parties' attorney or counsel connected with the action,
15    nor am I financially interested in the outcome of this
16    action.
17         DATED THIS 19th day of June, 2020, at Lakeland,
18    Polk County, Florida.
19
20
      KELLY J. LAWTON, RPR, LCR, CCR
21
22
23
24
25
```

38  (Pages 146 to 148)

**A**

**a.m** 1:17 4:2 30:10 71:5
**A/C** 20:25 21:5,16 21:22,23 22:10 22:23 23:6,7,10 24:18 27:5,16 27:21 28:2 29:2 31:14,15 32:22 33:19 34:23 35:21 39:1 40:13,15 41:2 41:20 42:20 43:4 118:2 135:15
**ability** 7:2
**able** 16:6 33:10 45:12,13,17 86:7 93:17 100:24 102:16 107:9 111:3 116:11 121:21 127:15 129:18 131:23 136:9,10
**AC** 1:8 3:15 21:12 21:15 23:10,12 24:1,12 25:19 27:22 29:22 32:11,21 36:4 39:14 40:8 43:6 43:11,21 44:2 44:12 60:16,16 62:15 63:10 72:24 74:13 75:6,9,14,16 77:21 78:3 82:11,13,18 83:1,3 86:24 87:1 89:4,18,25 90:17 95:1 98:17 103:2 110:4 128:20 132:5 133:10 142:5 143:9 148:3
**AC's** 88:4
**accept** 142:25
**accommodate** 51:19
**account** 72:13,14 90:17 108:21,21 109:23 110:2 113:10,16 123:13 124:18 130:24
**accurate** 48:24 70:19 133:19
**acting** 62:18
**action** 62:21 115:3,7 147:14 147:16
**actions** 14:25 144:1
**actual** 81:7
**add** 104:25
**added** 122:3
**additional** 48:11 143:24
**additionally** 5:9 5:24
**address** 132:9
**administered** 5:2
**Admissions** 133:8
**Admit** 133:9
**admitted** 133:15 133:16 134:22
**advised** 108:3
**affect** 140:25 141:5
**affirm** 4:4
**afford** 38:1,5,9 49:10 58:10 93:13 136:8
**afternoon** 75:17
**agencies** 32:14 32:17 113:11,17
**ago** 10:21,22 21:4 21:7 22:11 23:12,22,24 24:2 25:18 26:1 26:5 27:22 30:14,23 73:4 95:4 96:14
**agree** 48:9 85:12 85:18
**agreed** 57:13
**agreeing** 97:15
**agreement** 43:6 44:1,11 48:25 66:21 135:14
**agreements** 43:17
**agrees** 48:22 98:18
**ahead** 80:16 84:20 85:16 99:25 105:1
**ahold** 78:2 81:20
**air** 24:1,10,13 25:23 26:6,7,15 26:17,24 96:20 117:9,15 135:21
**air-conditioning** 22:17 96:21 117:5,7
**AL** 148:3

**allegation** 12:15
**allegations** 11:25 12:6 13:5,21 14:12 15:4 16:17
**amount** 85:9 122:6,10 142:13 142:17,21
**announcing** 91:24
**answer** 6:21 7:3 12:20,23 13:23 14:1,7,7 76:3,22 80:12 96:21 99:12 134:21 135:2
**answered** 82:16 84:6
**answering** 84:11 84:11 101:9
**answers** 64:21 99:14,15,17 134:6
**anybody** 11:19 34:12
**anymore** 127:24 135:16
**anyway** 75:2
**anyways** 102:1
**apart** 27:3 33:13
**APPEARANCES** 2:1
**appeared** 2:4,7
**application** 53:10 54:2 55:13,21 56:18 60:3
**applied** 52:12 53:5 67:8 123:8 141:8
**apply** 52:25 128:24
**applying** 60:2 129:4
**appointment** 29:12,24
**appreciate** 94:20 100:12 106:20
**appreciated** 107:15
**approval** 48:15
**Army** 7:17,18 8:4 19:11,15
**arrows** 45:16
**asked** 15:2 38:10 38:12 41:1,1 52:5,5,9 58:17 60:19 68:17 83:21 84:8 86:8

**allegation** 90:3 104:2 111:9 123:4 134:3
**asking** 5:13 11:10 50:8 56:14 66:19 68:21 84:10 99:17 101:9 132:3 134:14 135:17
**assistant** 64:23 89:11
**assume** 6:14
**assuming** 76:14
**attached/back** 48:10
**attempt** 116:7 126:7,8,10 139:8
**attempting** 116:4
**attempts** 139:10 140:12
**Attended** 2:3,6
**attic** 26:13 36:11 40:10 41:19 42:9,15 43:2 90:25 92:17
**attorney** 5:14 68:8 110:17,18 111:7 111:10,13 114:5 115:9,13 147:12 147:14
**attorneys** 6:18
**attribute** 13:20
**audio** 45:23,25 47:19 66:14 71:8,19,20,24 72:1,6 74:12 75:8,15 76:14 77:3,23 83:4 90:12 92:2,7,10 93:8 95:3,24 105:16 109:14 111:3
**audiotape** 71:23 74:7 75:12 77:19 82:1 86:3 94:23 100:22 107:3 110:21
**authenticates** 80:13
**authorize** 100:5
**authorized** 147:6
**avail** 61:2
**available** 96:16
**average** 17:11
**award** 142:25
**aware** 65:17,18
**awhile** 8:20 18:13

**B**

**B** 3:11
**back** 26:25 30:13 33:4,7,8 38:6,15 38:16,19 39:6,8 41:24 43:3 50:7 56:9 57:4 60:15 63:24 64:19,24 73:19,20,23 77:7 78:10 81:4 81:8,11,18 83:19,23 84:19 87:13,14 90:5 90:20 92:12 94:3,18 95:12 96:24 100:14 103:7,7 114:9 117:15 119:23 144:21
**bad** 26:16 36:18 45:3 61:24,25 61:25 62:2,9,12 99:24 116:13 118:20,20 124:13
**badly** 73:13
**ball** 74:2
**bank** 24:22 25:1,3 25:7 56:6
**based** 125:17
**basically** 43:1
**basing** 65:23 66:6
**basis** 28:22
**Bate** 129:21
**battery** 51:5,6,10 51:11
**Beach** 2:7
**bedroom** 22:19 22:21,24 23:3
**began** 71:20 72:6 75:8,15 77:3,23 83:4 90:12 92:10 93:8 95:24 105:16 109:14
**beginning** 104:22
**begins** 131:1
**behalf** 1:14 2:4,8 62:18
**belief** 125:12,16
**believe** 11:9 13:17 15:2 16:14,16 29:22 31:22 32:7 34:20

20:17 37:16
51:15 121:1
139:14

39:12 40:23
41:4,7 47:3 54:1
54:4,9,13 55:2
55:10 56:16,17
71:7 79:4 88:10
89:10 96:3 97:6
98:13 125:9
139:20 140:24
141:4 142:8
**believed** 33:19
55:15,18 143:12
**believing** 62:21
**benefit** 118:9
**Benz** 127:1
**best** 6:3,6,8
**better** 9:11
**beyond** 61:14
**big** 106:3
**bill** 72:10 79:7
**bills** 136:24
**birth** 7:5
**bit** 8:5 11:18 16:7
30:12 34:7 36:6
50:6 57:7
107:12 116:6
119:5,18 122:2
137:15
**board** 138:5,6
**born** 7:11
**boss** 36:20 37:5
38:17 42:6
**bottom** 48:7
85:24 131:1
**bought** 135:21
**Boulevard** 2:4
**box** 45:14 47:2,10
48:14
**branch** 7:15
**brand** 106:6
**break** 5:15 6:17
6:19 30:7 37:6
51:8,19 71:3
**bring** 18:3 57:4
**broadly** 28:19
**broke** 36:24
139:19
**brought** 26:14
63:6 64:3,10
101:21 117:12
**bucks** 25:23
106:3
**built** 20:22
**bunch** 136:10
**bureau** 108:22
**bureaus** 114:17
141:4
**business** 73:13
88:4 118:19,20

118:21
**buy** 56:4,5 106:5
106:8,9 116:12
126:14 127:4,16
**Bye** 77:18
**Bye-bye** 74:6
94:22 100:21
107:1,2

---

**C**

**cafeteria** 138:6
**call** 27:10 28:1
29:6,7 30:15,25
31:8 38:11,15
38:16,19 39:16
39:16,17 58:15
60:16 64:24
70:13,22,22,22
70:23 72:4
73:23 74:13
75:6,14 76:6,13
77:7,21 78:1,9
79:23 81:3,10
81:14,21 82:16
82:20,21 83:1,2
83:22 84:20
87:14 89:3 90:5
90:10,10 91:15
91:21 93:15,23
94:3,18 95:9,13
95:16,23,23
100:5,7,8,14,24
101:2,15 102:10
102:12,13,16,19
105:15 107:5,7
107:7,9,12,23
109:11,12 110:5
110:19,22 111:5
111:19 120:14
**called** 3:3 4:9
25:22 26:6,8
29:8,23 30:24
34:23 35:1 37:5
38:6,24 39:5,14
57:22,22 58:22
59:18,18 60:25
64:12 65:1
70:20,23 73:10
78:5,13 79:16
83:2,9,9,18,25
87:5 90:2,2
94:25 95:6,6,12
96:20,24 102:10
119:20 123:8
130:14
**calling** 36:20
38:17,17 60:25
61:1,1,1 65:9

70:25 71:21
72:7 77:24
78:14 79:7 81:4
82:22 83:7,19
109:18,23
110:20
**calls** 5:12 74:22
75:25 82:4,9,15
82:17,17 86:7
90:9 102:9,24
103:1,18 108:18
115:10 120:18
**calm** 91:6 92:23
**cameras** 4:25
**cancel** 38:7,11
64:16
**cancelled** 57:24
66:21 73:4,6
109:10
**cancelling** 74:2
81:13 84:18
**Capital** 1:8,9 2:4,5
133:7,8
**car** 18:13,14 56:4
117:8,13,25
118:1,5,13
**cardiovascular**
11:3
**care** 37:8,9,14
55:15,18 110:7
110:16 136:18
136:24,25 137:1
137:5,9 140:19
140:21
**carried** 33:8
**case** 1:6 11:25
12:15 13:1,6
14:12 15:5,6
60:5 116:3
141:12 148:3
**cause** 34:2
**caused** 35:3
121:2 123:15
125:25 127:15
**causes** 14:25
**causing** 117:2
**CCR** 146:13
147:20
**Center** 2:3
**certain** 92:9
**certainly** 6:20
67:1 73:22
**CERTIFICATE** 3:6
3:7 146:1 147:1
**Certified** 1:24
146:6 147:5
**certify** 98:5 146:7
147:6,11

**cetera** 4:25
**chair** 46:2
**challenging** 5:25
**chance** 46:18
75:20
**change** 13:15
14:22 104:25
14:20 137:4,6
148:5
**changed** 11:1,17
11:20 13:8,12
15:12 16:9,11
79:1 136:12,23
**changes** 11:2
16:16 148:2
**cheat** 91:8 92:25
**check** 35:8 103:7
103:8 123:21
**checked** 139:17
139:17,24
**chemo** 9:7
**Chevy** 18:11,25
116:8 124:8
125:17 128:1,7
140:11 143:22
**Chevy's** 128:7
**child** 20:8
**children** 20:3,7
69:5,10
**Christina** 75:17
77:14,15 78:1
**Christmas** 126:18
**chronic** 17:18
**cigarette** 16:21
**claim** 10:4,6 67:25
68:3,7,10
**claiming** 9:21
**claims** 83:25
103:3
**clarify** 82:3,7
**clarifying** 128:15
**Clayton** 2:4
**clean** 25:22 26:6
28:1,3,4 29:1
35:11 40:16
41:2,21
