# EXHIBIT 9

DocuSign Envelope ID: 1A9A8C84-35FB-458B-8008-FEFCA653BDF3

Dealer Name: **Fast AC SWFL**

Initial Sale $ 5,500.00     Down Payment $ _____

Your Minimum Monthly Payment will be 5% of the "Highest Monthly Charge" balance since your Monthly Charge Balance was zero (less any Special Payment Plans) as will be shown on your billing statement, rounded to the next highest dollar, or $35, whichever is greater. A finance charge will be computed on your outstanding balance each month.

In this Agreement "you" and "your" refer to all persons applying for credit and "we", "us", and "our" refer to Dealer and its assigns.

## CUSTOMER CREDIT APPLICATION

### APPLICANT INFORMATION (Please Type or Print Clearly)

☐ Own  ☐ Rent     Mobile Home?    ☐ Yes ☐ No

Social Security Number          Driver's License Number

| First Name | Middle | Last Name |
|---|---|---|
| gary | | walters |

Home Phone Number: ( 239 ) 5432415
Cell or Pager Number: ( 239 ) 5432415

Date of Birth: __ / __ / 1951
E-mail address: pop8912@aol.com

Current Address: 9431 heather ln,    Apt #

| City | State | Zip |
|---|---|---|
| ft myers | FL | 33917 |

Monthly Rent or Mortgage Payment: $ 850

### APPLICANT EMPLOYMENT INFORMATION

Present Employer: _____    Self-Employed? YES / NO

Position: _____    How long? (month/Year): 0

Business Phone: ( ) 5432415    Gross Monthly Income: $ 46800

### JOINT APPLICANT INFORMATION  ☐ Spouse  ☐ Non-spouse

Social Security Number          Driver's License Number

| First Name | Middle | Last Name |
|---|---|---|
| | | |

Home Phone Number (if different from Applicant): ( ) - 
Cell or Pager Number: ( ) -

Date of Birth: 01 / 01 / 1970    E-mail address:

Current Address ☐ Same as Applicant (if not, please provide below)

| City | State | Zip |
|---|---|---|
| | | |

Employer:

Position:     Gross Monthly Income: $

Business Phone: ( ) -     How long?(Month/Year):

OTHER INCOME SOURCES (family support income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation)

| | |
|---|---|
| Domestic partner/Spouse (not on application) | $ |
| Retirement/SSI | $ |
| Rental Income | $ |
| Investments | $ |
| Other (List Type:        ) | $ |

### PERSONAL REFERENCE (not living with you)

Name:
Relationship:    Phone Number: ( ) -

---

Please select one:     Product Code: **ER149**

☒ Regular Financing
☐ (6) Six month no interest financing (if applicable)
Interest will be charged to your account from the date of purchase if the purchase balance is not paid in full within six months. Minimum payments required see application for details.

☐ (12) Twelve month no interest financing (if applicable)
Interest will be charged to your account from the date of purchase if the purchase balance is not paid in full within twelve months. Minimum payments required see application for details.

Based on the program selected above, I am agreeing to the interest rate of: **14.99%**     *GW* Customer Initials

*Completed by contractor using current FTL ESC Card Rate Sheet

By signing this application: 1) you warrant all information you provide is true and complete; 2) you authorize Dealer to assign this application to FTL Capital, LLC d/b/a FTL Finance or its assigns; 3) you authorize a full investigation and release of any records from any source, including credit bureau reports, to check the accuracy of information on this application; and 4) you consent to receiving autodialed message calls from us or our agents on your wireless phone. You have a continuing duty to keep us informed if any information on this application changes. By completing and signing this application you understand that you have requested that we open a revolving credit account which allows you to make credit purchases on account as evidenced by a revolving credit sales slip, and you agree to all the terms and conditions of this Revolving Credit Agreement. By your signature you acknowledge that you have received and read all the terms of this Agreement before making any purchases on the account. IF THIS IS A JOINT ACCOUNT YOU UNDERSTAND THAT EACH APPLICANT HAS THE RIGHT TO USE THE ACCOUNT TO THE CREDIT LIMIT AND THAT CO-APPLICANTS ARE JOINTLY AND SEVERALLY LIABLE FOR ALL PURCHASES ON THE ACCOUNT. See State Notices for important information regarding this credit application and agreement. No agreement exists between us until this application is approved.