**cleaned** 40:24
**cleaning** 26:9
29:4,7,23 30:15
30:19 34:24
35:2,6,7 36:5,12
40:13
**clear** 6:5 43:15,18
**clip** 71:18 105:15
108:9
**close** 95:5
**coil** 33:15
**come** 20:10 21:23

25:22,24 26:6
26:10 27:20
28:3 29:12 31:1
35:3,6,15 36:1
39:8 42:16 43:3
43:11 44:15
57:14,18,24
58:10,14 61:6
61:10 81:8
84:19 86:21
88:2 90:20,24
92:12,16 138:2
**comes** 36:4 87:12
**coming** 30:4 93:6
**common** 68:13
**communicate**
5:10,18
**communications**
111:21,25
22:5 116:19
**company** 21:25
23:7 24:19
25:21 26:4
30:16 31:5,7
32:24 35:14,15
35:20 37:1
38:10,11,13,21
38:22 39:1 40:2
49:23 50:2,19
50:21 52:4 58:3
58:16,22 59:21
62:10 63:7,9,15
64:4 65:2,4 91:8
92:25 95:12,21
97:8 139:4
**company's** 37:13
38:22 64:20
**complain** 32:16
**complaints** 32:11
32:14 115:10
**complete** 86:16
97:16,17 98:6
143:11
**completed** 22:6
78:18,19 80:21
86:10 90:19
92:11 98:21
143:10
**completely** 84:18
**component** 43:4
**components**
42:20
**computer** 26:22
37:4,10,11
38:23 40:11
44:18 52:16,16
52:18,18,20

53:16,18,20
54:8,21 55:8
57:1 65:6,8 99:7
99:11,12,16,20
100:2 101:5,20
101:20,24 131:8
131:15 132:6
133:12
**computer-smart**
102:1
**computers** 99:23
**concerned** 10:13
35:25 79:7
**concerns** 17:17
34:3
**concluded** 74:7
75:12 77:19
82:1 94:23
100:22 107:3
110:21 145:2
**condition** 9:4
12:5 31:15 32:8
**conditioner** 24:2
24:10,13 25:23
26:7,15,17,24
117:9,15 135:22
**conditions** 9:14
9:22 48:9,12
**conference** 76:5
91:12 93:4,15
95:13,16 102:12
102:16
**confirm** 5:3 95:20
**confused** 43:16
**congrats** 138:11
138:11
**connected** 147:14
**Consumer** 2:7
**contact** 30:13,22
58:3,4 86:25
115:9 116:18
118:5
**contacted** 64:18
114:5
**continue** 37:21
141:20
**continuing**
140:25 141:4
**contract** 29:2
37:18 38:12
97:8,12 98:4,5
98:10,15,23
99:1 101:24
105:21
**contractor** 83:25
84:10
**control** 136:16,17
**conversation**

25:25 29:9
49:18,19 58:1,2
58:7 63:3 64:13
64:15,17 74:9
95:1,19 101:3
111:2 120:5,15
138:3
**conversations**
30:3 34:22
66:15,17 70:17
71:9 82:10
115:20 120:16
**cooperated**
106:20
**cooperative**
103:17 107:15
**copies** 122:15,22
**copy** 45:10 47:23
**corner** 117:22
**corners** 127:1
**correct** 4:19 10:8
19:19 27:24
32:9 33:11
35:22 42:10
43:4,12 44:3
49:4,7 52:13
56:23 57:1
59:22 65:15
68:5 71:9 86:11
105:11 108:4,22
108:25 111:7,13
112:24 113:12
113:17 118:18
124:18 125:22
128:6,9,17
130:17 142:5
143:22
**correctly** 133:13
133:20
**cost** 24:8 37:3
**counsel** 147:12
147:14
**County** 138:6
146:4 147:3,18
**couple** 10:21
26:13 40:10
60:7 62:8 71:12
88:5,12,18
89:10
**course** 5:11,14,19
14:9
**court** 1:1,24,24
4:3,8 5:1 6:1
59:1 76:17,20
92:1,3 129:17
135:1,4 146:6,6
147:5,5
**Courtney** 96:1

**covered** 144:10
**created** 53:10,13
**credit** 60:9 105:21
106:1,7 108:1
108:22 113:11
113:17 114:17
115:16 116:5,13
116:16,19 117:2
118:20,20
119:24 121:6,11
121:16 123:13
123:19,25 124:5
124:12,12,17
125:6,12,13,17
125:18,25 126:5
127:8,17,19
128:17 129:9
139:24 140:4,25
141:3,5
**crud** 26:18 27:4
27:17 31:14
32:2
**current** 116:13
**currently** 6:22
9:13 19:18 21:5
109:24
**customer** 48:21
48:22 75:22
78:6 84:14
**customers** 79:4
79:24
**cut** 76:6 91:15,21
92:2 110:22

---

**D**

**D** 3:1
**d/b/a** 1:8 2:4
133:7
**Darren** 2:6 29:14
75:6 82:6 110:8
110:9
**date** 1:16 7:5
10:20 20:13,18
23:18 53:1
57:13 70:14
102:25 107:6
129:10 130:24
148:23
**dated** 90:11 95:23
107:5 109:12
125:3 147:17
**dates** 12:13
**Davidson** 126:13
128:6
**day** 17:12 26:23
38:18 40:9 43:6
43:9 54:4 61:1
63:2 70:21 73:6

74:5 79:19,19
81:19 85:2
97:20 100:15
102:10 146:9
147:17
**days** 64:12 91:13
105:20 109:24
**deal** 119:4 122:9,9
**dealer** 118:5,13
124:8 125:17
128:2
**dealership** 117:20
118:24 119:7
126:23 127:8,18
**dealing** 21:15
**dealings** 21:12
27:22
**debt** 108:24 114:8
114:16 115:1,4
115:15 123:19
125:10 141:3
**December** 126:16
**decide** 104:24
**decided** 38:8 73:7
**decides** 85:15
**decision** 121:7
**decisions** 137:19
**declare** 148:20
**Defendant** 1:14
3:3 4:10 133:7
145:2
**Defendant's**
46:15
**Defendants** 1:10
**definitely** 51:12
51:18
**deleted** 115:16
**denial** 143:6,20
**denied** 133:17
140:23
**deposition** 1:13
3:14 4:21 15:24
74:17 105:11
123:2 145:1
148:4
**depressed** 14:24
16:20
**depression** 34:2
**describe** 9:16
13:11 14:21
24:17 25:10
34:8 36:4,5,8
49:19 50:16
135:8 143:16
144:3
**described** 57:25
**describing** 136:4
**description** 48:24

**desk** 82:16 83:11
**diagnosed** 12:12
**different** 4:23,25
33:14 43:17
50:10,13,13,17
50:24,25 81:9
85:10 104:7
139:22
**difficulties** 15:23
**DIRECT** 3:5 4:12
**disagree** 134:20
134:24
**disagreements**
22:4
**disconnected**
83:19
**discuss** 69:8
86:25 87:1 88:5
**discussed** 49:7
136:7
**discussion** 46:12
49:12 113:5
132:1
**discussions** 58:6
**disease** 99:24
**diseases** 17:18
**dispute** 12:16
14:15 15:9
16:24 69:8
89:16 116:24
118:3,14 128:20
135:10 136:13
136:20 141:12
142:15
**disputes** 22:4
**distance** 18:1
**DISTRICT** 1:1,1
**DIVISION** 1:2
**doctor** 10:13 11:2
11:24 12:4 18:2
**document** 44:17
44:19 46:8,14
46:19,23 47:17
47:20 48:8,8,14
57:6 101:4
119:4 129:15,18
129:25 130:3,9
130:21 131:3,13
131:14,17 132:4
132:5,12,17
133:4,18 148:20
**documentation**
68:22,24
**documents** 56:23
56:25 57:3
68:15,17 80:18
99:4 102:2
112:6 122:15,22

123:9 126:4
134:12
**DocuSign** 80:9
130:15,16
**doing** 8:18,20
22:22 43:4
53:21,24 54:4,9
54:12,20 75:20
78:25 79:18
112:16 136:15
138:7
**dollar** 122:5
142:13
**dollars** 32:19
39:22,24 65:5
65:11 103:14
**drive** 18:6,12,13
18:16,24 19:1
116:9
**drives** 18:20,22
**drop** 76:16
**dropped** 76:14,15
**duct** 22:12,15,18
23:1,3,14,18,21
23:23 25:13
30:20 36:15
37:24 38:9 41:6
41:20 42:5,16
43:7,10,11,22
44:2,12 53:6
57:14,18 59:21
61:7,10 62:7
63:3 65:18
69:24 86:16
136:5 137:14
138:3
**due** 105:17 108:6
109:24
**duly** 4:10 146:8

—— **E** ——

**E** 3:1,11
**E-l-o-r-a** 94:17
**e-mail** 129:19
132:9
**e-mailed** 99:5
**earlier** 57:7 58:1
69:21 86:8 89:9
129:18 133:22
138:1
**early** 119:14
120:21 121:3
139:9
**eight** 17:3,6
**either** 39:23 48:5
81:21 121:20
131:10
**elaborate** 33:25

**electric** 17:24
**electrical** 9:1
**electrician** 8:8,23
41:16
**electronic** 101:4
**electronically**
99:5,7,9
**Elijah** 83:16 89:4
89:6
**Elora** 90:15 94:17
96:2,18 107:13
**embarrassed**
135:9
**embarrassment**
141:20
**emergency** 79:2
79:23 83:22
93:11
**emotional** 34:3
**emphysema** 9:18
15:11,12,18
17:17
**employed** 8:23
**employee** 133:10
147:12,13
**employment** 9:2
**ends** 110:23
**ENTER** 148:2
**entered** 48:25
**equipment** 72:25
**ERRATA** 3:8
148:1
**erroneous** 123:13
**estimate** 43:2
**et** 4:25 148:3
**events** 9:23
**eventually** 52:12
113:16
**exact** 64:20
**exactly** 37:15
80:20,23 85:23
100:9
**examination** 1:22
3:5 4:12 147:7
**Exclusions** 98:20
**excuse** 19:10
**exhibit** 3:15 46:14
46:15 57:4,7
135:6
**EXHIBITS** 3:14
**exist** 50:25
**expand** 45:12,17
**explain** 28:21
**explained** 6:19
**explaining** 100:13
**extend** 117:2
**extension** 94:5,13
**extent** 42:19

**eye** 136:15

—— **F** ——

**F** 59:2
**face** 102:23
**fact** 44:5 97:11
**factoring** 121:7
**facts** 148:20
**fair** 6:15 10:3 48:5
**familiar** 58:21
**family** 30:18 31:4
79:2,22 83:21
93:11 110:18
135:16
**Fast** 1:8 3:15
21:12,15 23:9
23:10,12 24:1
24:12 25:19
27:22 29:22
30:14 31:15
32:11,16,21
36:4 39:14 40:8
43:6,11,21 44:2
44:12 48:25
57:13 58:6
60:16,16,16
62:15,21 63:10
63:25 64:7,12
64:18,19,21
66:22,22 70:22
70:22 72:24
74:13 75:6,9,14
75:16 77:21
78:3 82:11,12
82:17,18,22
83:1,3 86:10,15
86:24 87:1 88:4
88:19 89:4,18
89:25 90:17
94:25 96:20
98:17 103:2,24
110:4 128:20
131:7 132:5
133:10 138:3
142:5 143:9,9
148:3
**fault** 143:4
**fax** 120:19
**February** 119:14
120:7
**federal** 124:11
**feel** 31:15 32:24
33:17,21 34:1
34:12,16 39:13
60:9 103:1,2,17
135:11,15,19,21
135:25 137:15
141:20,23