DO NOT SIGN BELOW UNLESS MERCHANT HAS PROVIDED THE ATTACHED DISCLOSURES AND TERMS. BY YOUR SIGNATURE BELOW YOU ACKNOWLEDGE RECEIPT OF THE ATTACHED REVOLVING CREDIT AGREEMENT.

| DocuSigned by: *gary walters* —AF3161E40D41403... | 10 / 19 / 2018 |
|---|---|
| Applicant Signature | Date |
| | 10 / 19 / 2018 |
| Joint Applicant Signature | Date |

**NOTICE TO WISCONSIN APPLICANTS:** No provision of a marital property agreement, a unilateral statement under Wis. Stats. §766.59, or a court decree under Wis. Stats. §766.70 adversely affect the interest of the creditor unless the creditor is furnished a copy of the decree, agreement, statement, or has actual knowledge of the adverse provision prior to the time credit is granted. You must supply us with your spouse's name and address in the Spouse/Joint Applicant section above so we can give notice of this credit transaction by mailing a copy of this application. If you are married, you agree that this obligation is incurred in the interest of marriage or family.

Applicant Signature _____

**CREDIT REPORT NOTICE:** We may request a credit report for any legitimate purpose associated with your application for credit, extending credit, modifying the terms of your credit agreement, or collection on your account. On your request we will inform you if such a report was ordered and will give you the name and address of the credit reporting agency that furnished the report.

**NOTICE:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with the law concerning this creditor is the Federal Trade Commission.

<u>Delaware residents</u>: Service charges not in excess of those permitted by law will be charged on the outstanding balances from month to month.

<u>Maryland residents</u>: Finance charges will be made in amounts or at rates not in excess of those permitted by law.

FTL-00001

FTL FINANCE OFFICE COPY
DocuSign Envelope ID: 1A9A8C84-35FB-458B-8008-FEFCA653BDF3

IMPORTANT INFORMATION ABOUT YOUR ACCOUNT
KEEP THIS INFORMATION FOR YOUR RECORD

## REVOLVING CREDIT AGREEMENT AND DISCLOSURE STATEMENT

Dealer may assign all rights under this Agreement and any credit sale made pursuant to it (as evidenced by a revolving credit sales slip) to FTL Capital, LLC d/b/a FTL Finance (FTL)

| Interest Rates and Interest Charges | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | **17% - 23.99%** (APR Varies By State. See table below for applicable rate in your state *) |
| Penalty APR and When it Applies** | **26%** (see table below for applicability in your state**) This APR may be applied to your account if you do not make a minimum monthly payment within 60 days of the due date. **How Long Will the Penalty Rate Apply?**: The Penalty APR will continue unless you make the first six consecutive minimum monthly payments when due following the effective date of the rate increase. |
| Paying Interest | Finance Charges begin on the date a purchase is posted to your account, except in states requiring a grace period, in which case your due date is at least 25 days after the close of each billing cycle and we will not charge you interest if you pay your entire balance by the due date. |
| Minimum Interest Charge | If you are charged interest, the charge will be no less than $0.50. |
| For Credit Card Tips from the Federal Reserve Board | To learn more about factors to consider when applying for or using a credit card, visit the Federal Reserve Board's website at www.federalreserve.gov/creditcard. |
| Fees | |
| Penalty Fees •Late Payment •Returned Payment | Fees Vary By State **Up to $35** See Paragraph 11 of Agreement **Up to $30** See Paragraph 12 of Agreement |

**How We Will Calculate Your Balance:** We use a method called the "Average Daily Balance (including new purchases)." See your account Agreement for more details.