142:14 143:2,7
143:8,25
**feeling** 135:9
141:19 143:15
**feelings** 144:4,7
**fell** 135:20,20,24
136:3 142:2
**felt** 34:8,11,18
35:4 143:11
**female** 89:22
**field** 87:12
**figure** 66:12 70:7
81:10,20 129:19
**figuring** 82:24
**file** 72:5 112:11
**files** 112:5
**filled** 53:15,18
**filling** 53:19
**finalize** 126:11
**finance** 1:9 2:5
38:11,21 40:2
49:23 58:15
71:21 72:7
75:18 77:14,24
81:25 90:15
95:25 109:19,21
**Finance's** 133:8
**financed** 24:19
48:23
**finances** 136:16
136:17 137:18
**financial** 55:4
126:9 128:3
133:11,17,18
137:12
**financially** 147:15
**financing** 24:4,5
24:17 26:21
49:7,11,17,20
50:10,13,18
51:22 52:10,13
52:25 53:5 54:2
55:13,21 56:18
58:3 59:17,20
59:21 60:3 78:6
117:17 127:6,19
128:23
**find** 77:1,2 82:23
84:13,17 101:25
102:3 111:17
**fine** 41:5 51:9
129:7
**finish** 79:21 83:23
84:19 90:20
92:12 93:10
**finished** 93:9
122:9,9
**first** 4:10 10:19

12:11 23:18
24:18 25:17,19
26:1,4 29:11
30:22,22 47:16
47:16 57:23
58:25 59:5,7,9
65:4,5 70:12
72:18 76:4,24
82:15,17 83:9
88:17 90:9,10
96:6,9 113:19
113:21 114:7
130:7 131:13
133:9
**five** 15:22 27:19
127:1 131:13
**fix** 62:6 106:10
**FL** 2:7
**flood** 122:3
**Florida** 1:1 7:7 8:6
8:7,10 20:19
72:25 90:18
98:17 146:3
147:2,18
**FLT1** 129:21
**followed** 103:2
**following** 4:1
**follows** 4:11
**forcible** 103:23
**foregoing** 147:9
148:20
**forget** 9:7 112:3
127:2
**forgot** 69:19,21
**form** 9:24 11:4,11
12:1,8,18 13:22
14:17 16:10,18
17:20 21:17
22:7 24:21
27:14 28:7,15
28:25 30:1 31:9
31:17 33:22
34:4,10 36:9
42:12,21 44:4
49:2,13,21
50:12,20 51:23
52:14,21 53:2,8
53:11 54:10,22
55:14 56:19
58:8 59:24 60:6
61:15,19 62:23
63:11,16,22
64:2,8 65:25
66:8 67:16,22
68:1 81:12
85:10 88:7,23
101:22 103:4,19
104:10,16

108:11 109:1
112:1,15 113:1
114:13,19 115:5
115:11 118:15
121:8 123:16
125:3,5 129:1
129:12 131:18
134:16,25
137:21 140:1,6
140:15 141:6
142:16,23 143:5
144:2,12
**Forsyth** 2:4
**Fort** 19:19,20
**forth** 39:6
**forward** 46:2
100:10
**Foster** 75:10 78:2
82:12,14,22
83:2 89:4
133:10
**found** 41:17 65:3
95:11
**four** 12:14 15:22
20:2 64:25
70:21 72:21
**Fowler** 117:23
**Frank** 59:2
**fraudulent** 109:7
109:9
**free** 27:25 28:1,2
29:3 35:7,8,13
**freon** 35:10
**Friday** 37:23
44:16
**friends** 30:18 31:4
**front** 82:15 95:20
97:11 100:2
**frustrated** 91:14
**FT** 1:2
**FTL** 1:8,9 2:4,5
48:23 58:22
59:6,10,20 60:2
60:5 62:13,16
62:19,22 63:4
64:1,7,18 66:15
66:18 67:7,10
67:25 68:14,21
70:13,18,25
71:9,21 72:4,7
74:13 75:18
77:14,15,24
82:11,18,18,22
83:2 86:10,24
88:22 90:15
95:1,25 101:3,4
102:10,15 103:2
103:3,17 104:8

107:8 108:3,10
108:20,24
109:19,21 111:9
111:18,22 112:7
112:9,13,23
113:14 116:24
118:5 121:19
123:12,14 124:5
124:17 125:10
125:13,16,25
126:11 127:12
127:15 128:8,20
131:2 133:7,7
133:18 140:24
141:1,3,24
142:22
**FTL's** 126:5 143:4
143:25
**FTL1** 132:4
**FTL6** 129:21
**full** 65:18 77:5
**fund** 79:18
**funded** 79:20
**funding** 80:17
**further** 120:2
139:10 147:11

---

**G**

**G-a-r-y** 4:16
**gap** 19:15
**garage** 22:20
**garbled** 45:23,25
47:19 71:19
72:1 95:3
**Gary** 1:4,13 2:8
3:4 4:9,16 13:25
38:4 69:14 72:9
72:20 77:4,4,5
90:10,15 95:23
96:10 97:7
107:7 109:12,16
115:19 130:8
145:1 148:4,23
**gate** 86:23
**gathered** 117:18
**generally** 9:16
13:11 129:25
**gestures** 6:4
**getting** 31:8 36:20
37:24 39:19
41:11 60:17,24
62:1,3,6 65:1
73:19 87:6
104:6 115:20
140:20
**girl** 90:4
**give** 4:4 27:25
37:2,5 43:24

56:22 58:4,19
63:8 66:12,23
73:23 77:6
94:14 106:23
110:3 116:15
119:24 124:10
124:11 125:19
127:19 134:1,6
**given** 4:21 5:1
48:12 49:17
133:17 139:14
140:18 141:17
**giving** 47:23 55:4
133:23 134:14
**glad** 16:6
**go** 9:9 16:20
17:25 18:1,1
32:19 36:25
40:4 41:25 42:3
42:14 43:1
46:10 48:17
51:3,15 60:21
76:8 79:3 83:14
84:20 85:16
88:19 90:22,25
92:14,17 105:1
105:5,20 106:5
106:5 120:2
128:23 131:25
139:22 140:22
141:15 142:10
144:21
**God's** 128:13
**going** 5:17 10:14
23:3 27:1 31:1
33:2,3,4 35:19
36:16,17,17
39:8 41:6 43:17
44:17,24 47:14
54:1 55:23
56:11 61:3,6,10
62:8,9 71:11,14
71:14,18 73:7
73:22 74:1,15
74:17 75:5,13
76:4,23 77:10
77:20 78:9,21
80:5 81:13 84:2
85:1,4,6,9 86:23
86:24 90:8 92:6
92:8 93:23
95:18,22 97:10
98:14 100:3,4
100:19 102:20
103:15 105:14
106:2,10,14
108:1 125:14
126:13 132:20

132:23,25 135:5
138:21,23,24
142:7
**good** 9:12 12:13
13:2 22:22
33:23 34:16
35:10 72:9
73:19 74:5 75:9
75:10,17,19,20
77:17 106:7
118:21 122:19
124:12
**gosh** 20:13 22:1
47:15 90:9
129:5
**gotten** 15:16,16
16:15
**government**
32:14 124:11
**GPM** 2:3
**graduate** 19:8
**grew** 7:12
**grocery** 18:1
**guarantee** 120:1
**guaranteed**
124:10
**guess** 29:11 39:5
39:12 40:5 53:3
53:3,22 60:24
73:14 76:8 78:5
81:24 83:17
97:2,7 98:23
135:13
**gutted** 22:20
**guy** 24:5,11 25:8
67:6 87:12,20
93:19 99:9
100:16 110:7
**guys** 72:10 73:13
75:23,25 77:6
78:13 79:16,18
79:20 80:16
81:3,4,11,18
84:23 85:7
106:19 110:12

---

**H**

**H** 3:11
**half** 39:7,8 40:12
41:22,22,23
96:13
**half's** 41:24
**halfway** 76:15
90:19
**hand** 6:3 146:9
**handed** 129:16
**handle** 73:21
**handled** 104:7,9

**handwriting** 47:9
**hang** 76:1
**happen** 137:13
**happened** 13:15
14:22 26:12
37:15 63:3 87:9
88:1 102:14
**happy** 72:12
107:19,22
**hard** 5:17 79:3
85:4,7 138:13
**Harley** 126:13
128:6
**harm** 143:2,24,25
**harmed** 142:14
**He'll** 144:25
**head** 135:13
**health** 10:5,6
**hear** 9:10 10:17
27:9 45:5 71:19
72:2 86:7 91:19
100:24 107:9
111:3 131:22,23
135:1
**heard** 31:7 78:10
86:9 88:18
108:9 130:14
**hearing** 10:4
71:16
**heart** 9:19 10:7,10
10:12,13,25
11:14,22,24
12:5 17:17
99:24
**Heather** 19:18
**hell** 73:11
**Hello** 76:7 83:5
109:15
**help** 13:16 59:15
60:20 63:7
71:22 72:8,12
72:15 77:25
96:1 106:21,23
107:16
**helped** 68:12
**helpful** 60:13
117:24
**helping** 16:21
**Hey** 75:17
**Hi** 83:6,8 90:15
109:16,18
**high** 19:8,16
**Highway** 2:7
**hold** 96:15 98:14
**holding** 96:18
**home** 15:20,21
19:21 20:21
21:22 22:12,15

23:15,19,24
37:23 40:8 41:2
42:1,10,14,20
43:9 44:2,13
49:6 54:5 57:9
64:13 65:18
69:1,24 73:1
78:17 86:11,15
119:16 120:25
121:21 124:24
126:8 138:2,15
138:17,25 139:6
139:9,11
**hon** 118:25
**honest** 78:22
128:13
**honey** 100:20
**hope** 67:2
**hour** 40:12 96:13
**house** 22:20
24:13,14 28:22
34:22 36:7
39:11 40:19
41:24 53:1 55:9
56:5,17,23 62:6
63:2 68:22 80:3
88:2 106:9
120:3 122:2
125:21 138:23
**household**
135:13
**Huh** 110:14
**humiliated** 135:9
135:19,25
**hundred** 32:19
39:22,24 65:5
65:11 103:14
**hung** 96:23 97:1
110:25 111:18
**husband's** 20:10

**I**

**I-75** 126:24
**idea** 20:23 23:20
27:13 121:22
**identification**
46:16
**identified** 82:19
46:13
**identify** 46:13
**identifying** 55:1
**imagine** 34:15
**immediately**
42:15
**impeding** 7:2
**important** 137:12
**include** 22:12
55:21
**incorrect** 125:15

**independent**
63:15
**individuals** 82:8
89:17
**inform** 111:12
**information** 38:14
49:16 50:8 55:5
55:7 58:4
100:18 101:20
114:18 116:10
116:15 133:11
133:16,17,18,23
134:8,13,15,23
**informed** 108:20
**inhaler** 15:20
**inhalers** 15:21
16:12
**initial** 30:13 31:1
**initiate** 98:8 99:3
**inside** 26:15
**install** 24:1,13
28:13 57:14,18
**installation** 24:3
25:18 57:12,15
**installed** 10:16
20:25 21:6,21
22:10,16,25,25
23:7,10,12,19
23:22 27:5,21
72:25
**installing** 34:23
**instance** 145:2
**insurance** 122:2,3
**interaction** 25:19
28:5 63:24
**interest** 119:21,23
121:4,25
**interested** 147:15
**interrogatory**
116:2 119:15
123:11 135:8
138:14
**interrupt** 74:21
**interrupted** 76:5
91:12 93:4
**invalid** 108:10
**investigated**
67:25 68:2,7,10
**invited** 26:10
**invoice** 3:15
48:15
**invoices** 84:25
**involved** 67:15
147:17
**issue** 9:6 84:19,20
86:1,1 98:10
**issued** 59:21
**issues** 24:14

**J**

**J** 1:23 146:5,13
147:4,20
**January** 109:13
119:13,14 120:7