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in your account agreement.

This information is accurate on the date of your application and initial purchase. If any of this information changes you will be notified at least 45 days prior to any change and how to contact us regarding any change. All terms are subject to change.

| * State APR Rates | |
|---|---|
| **17%** | Arkansas |
| **23.99%** | All other states |

** The penalty APR rate does not apply in the following states: Arkansas, Colorado, Connecticut, Delaware, Florida, Illinois, Kansas, Louisiana, Maine, Massachusetts, Michigan, Minnesota, Nebraska, North Carolina, Oklahoma, Pennsylvania, Rhode Island, South Carolina, Texas.

1. **GENERAL:** If your credit application is approved and we open a revolving credit account for you, you may purchase household goods and services on credit from the dealer where you opened your account. Purchases are pursuant to a revolving credit sales slip and you agree that all sales are subject to the terms of this Agreement.

2. **PROMISE TO PAY:** You agree to pay for all purchases made on your account, FINANCE CHARGES, and other applicable charges or fees under this Agreement incurred by you or anyone you authorize or permit to use your account. If this account is a joint account, each joint account holder agrees to pay, and all account holders are jointly and severally responsible for all amounts owed on the account. If your account is referred for collections to an attorney who is not our salaried employee, you agree to pay reasonable attorney fees and reasonable collection costs to the extent allowed by law in your state. If your state does not allow attorney fees (IA, ME, OH, and WI), you agree to pay any statutory attorney fees and costs that may be awarded to us by a court of law.

3. **CREDIT LIMIT:** We set a credit limit on your account which we may modify at any time for any reason not prohibited by law. You may not charge purchases if it causes you to exceed your credit limit unless we allow such purchases. You agree to pay all amounts over your credit limit.

4. **BILLING STATEMENT:** We will mail you a statement each month you have an account balance greater than $1.00 at the address we have in our records. This statement will show credit purchases, late charges, NSF fees, previous balance, new balance, payments received, credits, **FINANCE CHARGES**, total minimum payment due, and payment due date.

5. **MINIMUM MONTHLY PAYMENT:** All payments, except disputed payments, must be mailed or delivered to the Payment Processing Center address shown on your monthly billing statement. All payments must be made by electronic fund transfer, check or money order. Do not send cash. Cash or other nonconforming methods of payment may by rejected. We may accept partial or late payments or checks marked "payment in full" or other restrictive endorsement without losing our right to receive the full amount owed. Your billing statement will include requirements for you to follow in making payments. Disputed payments, including those which indicate that the payment constitutes "payment in full" of the amount owed, must be mailed or delivered to the Customer Service address listed below. You agree to pay us at least the Total Minimum Monthly Payment reflected on your statement. You may pay more than the Total Minimum Monthly Payment and you may pay the entire amount due at any time. The Total Minimum Monthly Payment Due shown on your billing statement will be the sum of the Minimum Monthly Payment plus all past due amounts, late fees, and other charges. The Minimum Monthly Payment is calculated at the end of the first month in which you make a purchase, and will be calculated each month in which you make an additional purchase. Your Minimum Monthly Payments will be 5% of the "Highest Monthly Charge" balance since your Monthly harge Balance was zero, less any Special Payment Plans as shown on your billing statement rounded to the next higher dollar, or $35, whichever is greater, unless your account balance is less than $35 in which case the Minimum Monthly Payment will be equal to the account balance. You agree that any payment may be returned if your check is (i) not drawn in U.S. dollars on funds on deposit in the U.S.; (ii) missing a signature; (iii) drawn with different numeric and written amounts; (iv) contains a

FTL-00002

restrictive endorsement; (v) postdated; or (vi) not paid on presentment.

6. **ELECTRONIC FUND TRANSFER:** When you provide a check, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the transaction as a check. When we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you may not receive your check back from your financial institution. If there are insufficient funds in your account you authorize us to charge an NSF Fee as indicated below and collect that amount through an electronic fund transfer from your account.