**job** 8:18 22:22
41:18 78:7
79:21 83:21,23
84:18 90:19
92:11
**jobs** 8:20 9:1
**join** 7:16
**judgments**
135:16
**jump** 91:18
**June** 1:16 7:6
146:9 147:17
148:4
**jury** 142:25

**K**

**keep** 39:19 60:25
70:21 93:6
119:21,22
**keeping** 136:15
**keeps** 84:22 96:22
**Kelly** 1:23 146:5
146:13 147:4,20
**kept** 26:24 38:17
38:18 39:15
60:15 61:1
66:19 87:11
97:1 103:8
**Kia** 18:15 19:5
**kind** 5:17 9:5,16
17:16 30:12
40:3 44:11,24
49:19 60:24
74:25 76:14
105:17 141:20
**knew** 27:7 37:13
38:22 64:23
113:10
**know** 6:11,20
8:20,21 9:4 10:9
10:9,10,11,11
10:12,20 11:7,9
11:12,22,23
13:14 14:2,21
14:25 16:22
17:25 20:5,9,13
20:14,17,17,22
20:24 21:11,12
21:20 22:14
23:7,17 25:2,15
26:4,18,20 27:6
27:10 28:2,10
29:3,4 33:5,18

35:10,13 36:6
36:22 37:17
39:5,17 40:16
41:2,12,16,17
41:22 42:22
43:22 44:9,11
45:9,16 47:7,24
49:17 50:6,9,16
50:17 51:16,18
51:18 52:3,22
53:15,19,21,23
53:23 54:6,11
54:16 56:2,3,8
56:10 59:8,10
59:12,15 60:13
60:15 61:4,8,11
61:11 62:8,12
62:24 63:3,5,5
64:9,16 66:25
67:4,5,14,21
70:4,21 71:1,1
71:17 72:11
73:15 74:19,22
76:3,23 78:11
78:13,20,21,22
78:23,23,24,25
79:3,5,17,25
81:3,4,9,19,21
82:16 84:12
85:8,15 87:16
87:18 88:9,20
88:20,21 89:9
89:14,21,22
91:3 92:2,20
94:3,4 95:7
96:11 97:7
101:13,25 102:6
102:7,7,15,21
102:21 103:5,5
103:8,12,12
104:3,4,12,24
105:1,20,22
106:14,23
107:21,25 111:5
111:17,18 112:3
112:25 113:21
113:23,25 114:3
114:4 115:15
116:18 118:1
119:9,10,22
120:18,20 122:5
122:10,17,19
123:22 124:14
124:17,21,22,25
125:2,2,4,14,19
126:11,17
127:23 128:22
129:6 130:1,6

130:10 133:2
134:2,18 135:12
135:20 136:7,8
136:9,15 137:11
139:3,21 140:4
140:10 141:7,8
141:16 143:12
143:14 144:7,8
**Kyler** 77:25
109:18

**L**

**L** 59:2
**label** 129:22
**labeled** 75:6,13
83:1 133:6
**labelled** 77:21
107:6
**Laclede** 2:3
**ladder** 36:11
**lady** 29:12 64:21
67:5 83:10
84:16 96:22
107:17,20
**Lakeland** 147:17
**landed** 8:7
**Lane** 19:19
**laptop** 29:15
**large** 132:24
**larger** 45:18,19,20
132:23
**Larry** 59:3
**late** 105:20 108:2
126:16
**Lathrop** 2:3
**laughed** 61:9
**Laura** 71:22 72:8
**Law** 2:7
**lawsuit** 4:18 9:21
9:23 12:7,17
13:21 14:16,23
15:9 16:17,25
21:11 24:15
28:6,11,23
**Lawton** 1:23
146:5,13 147:4
147:20
**lawyer** 40:4 48:3
60:22 68:6 84:2
90:22 91:11
92:5,14 93:3
**layout** 57:9
**LCR** 146:13
**learn** 24:18 25:17
25:21 58:25
59:5 113:19
114:18

learned 26:1,4
  113:22 114:7,11
  114:16,25 115:1
  115:3
Lee 138:6
left 7:14,14 8:4
  34:22 37:18,22
  51:14 55:12
  56:16,17,23
Lehtinen 2:3
lend 62:10
let's 57:4 85:16
  98:19 129:15
letter 38:21 59:7
  65:4,11 103:13
  112:13 114:2,21
  141:17
letters 39:19 61:4
  61:5 103:15
  112:7,8,22,23
  141:17
letting 84:18
  102:15
liar 39:13 91:7
  92:24
Licensed 1:24
  146:6 147:5
lie 41:18 62:4
  86:14 91:8
  92:25 93:12
lied 31:15 34:1
  35:4
lies 102:21
life 136:11
line 22:17 83:7
  91:18 96:3,22
  96:25 148:5
lines 5:24
list 37:11
listen 71:11
  102:13
listened 66:14
  71:8 74:12
  82:21 102:24
listening 102:8
  103:1
literally 79:14,19
little 4:23 5:25
  11:17 16:7
  30:12 34:7 36:6
  48:16,19 50:6
  52:16 86:4
  116:6,10 119:5
  119:18 122:2
  137:15
live 19:18 20:21
  69:5
lived 19:21 20:16
  20:24 23:15

lives 69:11
living 138:4
LLC 1:8,8 2:4
  133:7
LLP 2:3
load 74:16
loaded 86:21
loan 25:12 37:2
  56:2,6 62:6,10
  62:12 63:7,8,9
  63:15 64:4,5,20
  65:23 66:6 67:8
  67:10,12,21
  79:8 87:7 95:11
  95:21 98:9 99:3
  108:7 109:6,7
  112:14 113:8
  114:1 116:12
  117:3,14 118:14
  119:22,22 120:1
  121:13,18
  124:10,12
  125:20 127:11
  127:15 128:8
  135:10,14 136:5
  137:13 141:24
loans 50:25 62:1
  62:3 119:20
  120:12,22 121:5
  122:16,23,23
  124:10 128:2,7
  128:19,24 129:4
  139:9 143:6,20
located 41:21
logistics 86:5
long 7:18 10:24
  17:13 18:25
  19:1,21 36:21
  40:8 73:4 81:19
  135:23,24
look 31:2 35:20
  41:10,11,19
  46:7,18 63:24
  90:25 92:17
  106:12 122:24
  129:24,25 133:1
  142:8
looked 25:14
  31:13 38:23
  42:23 65:6,8
  101:23 102:1,2
  123:5
looking 42:19
  98:22,23 118:2
  131:3
looks 47:8,12
  51:1 79:6
lose 138:15,16,24

lost 78:23
lot 42:6 104:7
  123:22 137:15
loud 71:15,25
loves 136:14
low 121:4,25
  124:22 125:6,21
lower 119:20,22
  122:1 138:22
lowered 123:17
  123:24 124:5
  125:13,16,25
luck 73:19
lying 104:3 143:8
  143:13

_____

M

ma'am 4:20 6:7
  6:23 7:21 8:24
  19:4,7,12,20
  20:20 25:20
  90:16 96:8,20
  100:11 101:1
  105:3,12 141:13
mad 58:11 60:24
  86:20
Madam 92:1
  129:17
mail 38:21 59:8
making 10:4,6
  12:15,22 13:13
  14:12 16:17
  103:3 138:19
  143:7,7
males 89:24
manager 64:22,23
  89:10,11,13
  90:3,17
manner 98:19
Maria 115:24
mark 46:13 135:5
marked 46:15
married 20:12,17
Matt 78:2 82:12
  82:14,22 83:2
  87:20 89:4,12
  89:12,12
matter 44:5 88:22
  97:11
Matthew 75:10,20
  83:6,8
mean 20:14 24:11
  25:10 28:2
  37:20 43:25
  44:10 51:25
  53:12 55:21,25
  62:2 64:9 68:12
  68:25 70:11

78:20 84:6,12
  85:1 93:18 97:6
  97:25 103:25
  107:25 109:2,8
  113:14 115:7
  117:18 127:6
  138:11 140:20
  142:5 143:16,16
meant 48:18
measure 36:21
medical 8:16 9:4
  9:13,22
medications
  15:22 16:8
medicine 8:17 9:8
  11:14,17,22
  13:13
medicines 11:20
meet 20:19
member 110:18
memory 129:11
mental 10:1,5,12
  60:11
Mentally 14:24
mention 121:18
mentioned 15:11
  17:16 49:9
  65:12 117:25
  118:1 119:16
  128:8,11,14
  138:1
mentioning 117:8
message 75:11
  75:21 83:13
messages 5:12
messing 106:1
middle 1:1 79:1
  79:22 83:20
  138:12
midway 81:13
Mike 24:5,11 25:9
  26:13 32:1,8
  36:7 40:8 41:1,7
  41:25 44:1 49:6
  49:18 50:11
  51:21 52:12
  53:1 54:1,7,9,20
  54:25 55:8
  56:13,17,22
  62:7,13,15,18
  63:2 64:12,22
  65:14,14,17,22
  66:5 87:12
  89:15 93:19,20
  99:9,10 100:16
  100:17 101:4,9
  101:19 131:7,14
  131:16 132:5

133:10,17,23
  142:5
Mike's 56:25
military 7:15
mind 29:14 30:7
  35:19 47:25
  51:3 61:18 79:1
  104:14 105:2
  142:14,22
mine 20:5,8 33:4
  45:21 67:12
  69:14 109:3
minute 43:13 47:6
  61:20 104:17
  142:8,10
minutes 26:14
  36:12,15 40:11
  42:16 43:2
  51:14
missed 78:1
MO 2:4
moment 61:23
  104:18 110:3,6
Monday 38:6
  57:22 64:14,15
  86:19 110:7
money 36:24,25
  39:20 62:11
  64:5 73:17 85:1
  100:8 108:14
  117:14 138:19
month 32:19 38:3
  38:20 39:21,22
  39:24 52:6,8
  61:4,5 65:5,11
  65:15,24 66:7
  103:12 122:4,6
  138:9
monthly 59:9
  121:22 136:24
months 17:3,6
  39:18 60:18
  61:3
morning 57:22
  72:9 75:9,10
  83:18
mortgage 121:22
  139:4
motor 33:15
motorcycle
  126:14 127:4,16
  127:21 128:2
  140:11 143:21
move 100:10
  104:23 106:8
moved 20:1 105:2
multiple 70:17
mute 29:15

**muted** 131:24
**Myers** 1:2 19:19
  19:20

**N**

**N** 3:1
**name** 4:15 9:7
  20:6 37:13,17
  38:12,23 50:2
  58:17 63:6
  64:20 65:1,3
  69:13 72:5,9,18
  72:20 76:4,24
  77:5,13 78:14
  94:15 96:7,9
  100:16 109:6,6
  110:8 117:20
  119:25 121:13
  127:2
**named** 89:6 146:7
  147:8
**names** 21:25
  89:17
**narrative** 48:22
**near** 69:11
**nebulizer** 15:20
**need** 6:17,19
  33:19 36:18
  51:8,17 60:21
  77:8 110:5
**needed** 26:16
  41:21 42:17
  46:5 58:3 70:4
  138:22
**needs** 77:6
**never** 38:16,19
  56:25 66:22,23
  86:18 90:7
  122:8,9 131:7
**new** 11:14 19:3,5
  21:21 22:17,23
  23:10,21 26:16
  26:23 27:5 32:6
  32:18,22 33:20
  37:24 38:8
  106:6,9 116:4
  119:10
**Newhart** 2:6 5:4,6
  6:18 9:24 11:4
  11:11 12:1,8,18
  12:21 13:22,25
  14:6,17 16:10
  16:18 17:20
  21:17 22:7
  24:21 27:14
  28:7,15,25 30:1
  30:7 31:9,17
  33:22 34:4,10

36:9 42:12,21
43:15 44:4 45:4
45:12,16,21
46:1 49:2,13,21
50:12,20 51:1
51:23 52:14,21
53:2,8,11 54:10
54:22 55:14
56:19 58:8
59:24 60:6
61:15,19 62:23
63:11,16,22
64:2,8 65:25
66:8 67:16,22
68:1 71:3 74:19
76:6,12,16 82:3
82:7,12 88:7,10
88:23 91:15,21
93:5 101:22
103:4,19 104:10
104:16 108:11
109:1 110:8,9
110:22 111:6,7
112:1,15 113:1
114:13,19 115:5
115:11,17,19,23
118:15 121:8
123:16 129:1,12