7. **PREPAYMENT:** You may pay your entire account balance at any time without penalty. If you do not pay the entire balance in full, you must make a minimum payment each month by the payment due date that appears on your billing statement. Under federal law, we are not required to refund any amounts less than $1.00.

8. **FINANCE CHARGE:** **FINANCE CHARGES** begin the date a purchase is posted to your account and accrue as long as your account has a balance, except in states with a mandatory grace period. The **FINANCE CHARGE** is computed by applying a daily periodic rate of .04658% (corresponding to an annual percentage rate of 17%) or a periodic rate of .06573% (corresponding to an annual percentage rate of 23.99%) to the daily balance. The daily balance is calculated by taking the beginning balance in the account each day, adding any new charges and subtracting payments and credits. The **FINANCE CHARGE** is calculated by (i) taking each daily balance, (ii) multiplying that daily balance by the applicable daily periodic rate, (iii) adding together the resulting amounts for each day in the billing cycle. The total periodic **FINANCE CHARGES** for the billing cycle is the sum of the periodic **FINANCE CHARGES** for each purchase type rounded to the next highest cent. Any Daily Balance less than zero will be treated as zero. A minimum **FINANCE CHARGE** of no less than $0.50 is added to your account in any billing cycle your account is subject to a **FINANCE CHARGE**, except in states where prohibited by law. The grace period is 25 days in Louisiana, Maine, Maryland, Massachusetts, Mississippi, & North Carolina, and 30 days in Nebraska & Vermont on new purchases where you account balance is $0 or you have paid your previous balance due in full by the end of the billing cycle.

9. **DEFAULT:** You are in default if: (a) you fail to make a required payment when due on two occasions in any 12 month period; (b) you fail to observe or perform any of the other covenants or duties contained in this Agreement if the failure materially impairs the condition, value or protection of our right in any Collateral, or materially impairs your ability to pay any amounts on your billing statement when due. You will receive a Notice of Right to Cure in the following states: Colorado, Iowa, Kansas, Maine, Massachusetts, Nebraska, Pennsylvania, and Wisconsin. If you fail to cure within the time allowed in your notice or within 30 days if you live in a state with no notice requirement, we may accelerate your balance.

10. **SPECIAL CREDIT PROMOTION PLANS:** We may occasionally offer special credit promotion plans for you to participate in at your option.

11. **LATE FEE:** If your payment is more than 10 days late (15 days in Maine, Massachusetts, Idaho, or South Dakota), you may be charged a late fee up to the amount indicated below for your state of residence. The late fee will be added to your account balance.

| KS & MO if payment due is less than $25 | $5 |
| AK, AR, CA, FL, KS, MO, MT, NJ, OH, RI, SD, TN | $10 |
| CO, IN, IA, MS, NV, NH, NY, ND, OR, VT, WA, WI | $15 |
| GA | $25 |
| MN -$7.28 maximum; NC -$6 maximum | 5% of payment due |
| AL, KY & WY -$10 minimum; ID & MI -$15 minimum; HI, VA | 5% of payment due; $35 maximum* |
| UT | 5% of payment due; $30 maximum* |
| NE | 5% of payment due; $25 maximum |
| OK ($5 minimum), TX, D.C. | 5% of payment due; $15 maximum |
| AZ, CT, IL, LA, MD, ME | 5% of payment due; $10 maximum |
| NM, PA, SC | 5% of payment due; $5 maximum |
| MA | 10% of payment due; $10 maximum |

($25 maximum-first occurrence in more than 6 months.)