131:18,21,23
134:16,25
137:21 139:19
140:1,6,15
141:6 142:16,23
143:5 144:2,12
144:25
**nice** 106:19
  107:14
**night** 27:3
**node** 9:6
**nonverbal** 6:4
**noodling** 74:25
**North** 2:7 19:20
**note** 73:23
**notes** 48:15
  147:10
**nothing's** 87:25
**noticed** 13:17
  15:25
**November** 70:12
  70:18 72:5
  90:11 95:5,23
  102:25 107:6
  109:12
**number** 27:12
  38:13,24 58:18
  65:7,9 69:14
  72:13,14 73:25
  110:5,10 130:24

131:2

**O**

**oath** 3:6 5:2 6:24
  105:11 144:17
  146:1
**objection** 5:4
  12:22
**objections** 5:6
**objects** 14:6
**observed** 43:3
  54:7 56:25
**obviously** 21:14
**occurred** 136:21
**October** 28:11,22
**offer** 26:9
**offered** 28:13
  49:11
**offering** 68:14
**office** 73:21 75:11
  78:5 81:24 87:6
  87:9,19 89:23
  90:4
**oh** 7:25 9:15
  10:20 12:22,24
  14:8 17:2,12,15
  20:13,14 22:1
  25:5,13,23 30:9
  30:19 45:6,15
  46:4 48:17 51:8
  70:3,6 73:3,5,9
  80:10,10 82:5
  83:8 84:24 86:9
  87:11 90:9,16
  108:8 109:25
  110:5 112:10
  114:9,20 115:22
  117:23 119:2
  120:13 121:1,24
  122:17 124:21
  124:21 129:5,10
  130:2 131:4
  134:10 137:7,7
  138:5 139:18
  144:6
**Ohio** 7:11
**okay** 4:23 5:19,22
  5:24 6:6,16,17
  6:22 7:15 8:19
  9:10 10:3,15
  14:1 15:2,8
  19:18,25 21:9
  23:4,14 24:7
  25:6,8,17 26:8
  26:12,19 29:6
  29:19,22 32:21
  35:12,17 41:25
  43:25 44:8,17

44:21,24 45:2
45:19,22,24
47:10,25 48:4,7
50:2 51:12 52:7
53:17 54:17
56:22 61:22
63:9 65:22
68:21 70:6,10
71:11,24 72:2,4
72:12 73:9 74:1
74:3,4 75:24
76:13,17 77:1,1
77:6,9,12,20
79:10 80:10
81:5,17,23
84:22 85:15
86:24 88:17,21
89:2,14 90:6,8
91:1,3,17,23
92:18,20 93:14
93:20,21,22
94:2,5,9,16,17
94:18,20,21
95:10,22 96:6
96:11,15,16
97:3,14 98:22
99:10,16,19,22
100:3,10,11,14
100:19 101:12
102:5,8,8 104:5
105:2,9 106:12
106:14,25 107:9
108:16 109:8
110:5,7,13,17
113:3 114:11,23
114:25 115:25
117:20 119:15
122:21 123:2,7
126:15 128:12
128:15 130:3,20
131:12 132:9,20
133:3 134:4,20
139:17 141:11
141:19 143:2
144:15,23
**old** 8:9,11 26:7,24
  26:25 27:17,17
  27:19 31:13,23
  33:2 69:17
  137:24
**older** 41:11
**once** 18:13 88:11
  88:15,17,20
  115:17 135:21
  136:2
**one's** 66:20
**opened** 57:23
**operator** 91:18

**opinion** 31:25
  32:5 135:18
**opinions** 63:20
**opposed** 6:3
**option** 49:11
**options** 50:11,18
**Organization** 2:7
**originally** 7:7,9
**outcome** 39:15
  147:15
**outline** 142:8
**outrageous**
  135:22
**outside** 18:2
  40:18 42:1
**overall** 9:5
**Overlapping**
  29:16,18
**overview** 17:16
**owe** 25:16 39:20
  61:5 65:5 85:1
  108:13
**owed** 59:8 103:13
  117:14,14
**owes** 81:14
**owned** 19:1
**oxygen** 15:19,25
  16:8 51:2,15

**P**

**P.A** 2:7
**p.m** 1:17 76:9
  105:7 142:11
  145:3
**pacemaker** 9:19
  10:15,19
**packs** 17:12
**page** 3:2,14 47:17
  48:18,18,20
  85:22 130:7,19
  130:19 148:2,5
**pages** 48:10
  131:13,17
**paid** 22:23 23:5
  73:17 79:8,14
  79:14 117:9
**Palm** 2:7
**paper** 45:9 65:8
  119:1 124:24
  125:20 134:9,10
  134:21
**papers** 56:2,3,5,6
  122:19,21
**paperwork** 43:24
  56:9,10 68:15
  68:17 116:21
  120:18,22
**par** 116:13

**Pardon** 7:24
  87:17 96:8
  139:2
**parked** 18:2
**Parkinson's** 9:18
  10:7 12:11,16
  13:4,8,18 14:14
  15:1,4 17:17
  99:24
**part** 14:15 16:25
  28:5,11,13
  41:25 48:21
  63:10 130:21
**particular** 96:4
**parties** 147:13
**parties'** 147:14
**Partners** 1:8 2:4
  133:7
**parts** 33:14
**party** 91:3 92:20
**pass** 100:3,19
**patch** 17:4
**Patricia** 2:3
**Patty** 45:13 51:1,1
  74:19
**pay** 24:2 81:12,13
  85:7,9 106:2
  117:4,6,15
  142:22
**paying** 23:6 25:15
  32:18 81:8
  103:14 135:23
**payment** 59:9
  65:6 80:4 81:9
  81:12 85:10
  105:17 108:4,6
  108:10,20
  113:11 138:22
**payments** 39:23
  108:2 113:7
  118:2 121:23
**penalties** 148:20
**pending** 6:22
**people** 39:1 40:1
  41:14 59:19
  62:4,5 64:25
  116:19 123:22
  135:15,15
**percent** 90:3
**Perfect** 74:1
**perjury** 148:20
**person** 39:17,18
  87:10,15,19
  88:5
**personal** 54:18
  55:1 56:6,14
  84:7 101:9
  133:11,16,23

134:15,22
**personally** 127:21
**phone** 5:12,20,21
  26:17 27:12
  29:24 30:15,25
  31:8,21 38:13
  38:24 40:12
  42:6 58:18
  64:21 65:7,9
  70:12 82:16
  87:24 89:3 90:9
  91:15,21 93:6
  95:22 96:25
  101:15 102:9,9
  103:18 105:14
  107:5,9,12,23
  108:18 109:11
  110:10,22
  111:19 115:10
  120:14,17
**photo** 31:21,22
**photos** 69:1,3,23
**phrase** 104:21
**physical** 10:6
**physician** 13:3,4
  13:14 15:4,8
**picked** 97:1
**pickup** 18:11,25
  27:1
**picture** 26:14,17
  27:5 31:22
**piece** 65:7
**Pierre** 2:3
**pitch** 142:2
**place** 1:18 74:17
  115:10 116:8
**placed** 10:19
  82:18 123:12
**places** 4:25
**plaintiff** 1:5 4:18
**Plaintiff's** 133:6
**plan** 81:7,8,17,23
**planned** 121:1
**planning** 120:24
**plans** 81:7,10
**play** 71:18 74:15
  75:5,13 77:2,20
  82:2 90:8 93:7
  95:18,22 105:14
**please** 4:14 5:10
  5:18 6:2,10
  49:20 72:19
  93:25 96:2
  105:1 128:5
**plug** 51:10
**plugged** 51:7
**pocket** 40:17
**point** 6:18,20 49:7

92:9 101:16
  102:21 117:1
  129:9 133:25
**pointed** 15:25
**pointing** 16:1
  45:17
**polite** 67:2 107:18
**Polk** 146:4 147:3
  147:18
**pop8912@aol.c...**
  132:10
**portable** 16:2,4
**portion** 23:1,2,21
  85:8
**possible** 71:15
  116:4
**power** 110:17
**practices** 61:25
  62:2,12
**present** 50:17,24
**press** 93:7
**pretty** 6:8 34:15
  42:9 64:5
**prevented** 8:17
  9:5
**price** 36:21,23
  37:6 65:18
  135:22
**primarily** 19:1
**prior** 16:24 17:8
  21:20 30:4 31:7
  126:5 128:20
**probably** 4:23
  32:6 43:16
  51:13,14 64:20
  68:6,9 70:20
  73:17 74:10
  81:19 84:16
  91:13 92:6 95:2
  95:9,18 121:25
  124:19 134:1
**problem** 60:14
**problems** 8:16
  36:18 60:11
**proceedings** 4:1
**process** 81:15,16
**produced** 72:4
**production** 45:10
  75:7 77:22 83:1
  90:11
**professional** 1:23
  98:19 146:5
  147:4
**promotion** 27:11
**promptly** 42:9
**pronouncing**
  24:23
**properly** 35:9

**prove** 85:5 143:13
  143:13
**provide** 116:21
  133:9
**provided** 133:10
  133:16,18
  134:22
**providing** 63:15
  117:17
**psychological**
  141:11
**pull** 44:17
**pulse** 11:21
**punched** 37:4
**purchase** 126:7
  140:9,13
**purchased** 19:3,6
  23:23 33:20
**pushing** 60:15
**put** 21:3 22:11,22
  22:23 26:23,25
  28:4 33:7,8
  71:14 93:15
  96:15 119:25
  121:13
**putting** 132:14

---
**Q**
---

**qualified** 122:13
**quality** 98:18
**quantity** 17:14
**question** 6:14,21
  14:3,7,11 28:17
  66:2 132:3
  133:1 139:19
**questioning** 5:11
  5:19
**questions** 5:13
  6:9 51:21,25
  52:9 54:18,25
  55:1 56:14
  74:20 80:12
  84:7,9,10 99:12
  99:15 101:9
  104:2 134:3,7
**quick** 30:8 36:19
  64:5,10 71:3
  129:15
**Quicken** 119:20
  120:6,11,22
  121:5 122:16,22
  122:23 124:10
  125:19 128:2,7
  139:9 143:21
**quit** 8:14,15,18
  17:5

---
**R**
---

**R** 2:6
**rag** 40:17
**raised** 73:11
**ran** 22:17,18
  81:25 85:8
**rate** 119:21,23
**rates** 121:4,25
**reach** 44:1 74:1
  75:23 80:8 81:6
  84:16 87:1
  90:18
**reaching** 83:17
**read** 35:19 37:12
  47:25 48:16,19
  97:14 98:4
  119:1 132:19
  133:13,20
  144:25 148:20
**ready** 86:21 94:6
  130:1,2
**real** 30:8 36:19,19
  62:9 71:3
**really** 8:17 9:8
  10:20 18:3 20:5
  26:15 36:18
  37:12,12 38:1
  40:3 43:18
  51:24 58:11
  59:14 62:9
  64:10 66:24
  70:3 73:10 79:2
  79:5 86:20
  103:20 107:24
  122:8
**reason** 11:9,19
  93:10 111:16
  117:11,16
  134:20,24 148:5
**reasons** 60:8
  61:12
**recall** 11:19 21:2
  21:25 24:19
  29:9 46:23
  47:20 48:5 50:4
  50:5,7,9 55:4
  56:13 57:3
  66:17 68:14,21
  70:11,16,25
  74:9,10 87:21
  89:7,17,20,24
  94:25 95:3
  101:19 102:15
  111:2,4 112:2
  112:13 114:7,11
  117:8,20 118:23
  119:6 120:5,11
  126:15 127:13
  128:8,19,22

129:4 130:12,23
131:13,16
134:14
recalled 132:4
recalling 95:19
received 12:2
68:19 72:10
79:7 107:23