12. **RETURNED PAYMENT/NSF FEE:** If any payment instrument or method is dishonored by your bank or the drawee, you agree to pay and NSF fee up to the amount indicated below for your state of residence. If required by your state, you will receive a notice with instructions about the NSF service or collection fees, and if you fail to pay the fee we will add it to your account balance. We are not required to present payment instructions more than once to the drawee for payment. This fee will be added to your account balance.

| MA, ME, AZ (greater of $10 or bank fee) | $10 |
| CA, MS, MO | $10 |
| CT, D.C., ID, IA, MN, NJ, NY, OH, PA, UT, VT | $20 |
| AR, CO, FL, IL, IN, KY, LA, MI, NV, NH, NM, NC, OK, OR, RI, TX, WI | $25 |
| AL, AK, GA, HI, KS, MT, ND, SC, SD, TN, VA, WA | $30* |

*($25 maximum-first occurrence in more than 6 months.)

13. **ACCOUNT INFORMATION:** You authorize us to furnish information about your account to credit reporting agencies and anyone else who may lawfully receive such information. On request, you agree to promptly provide us with accurate and updated financial and employment information. You agree to give us prompt notice of any change in your name, address, and telephone numbers. Where allowed by law, you authorize the Department of Motor Vehicles to release your address if it becomes necessary to locate you.

14. **CHANGE IN TERMS:** We may change the terms of this Agreement, as permitted by law, at any time. You will be notified of changes in accordance with applicable state and federal law, but in the event your state does not specify a time period, you will be notified at least 45 days in advance of any such changes, and such notice will be sent to your current address as shown on our records for your account. We count the days from the date we mail the notification.

15. **CREDIT INVESTIGATION:** You agree we may investigate your credit, employment, and financial status. You authorize us to obtain a credit report and any other information about your creditworthiness in connection with processing your application for credit, and subsequently in connection with any extension of credit, request to increase credit limits, or any renewal or update of your account, or to take collection action on the account, or to investigate disputes regarding the account. At your request, we will inform you if such reports were ordered, and the names of the credit bureaus that provided reports. You authorize the Department of Defense and its various departments and commands to verify your social security number or other identifier and disclose your home address to the authorized holder of this Agreement for purposes of performing or enforcing the terms of this Agreement. You authorize any past or present employer to confirm employment or communicate with us regarding your indebtedness to us if you fail to meet the terms and conditions of this Agreement. We use information furnished solely in connection with performing or enforcing the terms of this Agreement.

16. **ACCOUNT CANCELLATION:** We may cancel your account at any time for any reason subject to the requirements of applicable law. Outstanding balances continue to accrue **FINANCE CHARGES** until paid in full, and remain subject to all terms and conditions of this Agreement. You may cancel your account by writing to our account service provider FTL Capital, LLC d/b/a FTL

FTL FINANCE OFFICE COPY
DocuSign Envelope ID: 1A9A8C84-35FB-458B-8008-FEFCA653BDF3

Finance, 120 S. Central Ave, Suite 1000, St. Louis, MO 63105. Your notice is effective on receipt. If you cancel your Account, you are still responsible for all amounts owed pursuant to the terms of this Agreement.

17. **ASSIGNMENT**: This Agreement is not effective until your application has been approved by FTL. We have the right to assign any or all of our rights under this Agreement to any assignee of our choosing. You may not assign this Agreement or any rights under it and any attempt to make such an assignment will be null and void. You understand that Dealer and FTL are independent entities and not employees or agents of one another. This Agreement legally binds the parties and their respective heirs, representatives, executors, administrators, successors and assigns.

18. **SEVERABILITY**: If any provision of this Agreement is deemed void or unenforceable under any law, rule, or regulation, all other provisions remain in effect and enforceable.

19. **NON-WAIVER**: We do not lose any of our rights under this Agreement if we delay taking action for any reasons.

20. **REPRESENTATION**: You swear that all the information you supplied on your credit application and all the information on each revolving credit sales slip is and will be true, correct, and accurate. Any false, incorrect, or misleading information you knowingly supply is a deliberate misrepresentation.

21. **STATE LAW RESIDENT NOTICES**:
**CALIFORNIA STATE NOTICE**: Applicants may 1) use the credit account up to its credit limit after credit approval; 2) be liable for amounts extended under the plan to any joint applicant. A negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**COLORADO RESIDENTS**: Warning: The terms of this revolving charge account may be changed, whether or not authorized by agreement, in accordance with the Colorado UCCC and other applicable law.