139:3
receptionist 76:2
76:22 89:23
Recess 30:10
71:5 76:9 105:7
142:11
recognize 46:21
57:8 130:3
recollection 48:11
101:16 129:8
133:24
record 4:15 6:5
43:15 46:10,12
51:3 76:8 82:9
105:5 113:3,5
129:21 131:25
132:1 142:10
147:10
recording 70:16
110:23 111:3
recordings 66:15
71:8 74:12
records 12:6
rectify 136:8
redo 121:12
refer 48:18 138:14
referred 129:18
referring 47:11
137:2
refers 48:8
refinance 119:16
120:16 121:21
123:12,15 126:8
139:9,10
refinanced 120:3
refinancing
120:25
refresh 133:24
refreshed 101:15
refund 81:16
84:21 85:11
86:1,1,2 103:7
refunds 86:5
refused 59:15
114:1 126:14
127:5,6
regard 75:22
regarding 15:9
21:13 88:22
89:15 135:10

regards 96:12
Registered 1:23
146:5 147:4
regularly 18:12
relationship
136:12
relative 147:11,13
remember 22:2
37:7,13 46:24
47:22,23 54:19
55:3 66:24 67:9
67:17,18,20,23
68:20 83:10
87:23 88:11
101:11 112:16
112:18,22,22
113:2,24 114:25
121:9,10,17,20
129:2,5,10,13
133:23 134:2
remind 115:19
reminds 104:21
remote 1:18 2:3,6
5:1,5,25 15:23
repair 21:13 23:11
31:12
repairman 24:12
24:14
repairs 21:16,22
21:23 22:2,5
35:20
repeat 14:10
18:18 92:6
124:1
rephrase 6:11,13
14:13
replace 36:18
43:7,11 44:2,12
replaced 22:14
23:14 33:19
replacement
32:12 34:9 35:5
49:10 53:6
replacing 27:16
42:17 43:22
report 105:21
108:1,1 115:16
117:2 121:6
123:13 124:4
125:12,16,18
141:5 147:7
reported 108:21
113:10,17,20
114:8,12,14,16
115:1,4 123:20
124:17 125:10
141:3
reporter 1:23,24

1:24 3:6,7 4:3,8
5:2 6:1 59:2
76:17,20 92:1,3
129:17 135:1,4
146:1,6,6,7
147:1,5,5,6
reporting 116:5
123:14,24
125:13 126:5
140:24 141:1
repossess 61:7
61:10
represent 102:14
representation
32:7 65:23
representative
82:19
representing
62:13,16,22
64:1,7
Request 133:8
requested 147:9
reschedule 78:9
research 30:16
resembling 57:8
reset 79:23
residence 133:12
response 133:6
133:15,24
responses 6:4
116:3 119:15
123:11 135:8
138:14
responsible 85:7
141:23
rest 23:23
restart 72:3
result 135:10
136:12 141:12
142:15 143:3,25
retire 8:13
retired 138:9,10
138:20
retiring 138:19
review 55:7 112:5
112:11 147:8
reviewed 122:21
revise 144:21
rewind 30:12
ride 127:24
right 9:2 15:5
19:11 23:24
24:23 26:10
34:24 37:9 38:5
38:9,14 45:14
45:14 56:14
67:13 70:14
71:11 72:23

75:5 76:3,23
77:16,18 78:17
81:17 82:25
91:9,10 93:1,2
93:23 94:18
95:9 97:4,6,10
98:4 99:8 100:1
100:2,2,12,20
101:6,17 102:23
106:15,16,17,24
107:1 112:20
115:1 122:14
123:22 130:7
131:1 144:4
ringing 97:1
rolling 74:2
room 5:17 74:17
75:6 91:24
RPR 146:13
147:20
rude 60:13 67:4
86:20 107:20
ruined 60:9
runaround 39:25
60:17,17 66:23

_____

**S**

S 3:11
S-y-n-c-h-o-r-n-y
25:5
sales 142:2
salesman 117:8
117:13,25 118:1
sat 100:1
satisfaction 98:6
save 102:8 122:19
122:20
saved 102:2 122:1
saving 122:6
saw 31:14 33:18
43:1 65:11
74:24 125:18
saying 26:8 28:12
37:7 38:18
39:19 48:20
59:8 61:6 67:17
67:20 76:21
80:21,25 84:14
84:14,22 85:13
88:11 97:8
98:15,16 99:10
103:13,15
112:17,17
121:10
says 47:2,10,17
48:15 57:11
89:4 97:14 98:5
98:17,19,21

133:9 134:22
scare 62:5
schedule 29:6,23
34:24
scheduled 30:15
35:2 36:5
school 7:13 19:8
19:14,16 138:5
138:6,13
score 60:10 106:2
106:7 108:1
116:13,16,19,20
117:12 118:20
119:24 121:12
121:16 123:17
123:19,25 124:5
124:12,12,17
125:6,13,17,21
125:25 126:5
127:9,17,19
128:17 129:9
139:24 140:4,25
scores 124:25
125:9
scrap 27:2,2 33:5
33:14
screen 44:18
45:13,18 46:9
46:19 131:8,15
132:15 134:21
screwed 27:7
136:10
scroll 44:25 47:14
second 46:11
48:18,20 76:8
105:6 113:4
security 80:12
99:12
see 5:17 11:6,10
15:19,25 18:1
33:2,10 35:17
36:21 40:14
44:18,22 45:11
46:7,25 48:20
55:11 57:11
65:20 70:5,13
70:17 73:1,13
75:3 77:10 80:9
81:6,24 83:20
85:13 92:3
93:12 96:15
98:19 100:4,9
107:6 112:6
122:22 123:8
132:17
seeing 46:23
47:20
seen 68:11 126:4

130:5,9,21
131:5 133:4
**sell** 30:20 32:6
33:5,6,14
118:22
**seller** 116:23
**selling** 32:25
**send** 68:14,18,24
68:25 70:8
103:13 111:21
120:18,19 123:9
**sending** 5:12 62:4
112:13,22
**Seniority** 24:25
**sense** 6:10 68:13
**sent** 31:21 48:3
59:7 61:4,5
97:23 103:15
111:23,25 112:9
112:23 114:2
125:1
**sentence** 48:21
76:19
**separate** 63:14
**series** 120:15
**service** 7:14,15
8:3 27:25 28:3
29:2,4 30:4
107:22,24
**services** 97:15
98:6 107:19
**session** 138:13
**set** 29:12,23 31:1
85:9
**settled** 108:17
**Seventy-four**
137:25
**shaking** 13:16
15:1
**shared** 128:16
**sheet** 3:8 124:24
125:20 148:1
**shop** 126:13
**shortly** 94:19
**shot** 36:15,17
**show** 55:8 56:11
72:24 86:19,22
126:4
**showed** 26:16
27:4 86:18
131:7,14,16
**showing** 84:25
132:5
**shown** 31:21
**shows** 44:19
125:21
**shut** 93:5
**sic** 25:5 70:18

119:9
**sick** 9:8
**side** 8:20 9:1
40:15 85:19
**sign** 43:6 55:23
55:25 56:5,7,8
84:1,3 98:7,25
**signature** 47:2,3
47:11,12,17,18
130:8
**signed** 19:10,13
19:14,17 25:9
25:10 37:18
43:13 80:18
81:1 84:25 97:8
97:20,20,23
98:1,1,15 99:4
99:19 105:21
**signing** 48:8 98:9
101:3
**Silva** 2:3 3:5 4:13
5:3,7,8 10:2
11:8,13 12:3,10
12:19 14:4,5,20
16:13,23 17:22
21:19 22:9
24:24 27:15
28:9,18,20 29:5
29:14,17,19,21
30:2,9,11 31:11
31:19 33:24
34:6,14 37:19
42:13,24 43:19
43:20 44:7,24
45:2,6,15,19,22
45:24 46:5,10
46:13,17 49:3
49:15 50:1,14
50:15,23 51:4,8
51:12,17,20
52:1,2,17,24
53:4,9,14 54:14
54:24 55:17
56:11,12,21
57:4,5 58:20
59:1,4 60:1
61:13,17,21
63:1,13,19,23
64:6,11 66:3,4
66:10 67:19,24
68:4 71:4,6,13
71:24 72:2 74:8
74:16,24 75:13
76:10,13,17
77:1,20 82:2,5
82:10,14 86:4,6
88:8,14,16 89:1
90:8 91:17,23

92:6 93:6 94:24
100:23 102:4
103:10,21
104:13,19 105:5
105:8,14 107:4
108:15 109:4,11
110:23 111:1
112:4,19 113:3
113:6 114:15,22
115:8,14 116:1
118:17 121:15
123:18 129:3,14
129:17,23
131:19,22,25
132:2,14,16
134:19 135:5,7
137:23 139:21
139:23 140:3,8
140:16 141:10
142:7,12,18
143:1,18,19
144:5,14,24
**sir** 8:3 9:10 19:8
20:3 27:9 51:18
69:13 70:6,10
91:4 92:21 98:4
98:8 99:2
105:13 132:17
134:10 139:25
144:15,23
**sit** 40:6 48:4 56:13
58:21 59:10
63:25 87:7
140:5 142:3
**sitting** 100:1
**situation** 77:11
87:7 91:4 92:21
139:15
**six** 17:2,6 27:19
**sketch** 57:7,11
**slide** 46:1
**small** 22:21
**smoke** 17:11
**smoked** 16:24
17:9
**smoking** 17:5
**sneak** 16:21
**social** 72:21
141:16
**sold** 32:22
**solemnly** 4:3
**solve** 60:14
**somebody** 90:24
92:16
**son** 20:1 27:3
31:13 33:13
69:11,12,23
137:17

**soon** 36:19
100:14
**sorry** 7:22,25 9:10
10:17,18 14:12
16:5,5 23:11
27:9 29:14,17
46:5 48:17
69:19,22 70:11
76:10,13 82:2,3
82:5,24 89:21
91:17,25 92:1
118:25 119:2,5
131:20 135:1
138:12 139:18
**sought** 141:11
**Soul** 18:15 19:5
**sound** 70:14,19
135:16
**sounds** 22:25
35:22,24 42:8
56:22 81:17,23
101:17 128:5
**Southwest** 72:24
90:18 98:17
**speak** 5:14 6:3
34:7,21 75:10
87:15 89:6
109:16 110:12
**speakers** 29:15
**speaking** 29:16
29:18 82:4
90:14 96:4
107:13 109:17
**speaks** 83:2
**specific** 21:13
74:20 95:3
117:1 121:6
142:13,17,21
**specifically** 111:9
128:8
**spell** 4:14 25:4
**split** 41:23
**spoke** 29:10
83:10,12 87:18
88:22 89:10,15
89:18,22,25
115:23 120:11
**spoken** 11:24
12:4,5 13:3,5
15:3,6,8 89:5
**spread** 40:16
**stack** 56:4,5
**standing** 53:21
**standpoint** 71:14
**start** 39:10 92:8
98:1,2
**started** 42:5 65:9
93:13 98:21

**state** 4:14 10:12
146:3 147:2
**stated** 148:20
**statement** 66:6
134:24
**STATES** 1:1
**stating** 123:9
**stay** 91:6 92:23
**staying** 106:22
**stenographic**
147:10
**stenographically**
147:7
**stipulation** 74:21
**stop** 13:16 80:4
83:22
**stopped** 8:23
71:23 76:18
78:8 79:21 86:3
135:18 140:9
**stopping** 17:2,3
**store** 18:1
**straight** 19:13
42:14
**straightforward**
6:9
**strange** 91:17
**stressed** 73:11
**stronger** 16:15
**stuff** 15:1 33:13
42:6 53:22
55:23,25 56:3
62:5 79:24
101:24 102:2
106:2 120:19,19
122:20 136:10
**subject** 64:4,10
**submit** 54:1
**submitted** 55:7
55:13 56:18
60:3 120:21
122:16
**submitting**
101:19