**DELAWARE**: Service charges not in excess of those permitted by law will be charged on the outstanding balances from month to month.

**ILLINOIS**: No applicant may be denied a credit card on account of race, color, religion, national origin, ancestry, age (between 40 and 70), sex, marital status, physical or mental handicap unrelated to the ability to pay or unfavorable discharge from military service. The applicant may request the reason for rejection of his or her application for a credit card. No person need reapply for a credit card solely because of a change in marital status unless the change in marital status has caused deterioration in the person's financial position. A person may hold a credit card in any name permitted by law that he or she regularly uses and is generally known by, so long as no fraud is intended thereby.

**MAINE**: We may request a consumer report in connection with your application for credit. You may ask whether a consumer report was obtained by us and we will tell you the name and address of the consumer reporting agency, if a report was obtained. Charges incurred by use of your card are due and payable on receipt of your monthly statement.

**MARYLAND**: Finance charges will be made in amounts or at rates not in excess of those permitted by law. You may pay the entire balance at any time without incurring additional charges for prepayment.

**VERMONT**: We may obtain your credit reports at any time, for any legitimate purpose associated with the account or the application or request for an account, including but not limited to reviewing, modifying, renewing and collecting on your account. On your request we will inform you if such a report was ordered. If so, we will give you the name and address of the consumer reporting agency furnishing the report.

**OHIO**: Ohio anti-discrimination laws require creditors to make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on individuals upon request. The Ohio Civil Rights Commission administers these laws.

**TEXAS**: To contact FTL about this account call 888-314-4588. This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 N. Lamar Blvd., Austin, Texas 78705. Phone 512-936-7600. Contact the commissioner relative to any inquiries or complaints.

22. **SECURITY AGREEMENT**: You grant us a purchase money security interest under the Uniform Commercial Code in each household good purchased on account to the full extent permitted by law. To the extent allowed by law, you will pay all official fees and taxes, and on request, take any reasonable action requested by us to preserve the collateral or to establish, determine priority of, perfect, continue perfected, terminate or enforce our interest in it or rights under this agreement. If you do not make payments as agreed, this security interest allows us to take actions in accordance with state laws governing the enforcement of security interests in collateral. You further agree to keep the goods installed at the address on the credit application and to not remove or materially alter them without our written consent. You may lose the goods you purchased if you do not meet your obligations under this agreement.

23. **NOTICE**:

> ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT TO THIS AGREEMENT OR WITH THE PROCEEDS FROM IT. DEBTOR'S RECOVERY UNDER THIS AGREEMENT MAY NOT EXCEED THE AMOUNT OF CREDIT OUTSTANDING.

**Arizona residents** - You must give us notice of your claim or defense in writing by certified mail within 90 days of receiving any goods or you may waive the right to set-offs or defense against assignee if assignee provides you a notice of your rights and you fail to exercise those rights pursuant to the terms of the notice. **Iowa residents** - You must give assignee notice within 30 days of assignment to assert claims and defenses against assignee. **Oklahoma & South Dakota residents** - You waive the right to bring a claim or defense against assignee if assignee provides you a notice of your rights and you fail to exercise those rights pursuant to the terms of the notice. **Wisconsin residents** - You waive the right to bring a claim or defense against assignee after 12 months if assignee provides you a notice of your rights to do so and you fail to exercise those rights pursuant to the terms of the notice of assignment. This waiver is in accordance with section 422.407 (4) of the Wisconsin Consumer Act. **Wyoming residents** - You waive the right to bring a claim or defense against assignee for 45 days after assignment if assignee provides you a notice of your rights and you fail to exercise those rights pursuant to the terms of the notice.

24. **CUSTOMER SERVICE**: Direct all inquiries concerning your account to:

FTL Capital, LLC d/b/a FTL Finance
120 S. Central Ave, Suite 1000
St. Louis, MO 63105
or

call Customer Service at telephone number 888-314-4588.