**subtle** 67:6
**sue** 60:5
**suffer** 17:18
**suffered** 10:5
143:3,25
**suffering** 6:1
**suggest** 104:8
**Suite** 2:4,7
**sum** 125:14
**supervisor** 93:16
100:4,19
**supplies** 36:13
**supposed** 35:8
38:2 44:15

57:16 98:2
135:12
**sure** 6:5,18 12:25
14:4 18:19 26:3
34:19 35:9,9
37:15 41:13
42:25 43:19
58:24 66:1 67:1
73:18 76:2,21
82:18 85:21
92:7 93:11,17
103:11 106:11
106:15 114:9,20
120:8 123:4,21
126:21 128:11
128:13 129:7
131:10,11
137:16 138:13
**sustained** 17:13
**swear** 4:3
**swearing** 5:5
**swindled** 34:12
34:13
**sworn** 4:10 146:8
**symbol** 48:22
**Synchrony** 24:22
25:1,3
**system** 98:9 99:3

**T**

**T** 3:11 59:2
**take** 6:17,19 8:17
9:6,8 13:13
15:19,21,21
18:16,20 27:1
30:7 33:2,3,5
37:8,14 40:14
40:15 41:14
51:8,19 62:21
69:1,3,23 71:3
75:11,21 110:7
110:16 114:9
115:3 128:19
129:24 136:24
137:1 138:25
142:7
**taken** 1:14,16,22
4:2 11:14
137:11 140:19
140:21 141:23
145:2 148:4
**takes** 81:20
136:18,18,25
137:5
**talk** 21:14 26:3
30:18 31:4
38:25 50:10
60:2 64:18

73:10 80:22
83:19 86:4 87:6
87:13 93:19
97:2 100:9,13
101:8 104:22,23
116:3 141:15,16
**talked** 29:11
31:20 40:2
43:10,21 57:6
59:19 64:19,20
64:21,22,22,23
65:10,10 66:22
87:24 96:13
111:17 126:7
138:18 139:8
140:10 141:19
143:21 144:8
**talking** 42:5 44:1
67:5 82:8 134:8
**tape** 71:20 72:6
75:8,15 77:3,23
83:4 90:12
92:10 93:8
95:24 105:16
109:14
**taxes** 122:3
**technician** 31:20
32:1 36:7 84:13
89:15 101:5
**technology** 16:7
71:13 74:18
129:19
**telephone** 82:4,8
**tell** 16:19 39:22
42:16 49:16
50:2,18 52:7
54:20 62:18
67:7,10 70:23
76:18 79:24
84:20 101:4
102:20 107:14
108:10,24
110:20 116:6,23
117:11,16,19
118:2,13,16
119:18 121:5,16
127:8,18 128:10
128:11
**telling** 38:8 39:15
65:4 66:19
70:22 86:20
87:11 96:22
97:4 102:11
125:17
**tells** 14:6 125:5
**terms** 4:24 5:12
48:9,12 50:25
**terrible** 41:6

**test** 116:9
**testified** 4:10
133:22
**testimony** 4:4
144:20
**text** 5:12
**thank** 4:8,17 5:7
8:3 16:1 66:3
70:10 71:21
72:7,18,21,23
74:4,24 75:3
77:16,17,24
81:24 93:23
94:1,20,21
96:17,18 100:20
100:21 105:4,9
105:13 106:16
106:17,22,25
107:1,12 117:24
119:12 128:15
132:13 134:11
135:4 144:16,23
**Thanksgiving**
126:20
**they'd** 70:23
111:17 120:19
121:12
**thing** 59:15 66:24
84:14 92:4 97:7
99:11 104:1,2
108:17
**things** 37:11
43:17 99:17
123:21 137:2
**think** 9:25 10:3
11:21 13:1
14:11,14,18,22
14:25 17:13
19:10 31:24,25
37:22 38:20
43:16 44:5,10
44:16 45:6
47:14 49:4,9
54:6,15 55:12
57:25,25 60:7
60:12 61:24
62:13,15 63:14
63:17,25 64:7
65:7 67:5,25
68:2,7,19,19
70:3 75:1,1
78:16 82:19
89:12 91:15
93:5 104:15
108:18 110:22
112:3,21 115:6
115:17 117:4
118:8 123:6

124:1,4,16
125:24 127:24
128:5 130:10,22
131:6,24 132:3
143:3 144:13,22
**thinking** 125:19
**third** 82:21 91:3
92:20
**thirty-five** 69:20
**Thirty-four** 69:18
**Thirty-plus** 19:22
**Thomas** 59:2
**thought** 55:23
56:8,9 65:20
143:8
**threatened**
138:25
**threats** 139:3
**three** 7:19,20,22
7:23,25 8:1 20:1
20:4 21:4,7
22:11 23:11,22
24:2 25:18,25
26:5 27:21
30:14,23 36:16
69:10 70:20
95:4 102:19
116:19 124:25
124:25 128:10
137:11 143:20
**three-way** 100:5
102:19
**three-wheeler**
127:23
**threw** 79:15
**throw** 33:4
**thrown** 122:18
**time** 1:17 4:22,24
27:8,18 40:2
42:7 43:10,18
43:25 48:25
58:19 61:9
62:17 63:4
64:17 65:3 67:2
73:4 75:25
79:13 83:9 90:3
100:12 116:11
128:17 129:9
135:24
**times** 37:5 39:14
56:7 59:18 65:1
70:21 87:5,25
88:5,12,18,19
89:15 95:7
**today** 4:19 5:2 6:2
6:25 7:3 8:25
18:3 48:4 56:13
58:21 59:11

63:25 74:2
90:18 140:5
141:5,21 144:11
144:18
**told** 13:14 25:24
26:15,19,20,25
32:1 33:3 35:18
36:15,23 37:1
37:14,24,25
38:11,25 39:3,9
39:16,17 41:7
49:10 52:8
57:23 58:2,9,9
58:11,13,15
60:16 62:7
69:19,21 78:8
79:2,22 83:20
84:15 86:10,18
86:22,24 89:14
90:4 93:12
95:12 96:25
99:17 100:18
102:18 104:1,1
104:21,25
107:25 108:12
111:5 112:14
113:13 115:12
115:17 116:11
116:18 117:4,6
117:6,13 119:23
122:12 124:8
136:6 143:9
**tonight** 70:8
**tools** 36:13 40:15
**top** 45:14
**topic** 105:2
**touch** 100:6
106:22
**town** 117:22
127:3
**transactions**
126:9 128:3
**transcript** 147:8,9
148:2
**Traveled** 8:5
**treated** 73:12
**treatment** 10:25
11:1 13:8,12
15:12,17 141:12
**treatments** 11:3
**treats** 12:5 13:4
**tricky** 48:16,19
**tried** 67:4 108:17
108:17 116:2
126:10 128:3,19
136:8 143:7
**trouble** 9:19 51:2
62:9 71:16

truck 18:11 27:1
    33:7,9 86:21
    106:6 116:12
    118:22
true 86:13 93:11
    147:10 148:21
trust 135:16
trustworthy 73:8
truth 4:5,5,6 39:23
    128:10,13
truthfully 7:3
try 6:2 41:14,14
    44:17 45:11
    46:7 48:19 67:2
    71:14 81:9
    100:5,14 139:16
    143:13
trying 17:5 64:16
    70:6,7 74:20
    75:23 78:2,22
    118:25
Tues 57:12
Tuesday 1:16
    44:15 55:11,24
    56:1,9 57:15,17
    86:21 148:4
turn 129:15
    130:19
two 7:25 10:21
    15:21 17:12
    20:9 21:3,6
    22:11 23:11,22
    24:2 25:16,18
    25:25 30:14
    36:12,14,16
    42:15 43:2
    69:15 71:18
    82:15 90:9
    137:11 140:12
two-wheeler
    127:24
type 6:4 15:17
    18:10,14 34:3
    81:9,11
types 50:24

U

U.S 2:7
Uh-huh 59:13
    85:14 110:1
unable 95:15
    123:12,15
underneath 57:11
understand 6:24
    14:9,10 28:16
    36:6 59:17,20
    63:9 79:6 98:13
    105:10 143:18

144:6,17
understood 6:14
unintelligible
    73:20 77:4 78:4
    78:8,10,12,20
    79:4 81:16
    83:12,24 84:1,5
    84:13 85:3,17
    85:19 90:24
    91:6 92:16,23
    95:25 97:19,22
    97:24,25 98:11
    99:22,23 105:23
    105:25 106:1,4
    106:13
unit 21:5,16 22:10
    23:6,8 24:18
    27:16,17,18,21
    28:2,14 31:2,13
    31:16,23 32:2,6
    32:8,18,22,25
    33:2,11,19,20
    35:9,21 40:13
    41:20,23 42:1
UNITED 1:1
units 20:25 21:20
untrue 32:9
untruthful 32:25
upcoming 108:4
    108:5
updates 102:10
upset 32:21 34:15
    38:7 40:3 67:3
use 16:8 17:23,25
    121:11,13
utilized 133:11

V

v 148:3
VA 18:2 119:21,22
    120:1 121:12
    141:15
vehicle 18:8,10
    19:1 116:4
    126:8 140:13
vehicles 18:12
    140:9
vent 22:21,23
verbal 44:6,11
verbiage 98:5
verified 80:14
verify 79:16
versus 101:20
veteran 37:7
veterans 37:8
video 1:18 2:3,6
    4:25
visit 28:12 36:8

87:21
void 35:16
voiding 35:25
vs 1:6

W

W-a-l-t-e-r-s 4:16
wait 43:13 47:6
    96:25
waited 96:23
waiting 90:20
    92:12
walk 45:1,7,8,25
walked 18:5 118:4
Walter 75:23
Walters 1:4,13 2:8
    3:4,14 4:9,16,17
    5:9 7:5 30:12
    44:19 45:5 46:1
    46:8,18 47:1
    59:5 69:14 71:7
    72:9,20,23
    73:22 74:9 77:5
    78:15,16 83:17
    83:17,20 84:17
    86:7 90:10,13
    94:25 95:23
    96:10,19 100:25
    105:9 107:7
    109:12,16,18
    113:7 129:24
    130:8 131:20,21
    145:1 148:3,4
    148:23
want 5:3 14:2
    26:3,3 35:14
    38:8 43:11,22
    45:9 60:20 70:5
    73:7 81:3 85:21
    97:2 100:9
    105:24 106:5,5
    106:5,9,10,10
    132:21 133:1
    140:22 142:21
    142:22 144:21
wanted 25:13,22
    30:20 37:7
    72:11 74:22
    102:19 104:25
    107:18 119:20
    138:18 139:14
wanting 11:6
    110:12 119:16
wants 84:17
warranty 35:16,25
    98:20
wasn't 22:22 23:2
    27:4 29:20

39:21 52:22
    67:14 84:12
    103:14 116:11
    116:13 118:19
    122:12,12,13
    124:12 129:18
    136:9,9 138:19
    143:13
watching 52:22
way 48:5 80:3
    81:22 104:12,15
    112:23 131:10
    135:11 141:20
ways 50:6
we'll 21:13 38:19
    51:18 77:10
    81:16 84:19
    85:24 86:1
    119:4,4 131:25
we're 4:19 5:16,16
    37:24 71:11
    74:1 85:21
    106:23 115:19
    132:12 134:10
    138:23,24
we've 20:15,15
    79:8 105:2
    128:1 143:21
    144:8
wearing 17:3
weeks 36:16 62:8
weird 91:23
welcome 45:2,8
    74:5 106:18
went 7:13,13
    26:13 27:6
    36:11 41:19
    42:8 70:7 80:16
    87:5,9,15,18,24
    87:25 88:4,4,10
    88:11,20 99:7
    99:10,25 101:5
    116:8,9 118:23
    119:6 127:4
    135:13
weren't 43:18
    60:12
wheelchair 17:23
    17:24