25. **BILLING RIGHTS NOTICE**:

<u>Your Billing Rights: Keep this Document for Future Use</u>

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

<u>What To Do If You Find A Mistake On Your Statement</u>

If you think there is an error on your statement write us at:

FTL Capital, LLC d/b/a FTL Finance
ATTN: Customer Service Dept.
120 S. Central Ave, Suite 1000
St. Louis, MO 63105

In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- within 60 days after the error appeared on your statement.

4

- At least 3 business days before an automated payment is scheduled if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

### What Will Happen After We Receive Your Letter

**When we receive your letter, we must do two things:**

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.

2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**After we finish our investigation, one of two things will happen:**

- *If we made a mistake*: You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we did not believe there was a mistake*: You will have to pay the amount in question along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you may write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of any one to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow the rules above, we cannot collect the first $50 of the amount you questioned amount, even if your bill was correct.

### Your Rights If You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services).

2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.

3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at:

> FTL Capital, LLC d/b/a FTL Finance
> ATTN: Customer Service Dept.
> 120 S. Central Ave, Suite 1000
> St. Louis, MO 63105

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

Note to all Buyers: Finance Charges will be made in amounts or at rates not in excess of those permitted by law. You have the right to pay in advance the full amount due.

NOTICE TO BUYER: 1) DO NOT SIGN ANY PART OF YOUR REVOLVING CREDIT AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. 2) YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF ANY AGREEMENT WHEN YOU SIGN IT. 3) A FINANCE CHARGE WILL BE COMPUTED ON THE OUTSTANDING BALANCE EACH BILLING PERIOD IN ACCORDANCE WITH THE RATES ABOVE. 4) YOU MAY PAY YOUR TOTAL UNPAID BALANCE AT ANY TIME.

Dealer Name: Fast AC SWFL

Authorized Representative: _____ (DocuSigned by: 9A9FE457A2A340D...)

Address: 4400 Cleveland Ave
Fort Myers, FL 33901

Upon the signature below by an authorized representative, this Agreement is hereby assigned to FTL Capital, LLC d/b/a FTL Finance

By: _____

Name: _____

Its: _____
_____

ftl finance.

| Installed Equipment Information |
| --- |
| Brand: Service Only |
| Make: _____ |
| Model Number: _____ Serial Number: _____ |
| Brand: _____ |
| Make: _____ |
| Model Number: _____ Serial Number: _____ |
| Brand: _____ |
| Make: _____ |
| Model Number: _____ Serial Number: _____ |
| Service Work Description: _____ |
| _____ |
| DocuSigned by: *gary walters* AF3161E40D41403... |
| Customer Signature                     Date |

FTL FINANCE OFFICE COPY
DocuSign Envelope ID: 1A9A8C84-35FB-458B-8008-FEFCA653BDF3

Account Number: 1135545

Customer Name: gary walters

Contract Date: 10-19-2018

Location of Equipment/Service: 9431 heather ln
ft myers, FL, 33917

I certify that the work and/or services under the above referenced contract, including all amendments thereto, has been satisfactorily completed. I acknowledge that all services have been satisfactorily performed and any equipment or materials that were supplied or products received were found to be acceptable. I understand that FTL Finance is NOT responsible for service or repair to the equipment or work that was performed to the location referenced above.

I authorize FTL Finance to pay contractor the amounts indicated under the contract.

DocuSigned by:
*gary walters*
AF3161E49D41493
Applicant Signature

FTL-00006



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 1A9A8C8435FB458B8008FEFCA653BDF3 | | Status: Completed |
| Subject: Signature required for your FTL Loan | | |
| Source Envelope: | | |
| Document Pages: 13 | Signatures: 5 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 1 | FTL Finance |
| AutoNav: Enabled | | 820 S. Main Street |
| EnvelopeId Stamping: Enabled | | St. Charles, MO  63301 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | funding@ftlfinance.com |
| | | IP Address: 208.66.134.72 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>           10/19/2018 10:00:48 AM | Holder: FTL Finance<br>              funding@ftlfinance.com | Location: DocuSign |

## Signer Events | Signature | Timestamp

**Fast AC SWFL**
office@fastairswfl.com
Security Level: Email, Account Authentication
(None)

[Signature: 9A9FE457A2A340D...]