wife 16:22 18:16
    18:20 20:11
    37:23 136:7
    137:9,18,22,24
wife's 18:13 20:7
    20:9 119:25
    121:13
Winkler 117:23
wiped 40:17

witness 1:22 3:2
    4:7,9 9:25 11:5
    11:12 12:2,9
    13:23 14:2,18
    16:11,19 17:21
    21:18 22:8
    24:22 28:8,16
    29:1 31:10,18
    33:23 34:5,11
    36:10 42:22
    44:5 45:1,23,25
    46:4,9 49:14,22
    50:13,21 51:5,9
    51:13,24 52:15
    52:22 53:3,12
    54:11,23 55:15
    56:20 58:9 60:7
    61:16,20 62:24
    63:12,17 64:3,9
    66:1,9 67:17,23
    68:2 72:1 88:13
    88:15,24 91:13
    91:20 101:23
    103:5,20 104:11
    104:17 108:12
    109:2 110:25
    112:2,16 113:2
    114:14,20 115:6
    115:12,22,25
    118:16 121:9
    123:17 129:2,13
    134:17 135:3
    137:22 140:2,7
    141:7 142:17,24
    143:6 144:3,13
    146:7,9 147:8
woman 29:22
    107:12
wonderful 94:1
wondering 123:5
word 41:15
word-by-word
    66:25
words 6:3
work 8:13,21,21
    9:9 22:12,15
    23:1,15,18,21
    23:23 25:13
    30:20 36:15
    37:23,24 38:9
    39:2,4,7,10 41:6
    41:20 42:5,16
    43:7,10,11,22
    44:2,12 53:6
    57:14,19 59:22
    61:7,10 62:7
    63:3 64:16
    65:19 66:20

68:12,22,25
69:24 78:17
79:11 80:21
84:24,24,25
86:11,15,16
88:3 90:21 91:2
92:13,19 93:9
97:5 98:12,16
98:18 108:13
109:10 110:4
136:5 137:14
138:2,2,3,20
143:10
**worked** 104:6
138:5
**worker** 141:16
**working** 8:14,18
9:5 35:9
**works** 83:16
**worried** 138:15,16
138:23
**worse** 15:16,16
**worsened** 9:22
10:1 12:16,25
13:18 14:15
**worsening** 10:7
13:20
**worthless** 143:7
143:15
**wouldn't** 41:18
118:8 124:9,9
124:11
**wow** 45:15
**WRITE** 148:2
**writing** 46:25
**written** 111:21,25
**wrong** 41:17
48:17 128:6
**wrote** 100:17

_____

**X**

_____
**X** 3:1,11 129:10

_____

**Y**

_____
**yard** 27:2 33:5,14
**yeah** 5:20 7:13,23
8:11 9:15 11:16
13:25 14:4 17:7
17:15 18:23
19:16,24 20:14
23:2,13,13 24:5
25:3,13 26:19
27:9 28:18,18
30:9,25 32:4,23
33:12,16 34:5
34:15 35:18
37:9 40:5,7,21
40:22,24 41:3,5

41:8,22 42:22
42:25 43:8,14
43:19,19 44:14
44:23 45:8 46:7
47:4,8,8,13,13
48:6 50:6,14
51:4,17 52:1,15
53:3 54:6,15
55:19 57:10,16
57:16,17 58:23
59:13,23 61:10
61:18 66:3 67:1
69:16,16,19
70:15,24 71:4
72:1 74:11,24
75:3 76:12,16
77:8,8 78:16
79:14 83:12,14
83:15 84:6,8,22
85:6,18,20 86:9
87:20 88:13,17
91:21,23 93:17
93:19,25 94:7
95:5,8,14 96:13
96:20 97:13
99:7,8,18,21
100:17 101:7,7
101:14 102:17
102:18,22
105:19 106:4,8
106:9 108:3,8
108:12 109:25
110:24 111:11
111:24 113:13
113:15 114:17
115:2,2 116:8
117:10 119:2,4
119:13,19
120:10,23
122:11 123:4
124:3,14 125:8
126:12 128:4
130:2 131:4,9
131:11 132:20
134:1 136:1
137:3 142:4
143:18 144:6
**year** 11:2,15 13:9
13:18 15:13
16:9 28:3,14
34:21 106:6
119:10 138:10
139:10,25
**yearly** 29:4
**years** 7:19,23 8:9
8:11 10:21,21
12:14 17:8,15
19:22,22 20:16

20:16 21:4,4,7
22:11 23:12,22
23:24 24:2
25:16,18 26:1,5
27:19,21 30:14
30:23 95:4
117:23 137:8,9
137:11
**yesterday** 72:10
**Youngstown** 7:11

_____

**Z**

_____
**Zoom** 76:5 91:12
93:4

_____

**0**

_____

_____

**1**

_____
**1** 2:7 3:15 46:14
46:15 57:4,7
72:5 75:6
110:10 131:17
133:1
**1:12** 105:7
**10** 17:10
**10/23/18** 57:12
98:2
**10:07** 30:10
**10:16** 30:10
**11/7/18** 75:7
**11:24** 71:5
**11:34** 71:5
**11:41** 76:9
**11:42** 76:9
**12** 17:10
**12:14** 105:7
**146** 3:6
**147** 3:7
**148** 3:8
**15** 56:7
**16th** 107:6
**17** 7:14,14 19:11
**18** 97:25
**19** 120:10
**1951** 7:6
**1988** 19:23
**1999** 8:14
**19th** 105:18 146:9
147:17
**1st** 7:6

_____

**2**

_____
**2** 75:14 90:10
**2:17** 142:11
**2:19-CV-70-FT...**
1:6 148:3
**2:20** 142:11
**2:23** 1:17 145:3

**20** 8:9 51:14 56:7
**2005** 18:11,25
19:2 129:10
**2008** 70:18
**2009** 119:9
**201** 2:7
**2015** 18:15
**2017** 21:9 129:4
**2018** 21:9 28:11
28:22 70:12
72:5 90:11 95:5
95:23 102:25
107:6 119:17
126:16 128:20
128:24
**2019** 109:13
119:11,12,13
120:9,21 121:3
**2020** 1:16 146:9
147:17 148:4
**21** 8:11
**22** 8:11
**239** 73:25
**26th** 109:13

_____

**3**

_____
**3** 77:21 95:23
**30** 7:20 23:24
51:14 65:1
105:20
**30-some** 20:15
**314** 94:10,11
**32** 19:22,22
**33408** 2:7
**34** 20:2
**35** 20:2 25:23
**37** 20:16

_____

**4**

_____
**4** 3:5 83:1
**40** 65:1
**45** 17:15
**4588** 94:12,13
**46** 3:15

_____

**5**

_____
**5** 131:17 132:4
**5,000** 37:2 65:20
**5,500** 48:22
**50** 17:15 38:2
39:21 52:8
65:15,24 66:6
**500** 2:4
**543-2415** 73:25
**5500** 65:21
**564** 110:10

_____

**6**

_____

**6** 107:7 130:19
131:2
**600s** 124:19,22
125:6,21
**63105** 2:4
**68** 109:24
**69** 41:12

_____

**7**

_____
**7** 72:5 90:11 95:5
95:23 102:25
**7,000** 25:16
**72** 8:12,12
**721** 2:7
**73** 8:12,12,22
**7456392** 72:17
**7500** 24:10
**7701** 2:3
**7th** 70:12,18

_____

**8**

_____
**8** 109:12
**8:00** 57:23
**822-3446** 110:10
**888** 94:8,9
**8912** 72:22

_____

**9**

_____
**9** 1:16 148:4
**9:24** 1:17 4:2
**9431** 19:18
**99** 8:22,25 90:3

000169

14365

# FASTAC
Faster Air Supplies & Technical Services, Inc.

If you're **HOT**, think **FAST!**

**TECHNICIAN NAME:** Mike

**(239) 362-0074**
office@fastairswfl.com
LIC# CAC-1818724
4400 Cleveland Avenue
Fort Myers, FL 33901

## CONTACT INFORMATION

| | | |
|---|---|---|
| **NAME** | | **AIR HANDLER** MU4H4036A1C00AA |
| **ADDRESS** | ...er Ln | **CONDENSER** 1727/0287n |
| **CITY/STATE/ZIP** 33917 | | |
| **PHONE** ...2415 | | |
| **EMAIL** | | **UNIT YEAR**    **SEER** |

## INSPECTION DETAILS

**CONDENSER:**
Compressor FLA 16.7
Compressor Amps 14.40
Cond Fan FLA 1.0
Fan Amp .53
Lubricate Fan Motor Sealed
Suction Press ok
Discharge Press ok
Coil Condition ok
Contactor Points ok
Relays ok
Time Delay ok
Capacitors ok
Start Assist
Refrigerant Added —
SEER

**MISCELLANEOUS:**
Unit Cleanliness ok
Cabinets Rusting? NO
Calibrate T-Stat NA
Condensate Pump NA
Electrical Connections ok
Temp Drop Cross Coil low
Surge Arrestor
Date Last Serviced 6/mo
Electric Bill $
**INDOOR AIR QUALITY:**
Ductwork Condition Poor
Ductwork Age Original
UV Light ok
UV Bulb # ok
Filter Media none

**EVAPORATOR:**
Evap Fan FLA
Fan Amps ok
Microbe Growth? NO
Blower Condition ok
Sanitized yes
Filter ok
Drain Line & Pan Tabs
Float Switch ok
**ELECTRIC HEAT:**
Kilowatts ok
Element #1
Element #2
Element #3
Breakers ok

## INVOICE NOTES & APPROVAL

Found old ductwork in poor condition and undersized.
Discussed repair/replace options. Customer agrees to
complete duct replacement for efficiency and
reliability at discounted price of $5500 & Price
includes all tax, labor, permit.

**TOTAL $:** $5500

**DEPOSIT PAID:**

**ON COMPLETION:**

**TODAY'S DATE:** 10/19/18

**PAYMENT INFO**

**SIGNATURE**

**EXHIBIT**
Walters Exhibit 1
exhibitsticker.com

*By signing this document, you agree to all of the terms and conditions on attached/back page(s).*

Document Version: 1709



**500599**

000174

**TECHNICIAN NAME:**

*Mike*

**(239) 362-0074**
**office@fastairswfl.com**
LIC# CAC-1818724
4400 Cleveland Avenue
Fort Myers, FL 33901

## CONTACT INFORMATION

| | |
|---|---|
| **NAME** *Gary Walters* | **AIR HANDLER** |
| **ADDRESS** *8421 Heather Ln* | |
| **CITY/STATE/ZIP** *NFM 33917* | **CONDENSER** |
| **PHONE** *543-2415* | |
| **EMAIL** | **UNIT YEAR**          **SEER** |

## WORK DETAILS

*FASTAC agrees to remove the exhisting*
*deteriorated old ductwork and upgrade to*
*all new ductwork for efficiency + reliability.*
*Customer agrees @ $5500⁰⁰ Financed through FTL.*

[hand-drawn floor plan diagram with rooms labeled: Office, Bath, Bed, Master, Liven, and various boxes with S markings]

*Installation Tues 10/23/18*

**TOTAL $:** *$5500*
**DEPOSIT PAID:**
**ON COMPLETION:**
**TODAY'S DATE:** *10/18/18*

**PAYMENT INFO**

**SIGNATURE** *F Walters*

*By signing this document, you agree to all of the terms and conditions on attached/back page(s).*

Document Version: 1709