Signature Adoption: Drawn on Device
Using IP Address: 174.227.11.206
Signed using mobile

Sent: 10/19/2018 10:00:49 AM
Viewed: 10/19/2018 10:10:22 AM
Signed: 10/19/2018 10:10:43 AM

**Electronic Record and Signature Disclosure:**
   Accepted: 10/19/2018 10:10:22 AM
   ID: 4e65cfca-ebf4-4351-9407-67de4983a292

gary walters
pop8912@aol.com
Security Level: Email, Account Authentication
(None), Authentication

[Signature: gary walters — AF3161E40D41403...]

Signature Adoption: Pre-selected Style
Using IP Address: 71.215.42.213

Sent: 10/19/2018 10:10:44 AM
Viewed: 10/19/2018 10:19:18 AM
Signed: 10/19/2018 10:20:25 AM

**Authentication Details**
ID Check:
      Transaction: 23020941402331
      Result: passed
      Vendor ID: LexisNexis
      Type: iAge
      Recipient Name Provided by: Recipient
      Information Provided for ID Check: Address, SSN9, SSN4, DOB
      Performed: 10/19/2018 10:17:46 AM

ID Check:
      Transaction: 23020941501683
      Result: passed
      Vendor ID: LexisNexis
      Type: iAuth
      Recipient Name Provided by: Recipient
      Information Provided for ID Check: Address, SSN9, SSN4, DOB
      Performed: 10/19/2018 10:18:59 AM

Question Details:
   passed   corporate.association.real
   passed   vehicle.association.real
   passed   individual.height.real

**Electronic Record and Signature Disclosure:**
   Accepted: 10/19/2018 10:19:18 AM
   ID: 50864311-52c2-4497-a26f-ab81f0dedc2b

## In Person Signer Events | Signature | Timestamp

## Editor Delivery Events | Status | Timestamp

FTL-00023

| Agent Delivery Events | Status | Timestamp |
|---|---|---|
| **Intermediary Delivery Events** | **Status** | **Timestamp** |
| **Certified Delivery Events** | **Status** | **Timestamp** |
| **Carbon Copy Events** | **Status** | **Timestamp** |
| **Notary Events** | **Signature** | **Timestamp** |
| **Envelope Summary Events** | **Status** | **Timestamps** |
| Envelope Sent | Hashed/Encrypted | 10/19/2018 10:10:44 AM |
| Certified Delivered | Security Checked | 10/19/2018 10:19:18 AM |
| Signing Complete | Security Checked | 10/19/2018 10:20:25 AM |
| Completed | Security Checked | 10/19/2018 10:20:25 AM |
| **Payment Events** | **Status** | **Timestamps** |
| **Electronic Record and Signature Disclosure** | | |

FTL-00024

Electronic Record and Signature Disclosure created on: 1/16/2014 7:01:37 AM
Parties agreed to: Fast AC SWFL, gary walters
Case 2:19-cv-00070-JLB-MRM   Document 104-9   Filed 12/04/20   Page 10 of 12 PageID 2137

**CONSUMER DISCLOSURE**

From time to time, FTL Finance (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

FTL-00025

electronically from us.

**How to contact FTL Finance:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

 To contact us by email send messages to: info@ftlfinance.com

**To advise FTL Finance of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at info@ftlfinance.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from FTL Finance**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to info@ftlfinance.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with FTL Finance**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
>
> ii. send us an e-mail to info@ftlfinance.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

\*\* These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to

FTL-00026

other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify FTL Finance as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  FTL Finance during the course of my relationship with you.

FTL-00027